# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                    Plaintiff,

v.                                               Case No.: 1:20−cv−04699

                                                 Honorable Rebecca R. Pallmeyer

TikTok Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court reads Defendant's Notice of Tag−Along Action, Rahn v. TikTok, as a request that the Rahn action should be dismissed pursuant to Judge Lee's earlier orders. Defendant is directed to confirm this interpretation within 14 days. Plaintiff's response, if any, shall be filed 14 days thereafter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.