UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>Case No. 1:22-cv-07256 | MDL Docket No. 2948<br><br>Master Docket No. 20 c 4699<br><br>Judge Rebecca R. Pallmeyer |

### DEFENDANT TIKTOK INC.'S RESPONSE TO MINUTE ORDER RE: *Rahn v. TikTok Inc.*, No. 1:22-cv-07256-RAG-HKM

Pursuant to the Court's instructions in the minute order of January 3, 2023 regarding *Rahn et al. v. TikTok Inc. et al.*, No. 1:22-cv-07256-RAG-HKM (N.D. Ill.), defendant TikTok Inc. responds that the *Rahn* action should be dismissed pursuant to the Settlement Agreement and Final Order and Judgment entered by Judge Lee on August 22, 2022. However, the plaintiff in *Rahn* and TikTok have agreed that prior to any further litigation over these issues, and prior to engaging the Court's resources to resolve the same, those parties will meet and confer to determine whether the issues can be resolved or narrowed by agreement.

In addition, other civil actions identical to *Rahn* have now been filed in other districts and are the subject of conditional transfer orders issued by the Judicial Panel on Multidistrict Litigation ("JPML") to transfer those actions to this MDL. There is also a separate motion pending at the JPML to transfer those actions and *Rahn* to a new MDL. The JPML will most likely be setting those matters for hearing and issuing a decision within the next 90 days.

Accordingly, TikTok requests that the Court stay *Rahn* pending a status report from TikTok to be filed within 90 days or sooner to keep the Court apprised of the status of the JPML proceedings and its discussions with counsel in *Rahn*. Counsel for the plaintiff in *Rahn* have represented that they do not oppose this request.

-2-

Dated:  January 11, 2023      By: */s/ Anthony J Weibell*

                Anthony J Weibell
                WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation
                650 Page Mill Road
                Palo Alto, CA 94304-1050
                Telephone:  (650) 493-9300
                Facsimile:   (650) 565-5100
                Email: aweibell@wsgr.com

*Lead Counsel for all Defendants*
in *Rahn* and in MDL No. 2948

## PROOF OF SERVICE

I hereby certify that on this date the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Filing System on this date.

Dated: January 11, 2023     By: */s/ Anthony J Weibell*