## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                         Plaintiff,

v.                                            Case No.: 1:20−cv−04699

                                              Honorable Rebecca R. Pallmeyer

TikTok Inc., et al.

                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: At the request of counsel for TikTok and without objection from attorneys representing Plaintiff Rahn, further proceedings in this MDL are stayed pending negotiations among the parties and potential rulings from the JPML. TikTok and other interested attorneys are directed to file a further written status report on or before April 21, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.