**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

TikTok, Inc., Consumer Privacy Litigation, et al.

                           Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−04699
　　　　　　　　　　　　　　　　　　Honorable Rebecca R. Pallmeyer

TikTok Inc., et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 10, 2023:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: This MDL litigation was reassigned to Judge Pallmeyer upon Judge John Lee's elevation to the Court of Appeals. The MDL was closed by way of a settlement, and the lead case shows as terminated on the court's docket. Yet the JPML has transferred a number of newly−filed cases to this court as Tag−Along actions. For at least some of the cases, counsel have moved to vacate the transfer orders. The court is uncertain whether responses to those motions have been or will be filed, and whether all of the newly−transferred cases will be the subject of motions to vacate. The court will therefore set a conference to take place by video microsoft teams on 2/15/2023 at 11:00 a.m. Counsel shall email the courtroom deputy to provide the email address for each attorney that is expected to participate. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.