# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                Plaintiff,

v.

TikTok Inc., et al.

                Defendant.

Case No.: 1:20−cv−04699
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The public may call in to listen to the Microsoft Teams video status hearing on 2/15/2023 at 11:00 a.m. Please dial 312−646−0998 with access code 103642035#. Any counsel of record that is to participate in the hearing should email the courtroom deputy at: christina_presslak@ilnd.uscourts.gov. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.