## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                    Plaintiff,

v.                                       Case No.: 1:20−cv−04699

                                             Honorable Rebecca R. Pallmeyer

TikTok Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video status hearing held. The parties presented to the court their positions as to the motions that will be heard before the JPML panel at the end of March, 2023. The court thanks counsel for their time in clarifying the procedural status. Previously−ordered April 21, 2023 deadline for the parties to submit a written status report stands. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.