**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: TikTok, Inc., Consumer Privacy Litigation     Case Number: 1:20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Austin Recht

Attorney name (type or print): Roland Tellis, Lead Counsel in Case No. 1:23-cv-02248

Firm: Baron & Budd, P.C.

Street address: 15910 Ventura Boulevard, Suite 1600

City/State/Zip: Encino, California 91436

Bar ID Number: California Bar No.186269     Telephone Number: 818-839-2333
(See item 3 in instructions)

Email Address: rtellis@baronbudd.com

Are you acting as lead counsel in this case?           ☑ Yes   ☐ No

Are you acting as local counsel in this case?          ☐ Yes   ☑ No

Are you a member of the court's trial bar?             ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   April 21, 2023

Attorney signature:   S/ Roland Tellis
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**<u>CERTIFICATE OF SERVICE</u>**

In compliance with Rule 5.5(a) of Local Rules, I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was electronically filed via CM/ECF and was served on all parties via CM/ECF on April 21, 2023, and via United States first-class mail, postage prepaid, on April 21, 2023, upon the following:

Douyin Ltd. a/k/a ByteDance Ltd.
Room 503 5F Building 2
43 North Third Ring West Road
Beijing, 100086 China

Beijing Douyin Information Service Co. Ltd.
a/k/a ByteDance Technology Co. Ltd.
Room 10A, Building 2, No. 48,
Zhichun Road
Beijing, 1000098 China

Dated:   April 21, 2023

Respectfully submitted,

By:   */s/ Roland Tellis*
BARON & BUDD, P.C.
Roland Tellis
rtellis@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Shannon Royster
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333 Facsimile:
818-986-9698

Counsel for Plaintiff