**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Hon. Rebecca R. Pallmeyer is presiding in MDL 2948 (20 CV 4699, *In Re*: *TikTok, Inc., Consumer Privacy Litigation*); therefore

It is hereby ordered that the Clerk is to reassign the cases listed below to Judge Pallmeyer in MDL 2948 (20 CV 4699, *In Re:Tiktok, Inc., Consumer Privacy Litigation*) and the designated Magistrate Judge Sunil R. Harjani.

| | |
|---|---|
| 22 CV 7256 | *Rahn v. TikTok, Inc. et al.* |
| 23 CV 134 | *Smith et al v. TikTock Inc. et al* |
| 23 CV 225 | *Bravo v. TIKTOK, INC. et al* |
| 23 CV 504 | *Murphy v. TikTok, Inc. et al* |
| 23 CV 841 | *Buckley v. TikTok, Inc. et al* |
| 23 CV 1430 | *Tado v. TikTok, Inc., a California corporation et al* |

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 27th day of April, 2023