# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: TikTok Inc. Consumer Privacy Litigation

Case Number: 1:20-cv-04699

MDL No. 2948

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Grace Schulte, Case No. 1:23-cv-02466

Attorney name (type or print): John C. Herman

Firm: Herman Jones LLP

Street address: 3424 Peachtree Rd., Suite 1650

City/State/Zip: Atlanta, GA 30326

Bar ID Number: Ga. Bar No. 348370
(See item 3 in instructions)

Telephone Number: 404-504-6500

Email Address: jherman@hermanjones.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/1/23

Attorney signature: S/ John C. Herman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015