# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: TikTok Inc. Consumer Privacy Litigation

Case Number: 1:20-cv-04699

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Bradley Fugot, Adam K. Storey, and Yevgeniy S. Androshchuk

Attorney name (type or print): Melissa L. Yeates

Firm: Kessler Topaz Meltzer & Check, LLP

Street address: 280 King of Prussia Road

City/State/Zip: Radnor, PA 19087

Bar ID Number: 202183
(See item 3 in instructions)

Telephone Number: 610-667-7706

Email Address: myeates@ktmc.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 11, 2023

Attorney signature: S/ Melissa L. Yeates
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015