# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION,** | MDL Docket No. 2948 |
| | Master Docket No.: 1:20-cv-04699 |
| **This Document Relates to:** | Hon. Rebecca R. Pallmeyer |
| Bravo v. TikTok, Inc.           23-cv-00225 | |
| Murphy v. TikTok, Inc.          23-cv-00504 | |
| Buckley v. TikTok, Inc.         23-cv-00841 | |
| Tado v. TikTok, Inc.            23-cv-01430 | |
| Recht v. TikTok, Inc.           23-cv-02248 | |
| Fleming v. TikTok, Inc.         23-cv-02260 | |
| E.K. v. TikTok, Inc.            23-cv-02262 | |
| Androshchuk v. TikTok, Inc.     23-cv-02462 | |
| Albaran v. TikTok, Inc.         23-cv-02463 | |
| G.R. v. TikTok, Inc.            23-cv-02464 | |
| Moody v. TikTok, Inc.           23-cv-02465 | |
| Schulte v. TikTok, Inc.         23-cv-02466 | |
| Fugok v. TikTok, Inc.           23-cv-02467 | |

***CERTIFICATE OF SERVICE RE: IN-APP BROWSER* PLAINTIFFS' OPPOSITION TO DISMISSAL OF THE *IN-APP BROWSER* CLAIMS ON THE BASIS OF THE *BIOMETRIC DATA* SETTLEMENT**

## CERTIFICATE OF SERVICE

       In compliance with Rule 5.5(a) of Local Rules, I hereby certify that a true and correct copy of In-App Browser Plaintiffs' Opposition To Dismissal Of The In-App Browser Claims On The Basis Of The Biometric Data Settlement and the Declaration of Roland Tellis with exhibits thereto, was electronically filed via CM/ECF and was served on all parties via CM/ECF on August 11, 2023. A true and correct copy of the same was served via United States first-class mail, postage prepaid, on August 14, 2023, upon the following:

Douyin Ltd. a/k/a ByteDance Ltd.
Room 503 5F Building 2
43 North Third Ring West Road
Beijing, 100086 China

Dated: August 14, 2023

Respectfully submitted,

By: _/s/Roland Tellis_
BARON & BUDD, P.C.
Roland Tellis
rtellis@baronbudd.com
Sterling Cluff
scluff@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
Jay Lichter
jlichter@baronbudd.com
Shannon Royster
sroyster@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: 818-986-9698

Counsel for Plaintiff