**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. CONSUMER PRIVACY LITIGATION | |
| | MDL No. 2948 |
| This Document Relates to: | Master Docket No. 1:20-CV-04699 |
| Schulte v. TikTok, Inc. et al., 1:23-cv-02466 | |

**MOTION FOR LEAVE TO WITHDRAW**
**CONNELY M. DOIZÉ AS COUNSEL OF RECORD**

Plaintiff Grace Schulte ("Plaintiff Schulte"), by and through her undersigned counsel, hereby moves this Court to grant leave to withdraw Connely M. Doizé as Counsel of Record, and in support thereof respectfully shows the Court as follows:

1. Connely M. Doizé is no longer employed with Herman Jones LLP effective August 31, 2023.

2. Plaintiff Schulte continues to be represented by Herman Jones LLP and requests that Ms. Doizé be withdrawn as her counsel of record in this case. Additional attorneys from Herman Jones LLP will continue to act as Plaintiff Schulte's Counsel in this matter.

3. No delay or injustice will be caused by Ms. Doizé's withdrawal as counsel for Plaintiff.

WHEREFORE, Plaintiff Schulte respectfully requests that this Court enter an order granting leave to withdraw Connely M. Doizé as Counsel of Record for Plaintiff Schulte.

Respectfully submitted, this 5th day of September 2023.

**HERMAN JONES LLP**

/s/ *John C. Herman*
John C. Herman
Ga. Bar No. 348370
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com

*Counsel for Plaintiff Schulte*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2023, this Motion for Withdrawal of Connely M. Doizé as Counsel of Record was filed with the Clerk of Court using the CM/ECF system with service on all attorneys of record electronically.

Dated: September 5, 2023

*/s/ John C. Herman*
John C. Herman

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. CONSUMER PRIVACY LITIGATION | MDL No. 2948 Master Docket No. 1:20-CV-04699 |
| This Document Relates to: Schulte v. TikTok, Inc. et al., 1:23-cv-02466 | |

**[PROPOSED] ORDER GRANTING
MOTION FOR WITHDRAWAL OF COUNSEL**

Upon consideration of the motion filed to withdraw attorney Connely M. Doizé as counsel of record for Plaintiff Schulte in the above-captioned matter, the Court hereby GRANTS the motion.

SO ORDERED this ___ day of _____, 2023.

_____
Hon. Rebecca R. Pallmeyer
UNITED STATES DISTRICT COURT JUDGE