

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Anthony J Weibell

Firm   Mayer Brown LLP

Street Address   Two Palo Alto Square, Suite 300

City/State/Zip Code   Palo Alto, CA  94603

Phone Number   (650) 331-2030

Email address   aweibell@mayerbrown.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:2020cv04699 | In Re: TikTok Inc. Consumer P | Hon. Rebecca R. Pallmeyer |
|  |  |  |
| 1:2023cv04953 | Rodriguez et al v. ByteDance, | Hon. Sharon Johnson Coleman |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Anthony Weibell                                10/29/2024
_____     _____
Signature of Attorney                                Date

Rev. 01272016