# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | ) | MDL No. 2948-A |
| | ) | |
| | ) | Master Docket No. 20 C 4699 |
| This Document Relates to: | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| Bravo v. TikTok, Inc.              23 C 225 | ) | |
| Murphy v. TikTok, Inc.            23 C 504 | ) | |
| Buckley v. TikTok, Inc.           23 C 841 | ) | |
| Tado v. TikTok, Inc.               23 C 1430 | ) | |
| Recht v. TikTok, Inc.              23 C 2248 | ) | |
| Fleming v. TikTok, Inc.           23 C 2260 | ) | |
| E.K. v. TikTok, Inc.                23 C 2262 | ) | |
| Androshchuk v. TikTok, Inc.   23 C 2462 | ) | |
| Albaran v. TikTok, Inc.          23 C 2463 | ) | |
| G.R. v. TikTok, Inc.               23 C 2464 | ) | |
| Moody v. TikTok, Inc.            23 C 2465 | ) | |
| Schulte v. TikTok, Inc.           23 C 2466 | ) | |
| Fugok v. TikTok, Inc.             23 C 2467 | ) | |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE

## I.     INTRODUCTION

This case concerns TikTok's practice of using JavaScript code to secretly intercept, view, and record users' private activities on third-party websites (the "*IAB Cases*"). On January 25, 2024, this Court denied TikTok's motion to dismiss the *IAB Cases* and designated this newly coordinated matter as "MDL No. 2948-A." (Dkt. 316). The Court also scheduled an in-person status hearing for March 7, 2024, to discuss "the next procedural steps, including appoint of counsel and development of a revised case management order." *Id.*

Pursuant to Federal Rule of Civil Procedure 23(g), Plaintiffs in the *IAB Cases* have met

and conferred extensively and reached unanimous[1] agreement on a proposed leadership structure, subject to the Court's approval. MANUAL FOR COMPLEX LITIGATION §21.272 (the "MANUAL") (4th ed. 2005) ("private ordering" is the most common method for selection of plaintiffs' counsel.)  Plaintiffs respectfully request the Court's appointment of an 11-person Plaintiffs' Steering Committee ("PSC") comprised of Roland Tellis of Baron & Budd, P.C., as Chair of the PSC, along with Carey Alexander of Scott+Scott Attorneys at Law LLP, Stephen R. Basser of Barrack, Rodos & Bacine, Kate M. Baxter-Kauf of Lockridge Grindal Nauen PLLP, James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C., Israel David of Israel David LLC, MaryBeth V. Gibson of Gibson Consumer Law Group, LLC, Tyler S. Graden of Kessler Topaz Meltzer & Check, LLP, John Herman of Herman Jones LLP, Michael R. Reese of Reese LLP, and Bryan P. Thompson of Chicago Consumer Law Center, P.C.

In compliance with this Court's prior directive, the proposed PSC is comprised of "lawyers who 'are capable and experienced,' and who 'will responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds.'" *In Re: Abbott Laboratories*, *et al.*, MDL No. 3026.  Indeed, the proposed PSC reflects a well-managed leadership structure populated by talented lawyers, recognizes the Court's desire for efficiency, balanced against the financial and professional resources necessary to effectively litigate this matter, and meets the goal of achieving diversity among counsel.

Plaintiffs propose that the PSC be responsible for overseeing all aspects of this MDL on behalf of all Plaintiffs including: (i) steering the overall litigation; (ii) presenting arguments to

---

[1] As the Court noted, some of the *IAB Cases* were voluntarily dismissed leaving a total of thirteen *IAB Cases* currently pending before this Court. (Dkt. 316, n. 10).  The proposed PSC was not intended to exclude any participants.  Rather, it consists of all Plaintiffs' counsel who have pending *IAB Cases* and who have actively participated in the organization and litigation of the matter.

the Court; (iii) preparing all briefing; (iv) managing all discovery; (v) convening meetings of counsel; (vi) all settlement negotiations; and (vii) all other duties required for the proper coordination of Plaintiffs' pretrial activities.

The PSC will operate through subcommittees with distinct responsibilities, including Law and Briefing, Offensive Discovery, Defensive Discovery, Third-Party Discovery, Experts, Settlement, and Trial. The Law and Briefing Subcommittee will be responsible for pleading challenges, class certification, summary judgment, and will assist with pre-trial and trial-related briefing. The Discovery Subcommittees will take responsibility for all aspects of written and deposition discovery, beginning with the negotiation of a Protective Order and ESI Protocol. The Expert Subcommittee will handle all aspects of expert designation and discovery, including identifying appropriate experts, working with them to ensure timely preparation of expert reports, rebutting Defendants' experts, taking and defending depositions, and *Daubert* challenges. The Settlement Subcommittee will take responsibility for all settlement discussions and the Trial Subcommittee will work with all other subcommittees to ensure that Plaintiffs' cases are ready for trial in a timely and efficient manner.

To maintain efficiency, the proposed PSC will enforce the use of proven methodologies from prior cases and MDLS to monitor billing, control costs, and avoid duplication. All attorneys will be required to maintain contemporaneous timekeeping records and to submit detailed monthly time reports to the Chair of the PSC to ensure that multiple attorneys are not performing duplicative or unnecessary work.

As Chair of the PSC, Mr. Tellis will oversee the assignment and coordination of work. He will review and monitor subcommittee progress and manage PSC resources to effectively advance the *IAB* Cases. And, if necessary, Mr. Tellis will retain the tie-breaking vote in any

instance of deadlocked PSC or subcommittee decisions. Plaintiffs believe that this structure and allocation of resources will encourage efficiency and clarity without requiring appointment of "Lead Counsel" among this group. Foregoing the traditional "Lead Counsel" structure seen in other MDLs in favor of a PSC structure with a Chair, as proposed here, has achieved the consensus of Plaintiffs' counsel in the *IAB Cases*, and reflects both the cooperative effort of counsel and their willingness to set aside ego in service to this litigation.

The proposed PSC also offers the Court a diverse and geographically balanced structure consisting of nationally recognized counsel with unparalleled experience litigating complex MDL cases and provides the best foundation to litigate the *IAB* Cases ably and efficiently. To be sure, this is not a small or simple case. Recognizing the substantial discovery and litigation burdens that will inevitably fall on Plaintiffs in an MDL against a world-wide social media conglomerate, Plaintiffs have proposed a reasonably large slate with the experience and diversity necessary to effectively confront those challenges. Plaintiffs further expect that this litigation will require prolonged commitments and resources by Plaintiffs' counsel; this consideration is also reflected in the proposed PSC's size. The proposed PSC easily satisfies the Rule 23(g) factors.

## II.     LEGAL STANDARD

Federal Rule 23(g)(3) provides that "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3); *Moehrl v. National Assoc. of Realtors*, Case No. 19-cv-01610, 2020 WL 5260511, *1 (N.D. Ill. May 20, 2020). Pursuant to Rule 23(g)(1)(A), courts must typically consider the following factors: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class[.] Fed.

R. Civ. P. 23(g)(1)(A)(i)–(iv); *In re Navistar Maxxforce Engines Marketing, Sales Practices and Prods. Liab. Litig.*, Case No. 14-cv-10318, 2015 WL 1216318, *1 (N.D. Ill. March 5, 2015) ("*In re Navistar*"). The most important goal in appointing counsel is achieving efficiency and economy without jeopardizing fairness to the parties. MANUAL at § 10.221.

## III. DISCUSSION

### A. Plaintiffs' Proposed PSC is the Product of Collaborative Private Ordering

The most common and efficient method of selecting class counsel is "private ordering." MANUAL § 21.272. Pursuant to this method, "[t]he lawyers agree who should be lead class counsel and the court approves the selection after a review to ensure that the counsel selected is adequate to represent the class interests." *Id*. It is counsel who "are best informed [about who is best suited to lead the case] and have the greatest incentive to keep attorney fees in check." *In re Parking Heaters Memorandum Antitrust Litig.*, 310 F.R.D. 54, 58 (E.D.N.Y. 2015).

Here, counsel began coordinating their activities shortly after TikTok filed a Notice of Potential Tag-Along Action in the first-filed *Recht* case. Mr. Tellis immediately began working to organize a new MDL and collaborated with all counsel to oppose TikTok's efforts to dismiss the *IAB* Cases. As a natural outgrowth of counsels' prior collaboration, the undersigned firms worked together to organize a leadership structure for the *IAB* Cases. Through cooperative discussions, Plaintiffs' counsel agreed that the proposed PSC would effectively incorporate the skills and experience of counsel while allowing a case of this size to proceed efficiently.

### B. Members of the Proposed PSC Have Taken Steps to Advance the *IAB* Cases

In appointing counsel, courts routinely look to which counsel expended the most resources in identifying and investigating the potential claims of the class. *Walker v. Discovery Fin. Servs.*, Case No. 10-cv-6994, 2011 WL 2160889, *3-4 (N.D. Ill. May 26, 2011) (concluding work performed and resources expended by counsel was a decisive factor). Here, members of

the proposed PSC have already invested significant time and resources in developing the *IAB* Cases. They collectively researched TikTok's conduct, vetted class representatives, filed complaints, opposed TikTok's attempt to transfer the *IAB* Cases to the *Biometric Data* MDL, filed a motion to transfer the *IAB* Cases to a new MDL, prepared a joint opposition brief in response to the Court's Order, and retained expert consultants. In sum, the proposed PSC has demonstrated a willingness to jointly dedicate the resources necessary to prosecute this important MDL expeditiously.

### C. The Proposed PSC Has Extensive Experience Handling Complex Class Actions

Courts also look at counsel's experience litigating similar cases as well as their knowledge of the applicable laws. *See Walker*, 2011 WL 2160889, at *5. Plaintiffs believe that the proposed PSC presents a leadership structure with experience in high-profile, high-stakes, and complex class action litigation that maximizes opportunities for successfully resolving this case. The proposed PSC is also uniquely positioned to prosecute this MDL because it is comprised of members experienced in litigation involving social media applications like TikTok and data privacy litigation.

The proposed PSC has successfully led numerous national consumer class actions, including through trial. Its members bring outstanding reputation and experience which will benefit the putative classes and this Court's oversight of this MDL. Plaintiffs briefly discuss each PSC member below, supplemented by the resumes attached hereto as Exhibits 1-11.

### D. Experience and Credentials of the Proposed PSC Members

#### Roland Tellis, Baron & Budd, P.C. – PSC Chair

Roland Tellis is a Partner in the law firm of Baron & Budd, P.C. where he manages the Firm's Los Angeles Office and is the Chair of the Consumer Class Action Practice Group. Mr.

Tellis has more than 28 years of experience in complex, high-profile litigation helping to recover tens of billions of dollars for plaintiffs and class members.

Mr. Tellis filed the first *IAB Case*, petitioned the JPML for the formation of a new MDL, and led the opposition of TikTok's motion to dismiss. He has helped organize the leadership slate and has received unanimous support to serve as PSC Chair. Mr. Tellis's resume reflects his experience litigating complex class action cases, including his appointment as Lead Counsel in numerous MDLs. Additionally, Mr. Tellis has pursued data privacy litigation against LinkedIn and Google and was appointed to the Plaintiffs' leadership group in *In re: Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.*, Case No. 22-md-3047, a mass tort action against TikTok, Facebook and others, involving dangerously addictive social media applications.

Mr. Tellis has been recognized for his leadership and contributions to complex MDLs and class actions generally. He was recently invited to speak at the 2023 MDL Transferee Judges' Conference on a panel called *Resolving MDLs*, and at Duke Law's Bolch Judicial Institute on "*MDL Pre-Trial Issues*" and "*MDL Leadership.*" A copy of Mr. Tellis's resume is attached as Exhibit 1.

### Carey Alexander, Scott+Scott Attorneys at Law LLP

Carey Alexander is a partner in Scott+Scott's Consumer Practice Group. Since joining the bar in 2014, Mr. Alexander's practice has been exclusively focused on litigating high-profile consumer protection and data privacy class actions. Mr. Alexander currently serves as Interim Co-Lead Class Counsel in *Alves v. BJ's Wholesale Club, Inc.*, Case No. 2284CV02509 (Mass. Sup. Ct.) (Krupp, J.) and as part of the appointed leadership group prosecuting *In re: BPS Direct, LLC and Cabela's, LLC Wiretapping Litig.*, Case No. 2:23-md-03074 (E.D. Pa.) (Kearney, J.), both of which assert similar electronic eavesdropping violations under many of the laws at issue

in this action. Mr. Alexander has long engaged with issues relating to new technologies including through service as a representative to the New York City Bar Association's Task Force on Digital Technologies. A copy of Mr. Alexander's resume is attached as Exhibit 2.

### Stephen R. Basser, Barrack, Rodos & Bacine

Stephen R. Basser is a partner with Barrack, Rodos & Bacine. Mr. Basser has served in a leadership role in a variety of cases, including: *In re: McKesson HBOC, Inc., Securities Litig.*, Master File No. 99-cv-20743 (Whyte, J.) (N.D. Cal.), (Co-Lead Counsel resulting in settlement of $1.0425 billion), *In re: Apollo Group, Inc. Securities Litig.*, Master File No. CV-04-2147-PHX (J. Teilborg) (D. Ariz.), (Lead and First Chair Trial Counsel resulting in jury verdict of $145 million), *Castillo v. Costco Wholesale Corp.*, Case No. 2:23-cv-01548-JHC (W.D. Wash.) (Executive Committee), *In re: Lincare Holdings Data Breach Litig.*, Case No. 8:22-cv-01472 (M.D. Fl.) (Executive Committee), *In re: Forefront Dermatology Data Breach Litig.*, Case No. 1:21-cv-00887-1 (E.D. Wis.) (Executive Committee), *In re: Apria Healthcare Data Breach Litig.*, Master File No. 1:23-cv-01003-RLY-KMB (S.D. Ind.) (Executive Committee), and *In re: Shields Health Care Group Data Breach Litig.*, Case No. 1:22-cv-10901 (D. Mass.) (Executive Committee). Significantly, Mr. Basser was instrumental, in the *Anthem Health Data Breach Litigation*, in identifying and developing cyber-expert witnesses and the supporting expert presentation. A copy of Mr. Basser's resume is attached as Exhibit 3.

### Kate M. Baxter-Kauf, Lockridge Grindal Nauen PLLP

Kate M. Baxter-Kauf is a partner at Lockridge Grindal Nauen PLLP. Ms. Baxter-Kauf has deep experience in data breach, antitrust law, business litigation, and securities litigation. For the past several years, she has been on the forefront of cutting-edge cybersecurity and privacy litigation. She has actively litigated the legal and technological issues that will be involved here – wiretap claims and session replay technologies.

Ms. Baxter-Kauf is currently appointed as Interim Co-Lead Class Counsel in *In re: BPS Direct, LLC, and Cabela's, LLC Wiretapping Litigation*, Case No. 2:23-md-3074 (E.D. Pa.); *Johnson v. Cornerstone National Insurance Co.,* Case No. 2: 22-cv-04135-WJE (W.D. Mo.) and *Holmes v. Elephant Insurance Co.,* Case No. 3:22-cv-00487 (E.D. Va.). The *BPS* litigation involves session replay technology and wiretap claims. Ms. Baxter-Kauf is also appointed as a pre-approved member of the leadership team in conjunction with Co-Lead Counsel in *In re: Geico Customer Data Breach Litig.*, Case No. 1:21-cv-002210-KAM-SJB (E.D.N.Y). She is a frequent speaker on data breach and privacy issues at conferences across the country. A copy of Ms. Baxter-Kauf's resume is attached as Exhibit 4.

### James E. Cecchi, Carella, Byrne, Cecchi, Brody & Agnello, P.C.

Before entering private practice, James E. Cecchi clerked for the Honorable Nicholas H. Politan in the District of New Jersey and then served as an Assistant United States Attorney ("AUSA") in Newark, New Jersey. As an AUSA, Mr. Cecchi developed skills as an effective trial advocate and as a dogged investigator—skills that have proven immensely valuable in complex MDL cases. Mr. Cecchi's experience as a former Assistant United States Attorney is a distinguishing factor that adds to the already diverse nature of the proposed PSC.

Mr. Cecchi has had the privilege to be in some of the largest national and complex litigations in recent years. His formal leadership and committee roles on behalf of Plaintiffs in these important cases include: Sole Lead Counsel - *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litig.*, MDL No. 2904 (D.N.J.), a nationwide MDL involving the largest medical data breach in the United States; and Sole Lead Counsel - *In re: Samsung Customer Data Security Breach Litig.*, MDL No. 3055 (D.N.J.), a nationwide MDL involving massive data breach related to highly sensitive personal and electronic information. These appointments reflect the confidence that other courts have expressed regarding Mr.

Cecchi's skills and professionalism in handling large and important litigations. A copy of Mr. Cecchi's resume is attached as Exhibit 5.

**<u>Israel David, Israel David LLC</u>**

Israel David has nearly 30 years of experience representing corporations, boards of directors, and nationwide classes in a wide array of civil litigation, with an emphasis on securities, data-privacy, and antitrust cases. Mr. David regularly litigates "bet-the-company" cases through trial and appeal across the United States. Mr. David's experience includes over 25 years (including 17 as a partner) with the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP.

Mr. David's career includes experience as Co-Lead Counsel, a member of Plaintiffs' Executive Committees, and in some of the most high-profile class actions in the country, including *In re: American Airlines/JetBlue Antitrust Litig.* (Case No. 22-cv-07374-AMD-TAM) (E.D.N.Y) – Co-Lead Counsel in a high-profile antitrust class action lawsuit against American Airlines and JetBlue Airlines; *Gerber v. Twitter, Inc.* (Case No. 23-cv-00186-KAW) (N.D. Cal.) – Co-Lead Counsel in a data privacy class action lawsuit involving over 200 million Twitter users; and *Tuteur v. Metropolitan Opera Association, Inc.* (Case No. 23-cv-03997-GS) (S.D.N.Y.) – Interim Lead Counsel in a data privacy class action lawsuit involving a data security incident at The Metropolitan Opera in New York City. These appointments reflect judicial trust of Mr. David to successfully litigate complex data privacy cases on behalf of putative classes and class members. A copy of Mr. David's resume is attached as Exhibit 6.

**<u>MaryBeth V. Gibson, Gibson Consumer Law Group, LLC</u>**

MaryBeth Gibson has practiced law in Georgia for over thirty years and specializes in class actions involving complex civil litigation, including data privacy litigation, data breach and misuse, consumer fraud, and business torts. Ms. Gibson's experience has earned her leadership

appointments in multiple data breach cases in the health care, financial, and retail industries. Ms. Gibson's experience includes several wiretapping cases throughout the country including, notably, *In re: Marriott Int. Customer Data Breach Sec. Litig.*, where the Court certified Rule 23(b)(3) damages classes and Rule 23(c)(4) issues classes. Ms. Gibson' extensive experience litigating data privacy cases has contributed to the development of data privacy law with respect to pleading and briefing standing, concrete harm and damages.

Ms. Gibson serves as Chair for the Consumer Privacy/Data Breach Litigation Group for the American Association for Justice and Co-Chair of the Georgia State Bar e-Discovery and Use of Technology Section, and as a member of Working Group 11 on Data Security and Privacy regarding Liability on Data Security and Privacy in Healthcare and Exploring Greater Efficiencies in Data Breach and Privacy Class Action Litigation. A copy of Ms. Gibson's resume is attached as Exhibit 7.

### Tyler S. Graden, Kessler Topaz Meltzer & Check, LLP

Tyler S. Graden is a partner in Kessler Topaz Meltzer & Check's Consumer Protection and Data Privacy practice groups. Mr. Graden has over a decade of experience litigating complex class actions involving state and federal law across the country. Mr. Graden is currently leading litigation on behalf of a putative class of plaintiffs in *Doe v. Kaiser Foundation Health Plan, Inc.*, Case No. 3:23-cv-02865 (N.D. Cal.), which alleges the unlawful use of session replay and other eavesdropping technology under federal law, as well as state statutory and common law. Mr. Graden is also currently working under the direction of co-lead counsel on behalf of the local government and school district plaintiffs in *In re: Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.*, Case No. 22-md-3047.

Mr. Graden has also served as a member of several trial teams that have tried class actions to jury verdict, including a Rule 23(c)(4) issues class trial in multidistrict litigation (*In re: FCA US*

*LLC Monostable Electronic Gearshift Litig.*, Case No. 16-md-2744 (E.D. Mich.)). A copy of Mr. Graden's firm resume is attached hereto as Exhibit 8.

### John Herman, Herman Jones LLP

John Herman has spent his thirty plus year career handling complex technology disputes. Mr. Herman has built a team of technology-savvy attorneys and staff to work on cases such as this one. The prospective class members will greatly benefit from Mr. Herman's experience in dealing with the complex technological issues that will likely arise in this case.

Mr. Herman and his firm have been appointed to leadership positions in a number of significant technology matters including, but not limited to: *In re: Amazon.com, Inc. Shareholder Derivative Litig.*, Lead Case No. 2:22-cv-00559-JCC (W.D. Wash.) (Co-Lead Counsel in shareholder derivative case arising out of biometric privacy matters) and *In re: Google Digital Advert. Antitrust Litig.*, MDL No. 1:21-md-03010-PKC (S.D.N.Y.) (Herman Jones filed first antitrust suit against Google for its ad technology monopoly).

These appointments reflect judicial trust of Mr. Herman, his experience, and ability to successfully litigate complex data privacy cases on behalf of putative classes and class members. A copy of Mr. Herman's resume is attached as Exhibit 9.

### Michael R. Reese, Reese LLP

Michael R. Reese is the founding and managing partner of Reese LLP. Prior to beginning private practice in 2000, Mr. Reese was an assistant district attorney in the New York County District Attorney's Office where he prosecuted and tried violent felony and white collar crimes.

Mr. Reese is a member of both the Trial and General Bars of the Northern District of Illinois. Mr. Reese has been appointed to lead numerous class actions and MDLs, including two recent examples in the Northern District of Illinois: *Seresto Flea and Tick Collar Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 3009, Master Case No. 1:21-cv-04447 (N.D. Ill.)

(Co-Lead Counsel in class action that settled for $15 million) and *In re: Fairlife Milk Products Marketing and Sales Practices Litig.*, MDL 2909, Master Case No. 1:19-cv-03924 (N.D. Ill.) (Co-Lead Counsel in MDL that settled for $21 million).

As class counsel, Mr. Reese has successfully litigated numerous class actions and recovered hundreds of millions of dollars as well as significant injunctive relief for consumers. Finally, Mr. Reese also is an accomplished appellate lawyer, having argued successfully before numerous appellate courts, including, but not limited to, the Seventh Circuit Court of Appeals. *See, e.g.*, *Tri-State Water Treatment, Inc. v. Bauer*, 845 F.3d 350 (7th Cir. 2017). A copy of Mr. Reese's resume is attached as Exhibit 10.

### Bryan P. Thompson, Chicago Consumer Law Center, P.C.

Bryan P. Thompson has significant experience in class action and complex consumer litigation gained by dedicating his entire career to representing consumers in financial services, consumer protection, and data privacy litigation, typically against much larger companies with greater resources.

Mr. Thompson has been counsel or lead counsel in both individual and class actions filed under the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Illinois Consumer Fraud Act, and other federal and state consumer protection statutes. For example, Mr. Thompson was appointed Lead Counsel in *Badillo v. Consumer Protection Legal Center*, Case No. 2020-CV-2962 (Cir. Ct. Cook County), resulting in one of the first class-wide settlements under the Illinois Debt Settlement Consumer Protection Act. *Id.* Mr. Thompson also worked closely with the Plaintiffs' Steering Committee in *In re: LastPass Data Security Incident Litig.,* Case No. 1:22-CV-12047-PBS (D. Mass.).

Mr. Thompson is a Certified Information Privacy Professional (CIPP/US) recognized by the International Association of Privacy Professionals, often considered the gold standard in

privacy certification.  Mr. Thompson also frequently presents continuing legal education courses and lectures on consumer law and privacy topics and has held leadership positions in legal and consumer law focused groups.  A copy of Mr. Thompson's resume is attached as Exhibit 11.

**E.  The Proposed PSC Will Commit the Time and Resources Necessary to Obtain the Best Results for the Putative Classes**

To date, the proposed PSC have demonstrated this commitment, which extends beyond their financial undertakings. The proposed PSC can and will devote the attorneys, staff, and financial resources necessary to achieve the best possible result for the putative class, having done so in numerous other complex class actions. Indeed, in successfully prosecuting high stakes, resource-intensive class actions throughout the country, the proposed PSC has demonstrated an ability and willingness to dedicate substantial resources to vigorously prosecute this case without delay.

**F.  The Proposed PSC is Committed to Diversity**

The court may also consider whether counsel "captures the benefits of diversity of experience, skills, and backgrounds." Bolch Judicial Inst., *Guidelines and Best Practices for Large and Mass-Tort MDLs*, DUKE LAW SCHOOL, 38 (2d ed. 2018).  In this regard, the Bolch Judicial Institute recommends:

> [In] appointing a leadership team, courts should be mindful of the benefits of diversity of all types. In particular, the strong repeat player dynamic that has historically existed reduces fresh outlooks and innovative ideas, and increases pressure to go along with the group and conform, all of which may negatively impact the plaintiffs whose cases are being pursued in the MDL. At the same time, leadership needs repeat players who understand the ropes. Thus a balanced team, with diversity of skills, expertise, prior casework and role, and demographics, should be sought.

Bolch Guidelines at 37.

The proposed PSC represents the diversity of legal talent available in this country. They reflect a diversity of skills and expertise, as well as demographics, including gender, age, race,

and geography. In sum, the proposed PSC reflects a rich tapestry of skills that will lend unique perspective and insight in the representation of the putative classes.

### G. The Proposed PSC is Structured to Ensure Efficiency and to Avoid Duplicative Efforts

This Court has previously recognized that appointment of a large leadership slate is not an impediment to efficiency or economy. *See In re: Abbott Laboratories, et al.,* Case Management Order No. 2, ECF No. 109 at 3. In *Abbott*, the Court conditionally appointed 26 attorneys to leadership, including five co-lead counsel, five executive committee members, 15 steering committee members, and one liaison counsel. *Id*. at 3-4. Although the Court expressed concern that the involvement of 26 attorneys could cause duplication of efforts, the leadership group identified the distinct roles to be played by the various attorneys. The proposed PSC here is smaller than the leadership slate in *Abbott* but has nevertheless outlined for the Court how the proposed PSC will be organized to ensure efficiency and to avoid duplicative efforts.

## IV. CONCLUSION

Plaintiffs respectfully request that the Court grant this motion and appoint the proposed Plaintiffs' PSC to litigate the *IAB* Cases on behalf of the putative classes.

Dated: February 21, 2024  By: */s/ Roland Tellis*
        Roland Tellis
        rtellis@baronbudd.com
        **BARON & BUDD, P.C.**
        15910 Ventura Blvd., Suite 1600
        Encino, CA 91436
        Telephone: (818) 839-2333

        Stephen R. Basser
        sbasser@barrack.com
        **BARRACK, RODOS & BACINE**
        One America Plaza
        600 West Broadway, Suite 900
        San Diego, CA 92101
        Telephone: (619) 230-0800

James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY &
AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 993-700

Bryan P. Thompson
bryan.thompson@cclc-law.com
**CHICAGO CONSUMER LAW CENTER,
P.C.**
650 Warrenville Road, Suite 100
Lisle, IL 60532
Telephone: (312) 584-2614

MaryBeth V. Gibson
marybeth@gibsonconsumerlawgroup.com
**GIBSON CONSUMER LAW GROUP, LLC**
4729 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503

John Herman
jherman@hermanjones.com
**HERMAN JONES LLP**
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6555

Israel David
Israel.david@davidllc.com
**ISRAEL DAVID LLC**
17 State Street
Suite 4010
New York, NY 10004
Telephone: (212) 739-0622

Tyler S. Graden
tgraden@ktmc.com
**KESSLER, TOPAZ, MELTZER & CHECK,
LLP**
280 King of Prussia Road

16

Radnor, PA 19087
Telephone: 610-667-7706

Kate M. Baxter-Kauf
kmbaxter-kauf@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Michael R. Reese
mreese@reesellp.com
**REESE LLP**
100 West 93rd Street
Sixteenth Floor
New York, NY 10025
Telephone: (212) 643-0500

Carey Alexander
calexander@scott-scott.com
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444

*Counsel for Plaintiffs and the Putative Classes*

| | BARON & BUDD, P.C.® |
|---|---|
| www.baronandbudd.com | 15910 Ventura Blvd., Suite 1600 | Los Angeles, CA 91436 | |

Tel: 818.839.2320
Fax: 818.986.9698



# ROLAND TELLIS BIOGRAPHY

**Roland Tellis** is the Chair of Baron & Budd's Los Angeles-based Class Action Practice Group and manages the firm's Los Angeles office. His practice focuses on complex, high-profile litigation, including consumer class actions, financial fraud, business torts, corporate misconduct, automobile defects, securities fraud and environmental contamination. He has held leadership roles in numerous multi-district, complex class action cases, including:

- Appointed Co-Lead Counsel in *In re: ARC Airbag Inflators Products Liability Litigation*, a multi-state class action involving millions of defective airbag inflators.

- Appointed to the Plaintiffs' Executive Committee in *In re: National Prescription Opiate Litigation*, a multi-state mass tort action filed by governmental entities against the manufacturers and distributors of opioids widely believed to be the largest MDL case in U.S. history. Achieved a $26 billion settlement against three opioid distributors and an opioid manufacturer.

- Appointed to the Plaintiffs' Steering Committee in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, a multi-state mass tort action filed against Meta Platforms, Instagram, TikTok, ByteDance, YouTube, Google and Alphabet alleging that defendants' social media platforms are defective because they are designed to encourage addictive behavior in adolescents.

- Appointed Co-Lead Counsel in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, a multi-state class action involving millions of defective engine immobilizers. Achieved a $200 million non-reversionary common fund settlement.

- Appointed Co-Lead Counsel in *In re: ZF-TRW Airbag Control Units Products Liability Litigation*, a multi-state class action involving millions of defective airbag control units. Achieved a $73 million settlement against one of seven automakers.

- Appointed Co-Lead Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation*, a nationwide class action case involving forced-placed automobile collateral protection insurance. Achieved a $423 million non-reversionary common fund settlement which provided payments to consumers without the need for claim forms or documentary proof.

BARON & BUDD, P.C.®

- Appointed Co-Lead Counsel for the Class Action Track in *Southern California Gas Leak Cases*, a coordinated class action filed by property owners against a gas utility for causing the largest natural gas leak in U.S. history. Achieved a $40 million non-reversionary common fund settlement for area residents.

- Appointed to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, a multi-state class action involving hundreds of thousands of vehicles equipped with "defeat devices" designed to evade emissions laws. Achieved a settlement worth more than $14.5 billion.

- Appointed to the Plaintiffs' Steering Committee in *In re: Takata Airbag Products Liability Litigation*, a multi-state class action involving millions of vehicles equipped with a defective airbag inflator resulting in the largest automotive recall in U.S. history. Achieved a $1.5 billion settlement against seven automaker defendants.

Mr. Tellis has also represented clients in numerous jury trials, including several involving hundreds of millions of dollars. In 2005, Mr. Tellis received commendation from the U.S. Department of Justice and the Federal Bureau of Investigation for his assistance in a successful parallel prosecution of a $120 million securities Ponzi scheme perpetrated by foreign currency traders. Mr. Tellis also represented the owner of a multi-billion-dollar commercial real estate portfolio in a lengthy jury trial over claims of an alleged oral partnership and the Screen Actors' Guild and members of its national board in a leadership battle.

Prior to joining Baron & Budd, Mr. Tellis practiced with the international law firms of Bingham McCutchen LLP and Milbank, Tweed, Hadley & McCloy LLP. There, he litigated complex cases on behalf of corporate defendants and tried multi-million-dollar cases to verdict.

In 2018, Mr. Tellis was honored with the Los Angeles Daily Journal's 2018 "*California Lawyer Attorneys of the Year*" award for his role in the Volkswagen "Clean Diesel" MDL. Mr. Tellis has also been named among the *Best Lawyers in America* every year since 2014, a *Super Lawyer* every year since 2009 and was a faculty member of the Practicing Law Institute and Chair of its annual program entitled "Taking and Defending Depositions." He was elected to serve on the Board of Governors of the Association of Business Trial Lawyers and was appointed to serve as a Lawyer Representative to the Ninth Circuit Judicial Conference. He was the Chair of the United States District Court for the Central District of California's Attorney Settlement Officer Panel Committee and was appointed by the Chief Judge of the Central District of California to the Board of Trustees for the Central District's Attorney Admission Fund. Additionally, Mr. Tellis serves on the Executive Committee of the Los Angeles County Bar Association. Along the way, Mr. Tellis has devoted time to the pro bono representations of indigent clients and has mentored young lawyers and law students in association with the South Asian Bar Association.

BARON & BUDD, P.C.®

### FIRM OVERVIEW

Baron & Budd, P.C. is among the oldest, largest and most accomplished plaintiffs' law firms in the country. With nearly 70 attorneys and 100 support personnel, including technical experts, in offices in Dallas, Baton Rouge, New Orleans, Los Angeles, San Diego, Chico and Washington D.C., Baron & Budd has the expertise and resources to handle complex litigation throughout the United States. Baron & Budd has garnered national acclaim for its complex litigation work and has recovered tens of billions for its clients.

Since the Firm was founded in 1977, Baron & Budd has achieved national acclaim for its work on cutting-edge litigation, including:

- Every year since 2013, Baron & Budd has been recognized in the Best Law Firms® edition, ranked by Best Lawyers® regionally in three practice areas including mass tort litigation/class actions, personal injury litigation, and commercial litigation.

- In 2014, Baron & Budd was named by the National Law Journal as one of *America's Elite Trial Lawyers*.

- In September 2010, Baron & Budd was one of only four firms chosen to serve on both the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee of the *Deepwater Horizon Gulf Oil Spill* Multi-District Litigation.

- In August 2010, Baron & Budd was retained by the State of Louisiana to provide counsel to the State's designated Trustees in connection with issues related to the Deepwater Horizon oil spill.

- In 2002-2006, 2008, 2011-2013, Baron & Budd was named to the *National Law Journal*'s "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

- In 2004, *American Lawyer* named Baron & Budd one of the sixteen most successful plaintiffs' firms in the country.

- In 2006, the non-profit Public Justice named a team of Baron & Budd attorneys "Trial Lawyer of the Year" for their work on litigation that spanned 21 years, involved over 1,600 plaintiffs, and resulted in a total recovery of more than $150 million.

- In 2007, Budd & Baron was honored with the Wiedemann Wysocki National Finance Council Award from the American Association for Justice in recognition of its commitment to the legal profession and its efforts to improve the civil justice system.

- In 2009, Baron & Budd was a finalist for the Public Justice Trial Lawyer of the Year Award for its recovery of more than $400 million on behalf of more than 150 municipalities from 17 states and for its bank overdraft fee class action litigation.

- Baron & Budd has been repeatedly selected by The Legal 500 as one of the country's premier law firms in mass tort claims and class action litigation.

Additional information about Baron & Budd is available at www.baronandbudd.com.



# FIRM RESUME

**www.scott-scott.com**



# THE FIRM

Scott+Scott was founded in 1975 and has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex consumer, securities, antitrust and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 135 team members, including more than one hundred attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, NY and San Diego, CA, with additional U.S. offices located in Connecticut, Virginia, Ohio, and Arizona. The Firm's European offices are currently located in London, Amsterdam, and Berlin.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance. They have been regular speakers on CLE panels and other educational conferences around the world.

Scott+Scott has extensive experience litigating cases on behalf of our individual and institutional and clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous consumer, securities, and antitrust class actions, as well derivative and other complex proceedings, in both state and federal courts. The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.



# CONSUMER LITIGATION

Scott+Scott's Consumer Practice Group consists of some of the premier advocates in the area of consumer protection and has litigated and secured some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars to class members. The Firm's Consumer Practice Group has attorneys dedicated to three primary areas: Data Breach/Data Privacy Litigation, Healthcare and Pharmaceutical Litigation, and Consumer Protection Litigation.

## DATA BREACH/DATA PRIVACY

Scott+Scott has extensive experience litigating data privacy and data breach class actions advancing cutting-edge legal theories. The Firm has achieved some of the largest recoveries in this area and currently serves in a leadership capacity in a number of data privacy and data breach class actions, including:

• *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800 (N.D. Ga.) (claims on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers; preliminary approval of settlement valued at $32.5 million);

• *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286 (N.D. Cal.) (class action on behalf of consumers alleging privacy violations whereby Google Assistant records and discloses their private confidential communications without consent); and

• *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 2:19-md-02904 (D.N.J.) (claims on behalf of consumers involving data breach of personal information).

Recently, in settling a class action against The Wendy's Co. involving a breach of personal and financial information, the court, in approving the $50 million dollar settlement, noted that Scott+Scott and its attorneys demonstrated *"very significant experience in these types of class actions and in data breach litigation"* and that the attorneys "brought to the table an incredible wealth of knowledge, was always prepared, really was thorough and professional in everything that was provided to the Court*." First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506, Transcript at 32 (W.D. Pa. Nov. 6, 2019).

**Additional data privacy and data breach settlements achieved by Scott+Scott for its clients include**:

• *In re Arkansas Federal Credit Union v. Hudson's Bay Co.*, No. 1:19-cv-4492 (S.D.N.Y.) (lead counsel, $5.1 million settlement on behalf of consumers involving data breach of payment card information);

• *The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) (co-lead counsel; $27.25 million settlement on behalf of financial institutions involving data breach



and theft of the personal and financial information of over forty million credit and debit card holders);

• *In re Target Corp. Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.) ($59 million settlement on behalf of financial institutions injured by theft of sensitive payment card information);

• *Greater Chautauqua Federal Credit Union v. Kmart Corporation*, No. 1:15-cv-02228 (N.D. Ill.) (settlement valued at $13.4 million on behalf of financial institutions injured by the theft of sensitive payment card information); and

• *WinSouth Credit Union v. Mapco Express, Inc*., No. 3:14-cv-01573 (M.D. Tenn.) (largest per dollar per card recovery involving payment card data breach brought on behalf of a class of financial institutions).

# CONSUMER PROTECTION LITIGATION

Over the past decade, Scott+Scott has litigated a number of diverse cases and fought for rights of consumers to be treated fairly and equitably. The Firm has achieved significant settlements that have protected consumers' rights and recovered substantial monetary benefits, including:

• *The Vulcan Society, Inc. v. The City of New York*, No. 1:07-cv-02067 (E.D.N.Y.) ($100 million settlement and significant injunctive relief was obtained for a class of black applicants who sought to be New York City firefighters, but were denied or delayed employment due to racial discrimination);

• *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL No. 1301 (E.D. Pa.) ($105 million settlement was achieved on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards);

• *In re Pre-Filled Propane Tank Marketing & Sales Practices Litigation*, MDL No. 2086 (W.D. Mo.) ($37 million settlement obtained on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks);

• *Murr v. Capital One Bank (USA)*, N.A., No. 1:13-cv-01091 (E.D. Va.) ($7.3 million settlement on behalf of class of consumers who were misled into accepting purportedly 0% interest credit card offers); and

• *Gunther v. Capital One, N.A.*, No. 2:09-cv-02966 (E.D.N.Y.) (settlement resulting in class members receiving 100% of their damages in case alleging consumers were improperly charged undeliverable mail fees).



# ATTORNEY BIOGRAPHY

## CAREY ALEXANDER

**PRACTICE EMPHASIS**

Carey Alexander prosecutes complex consumer class actions with a focus on deceptive pricing and data breach litigation.

**ADMISSIONS**

State of New York; United States Courts of Appeals for the First, Third, and Ninth Circuits; United States District Courts: Southern, Eastern and Western Districts of New York; Northern District of Illinois; Eastern District of Wisconsin; the District of Colorado; and the District of Connecticut.

**EDUCATION**

St. John's University School of Law (J.D., magna cum laude, 2012); Skidmore College (B.A., 2004).

**HIGHLIGHTS**

Mr. Alexander is a partner in the Firm's New York office in the Consumer Practice Group. His practice spans the breadth of consumer protection litigation, focusing primarily on claims involving deceptive pricing, data privacy, and pharmaceutical fraud. He serves as part of the appointed leadership steering numerous class actions representing consumers and financial institutions in state and federal courts throughout the United States.

Mr. Alexander has been recognized for his efforts on behalf of the classes he has represented and has appeared on the Super Lawyers New York Metro Rising Stars list every year since 2016. Judge Castel of the Southern District of New York recently commended Mr. Alexander and his colleagues for their "extensive experience in litigating data breach class actions in federal courts."

In his spare time, Mr. Alexander serves as an appointed member of Manhattan's Community Board 7 and the New York City Bar Association's Consumer Affairs Committee. He also serves as a volunteer Arbitrator in New York City's Small Claims Court.

Prior to joining Scott+Scott, Mr. Alexander worked as an associate in the New York office of a national class action litigation firm. During law school, Mr. Alexander served as an editor of the St. John's Law Review. His note, *Abusive: Dodd–Frank Section 1031 and the Continuing Struggle to Protect Consumers*, 85 St. John's L. Rev. 1105 (2012), has been cited in judicial opinions and in several legal journals, including the Harvard Law Review.

Before joining the bar, Mr. Alexander served as an editor of the widely acclaimed consumer-advocacy blog The Consumerist. He also served as a policy advisor to the Bronx Borough President, worked as part of the National Campaign to Restore Civil Rights, and participated in the Fellowship for Emerging Leaders in Public Service at NYU's Robert F. Wagner Graduate School of Public Service.



# BARRACK | RODOS | BACINE

**ABBREVIATED**

**FIRM BIOGRAPHY**

**www.barrack.com**

---

3300 TWO COMMERCE SQUARE
2001 MARKET STREET
PHILADELPHIA, PA 19103
215.963.0600  F: 215.963.0838

ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 900
SAN DIEGO, CA 92101 619.230.0800
F: 619.230.1874

ELEVEN TIMES SQUARE
640 8TH AVENUE, 10TH FLOOR
NEW YORK, NY 10036
212.688.0782  F: 212.688.0783

**Barrack, Rodos & Bacine** ("BR&B") has been extensively involved for more than forty years in complex class action and derivative litigation, participating in hundreds of such cases and recovering over **$15 billion** dollars for class members, including several such actions that alone have secured recoveries in excess of **$1 billion**. The Firm has concentrated this complex practice in securities, shareholder rights, antitrust, and consumer class actions. The Firm has had significant leadership positions in these litigations, having been appointed by courts as lead counsel in numerous class actions throughout the United States.

## Significant Consumer Cases

The Firm has achieved significant recoveries on behalf of class members in consumer cases, including the following:

➢ "Senior Annuity" cases in which BR&B served as a co-lead counsel or participated in the prosecution group, which achieved settlements valued in the aggregate **between $552 million and $1.273 billion**, after asserting claims against insurance companies under consumer protection and elder abuse statutes arising from sales and marketing practices and the Racketeer Influenced and Corrupt Organizations Act, including the following:

• *Negrete. et al. v. Allianz Life Insurance Company of North* America, Case No. 05-cv-06838-CAS-MAN (C.D. Cal.), resulted in a claims-made settlement valued between $251 million and **$971 million**;

• *In re American Equity Annuity Practices and Sales Litigation*, Case No. 2:05-cv-06735-CAS-MAN (C.D. Cal.), resulted in a settlement valued at approximately **$129 million**;

• *Rand v. American National Insurance Co.*, Case No. 3:09-cv-0639-WDB (N.D. Cal.), resulted in a settlement valued at more than **$9 million**;

• *Negrete, et al. v. Fidelity and Guaranty Life Insurance* Company, Case No. 2:05-cv-06837-CAS-MAN (C.D. Cal), resulted in a settlement valued at approximately **$52.7 million**;

• *Meadows v. Jackson National Life Insurance Co.*, Case No. 4:12-cv-1380-CW (N.D. Cal), resulted in a settlement valued at more than **$11.2 million**;

• *Midland National Life Insurance Co Annuity Sales Practices Litigation*, Case No. 2:07-ml-01825-CAS-MAN (C.D. Cal.), resulted in a settlement valued at **$79.5 million**; and

• *In re National Western Life Insurance Deferred Annuities Litigation*, Case No. 05-cv-1018-AJB (WVG), resulted in a settlement valued at more than **$21 million**.

➢ *Rieff v. Evans* (Allied Mutual Insurance Company Demutualization Litigation), Civil Action No. CE 35780 (Polk Cty., Iowa, District Ct.). BR&B, as co-lead counsel for a class of individual mutual insurance company policyholders (as owners of the mutual, similar to shareholder-owners of a stock company), brought an action against management for, inter alia, conversion of the value of their ownership interests in the mutual under a theory of de facto demutualization. The Iowa Supreme Court upheld the plaintiffs' theory in *Rieff v. Evans*¸ 630 N.W.2d 278 (Iowa 2001), and the case was subsequently resolved for **approximately $130 million**.

➢ *Gutierrez v. Charles J. Givens Organization, et al.*, Case No. 667169 (San Diego Cty., California, Superior Court). BR&B, on behalf of the plaintiff and similarly situated class members, achieved a jury verdict in **excess of $14 million** for the benefit if the plaintiff consumer class.

➢ In *Feller, et al. v. Transamerica Life Insurance Company*, Case No. 16-cv-01378 CAS (AJWx), in the Central District of California, which was ultimately **settled for $200 million**, BR&B served as interim executive committee counsel.

➢ BR&B is currently serving in a leadership position in consumer class actions, including *In re: Lincoln National COI Litigation,* Case No. 16-cv-06605-GJP (E.D. Pa.) (Chair of Plaintiffs' Steering Committee), and *In re: Lincoln National 2017 COI Rate Litigation,* Case No. 2:17-cv-04150-GJP (E.D. Pa.) (Co-Chair of Plaintiffs' Steering Committee).

➢ In 2017, the Attorney General of the State of New Mexico appointed Stephen R. Basser, Jeffrey A. Barrack, and Samuel M. Ward of Barrack, Rodos & Bacine as Special Assistant Attorneys General for the purpose of prosecuting an action on behalf of New Mexico consumers against Vivint Solar, Inc., and other defendants for violations of New Mexico Consumer law. The action, *State of New Mexico, ex. Rel., Hector H. Balderas, Attorney General of New Mexico v. Vivint Solar Developer, LLC,* Case No. D-202-CV-2018-01936, was settled in 2020 in exchange for a substantial cash payment and changes to Vivint's marketing and training policies.

➢ Serving as Interim Co-Lead Counsel in *John Doe, et al. v. Cedars-Sinai Health System*, *et al.*, privacy/pixel related lawsuit, Los Angeles Superior Court, Case No. 22STCV41085.

➢ Serving via Barrack partner Stephen R. Basser as interim Executive Committee chair in *In re Forefront Data Breach Litigation*, Master File No. 1:21-cv-00887-LA, in the Eastern District of Wisconsin.

➢ Serving via Barrack partner Stephen R. Basser as interim Executive Committee member in *In re Lincare Holdings Data Breach Litig.*, Case No. 8:22-cv-01472 (M.D. Fla.).

➢ Serving via Barrack partner Stephen R. Basser as interim Executive Committee member in *In re Shields Health Group Data Breach Litig.*, Case No. 1:22-cv-10901 (D. Mass.).

➢ Serving via Barrack partner Stephen R. Basser as Interim Executive Committee member in *In re Apria Healthcare Data Breach Litigation*, Master File No. 1:23-cv-01003- JPH-KMB (N.D. Ind.).

➢ Serving via Barrack partner Stephen R. Basser as a member of Plaintiffs' Steering Committee in *In re East Palestine Derailment Litig.*, Case No. 4:23-cv-00242 (N.D. Ohio).

➢ Served via Barrack partner Stephen R. Basser as Interim Executive Committee Counsel in *In re Toyota Hybrid Brake Litigation*, Case No. 4:20-CV-00127-ALM, in the Eastern District of Texas.

➢ Served via Barrack partner Stephen R. Basser as Interim Executive Committee Counsel in *Lane, et al. v. Nissan of Norther America, Inc.*, (*In re Nissan CVT* Litigation) CV-00150, in the Middle District of Tennessee, which settled in 2020 for a valuation of benefits conferred on class members exceeding **$300 million**.

➢ Served as Interim Executive Counsel via Barrack partner Stephen R. Basser in *In re General Mills Glyphosate Litigation*, Case No. 0:16:-CV-2869, in the District of Minnesota.

➢ Currently serving as Interim Executive Committee Counsel in *In re Evenflo Co., Inc. Marketing, Sales Practices and Products Liability Litigation*, Civil Action No. 1:20md-02938-DJC in the District of Massachusetts.

➢ *Hernandez, et al. v. Google, Inc., et al.,* Case No. 1-15-CV-280601 (Santa Clara Cty., California, Superior Ct.), before the Honorable Brian C. Walsh. BR&B, on behalf of the plaintiffs and similarly situated purchasers of gift cards issued by Google, Inc. for use in its Google Play Store, prosecuted this action to require defendants to abide by California law with regard to gift cards with less than a $10.00 balance on them. Pursuant to the settlement reached in the case, which is pending final approval, Google agreed to comply with California law, which requires sellers to refund gift card balances of less than $10.00 upon request. In addition, Google agreed to (1) provide refunds to all Google Play users who had previously requested, but were denied, such refunds; (2) provide additional training regarding the refund requirements to its customer service representatives; and (3) provide notice of the availability of refunds on its website. Notably, after the filing of the lawsuit, Google revised its payment system, allowing gift card users to combine their gift cards with other forms of payment. The changes adopted by Google pursuant to the settlement are ongoing, providing benefit to millions of Google Play gift card users.

## Significant Antitrust Cases

The firm has been appointed lead counsel or to the leadership group in many antitrust class action cases, including:

*In re Lithium Ion Batteries Antitrust Litigation,* MDL Docket No. 2420, the Honorable Yvonne Gonzalez Rogers in the Northern District of California;

*In re Fasteners Antitrust Litigation*, MDL Docket No. 1912, the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania;

*In re Publication Paper Antitrust Litigation*, Docket No. 3:04 MDL 1631 (SRU), the Honorable Stefan R. Underhill in the District of Connecticut;

*In re Automotive Paint Refinishing Antitrust Litigation*, MDL No. 1426, the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania;

*Brookshire Brothers, Ltd., et al. v. Chiquita Brands International, Inc., et al.*, Lead Case No. 05-21962-Cooke/Brown, the Honorable Marcia G. Cooke in the Southern District of Florida, Miami Division;

*Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc., et al.* (Carbon Fiber Antitrust Litigation), No. CV-99-07796-GHK(Ctx), the Honorable Florence Marie Cooper in the Central District of California, Western Division;

*In re Graphite Electrodes Antitrust Litigation*, Master File No. 97-CV-4182(CRW), the Honorable Charles R. Weiner in the Eastern District of Pennsylvania;

*In re Flat Glass Antitrust Litigation,* Master Docket Misc. No. 970550, MDL No. 1200, the Honorable Donald E. Ziegler in the Western District of Pennsylvania;

*In re New Jersey Title Insurance Litigation*, No. 2:08-cv-01425-GEB, the Honorable Garrett E. Brown in the District of New Jersey;

*In re Bath and Kitchen Fixtures Antitrust Litigation,* Docket No. 05-cv-00510-MAM, the Honorable Mary A. McLaughlin in the Eastern District of Pennsylvania;

*In re Sorbates Antitrust Litigation*, Master File No. C 98-4886 MCC, the Honorable William H. Orrick, Jr. in the Northern District of California;

*In re Sodium Gluconate Antitrust Litigation*, No. C-97-4142CW, the Honorable Claudia Wilken in the Northern District of California;

*In re Vitamins Antitrust Litigation*, MDL No. 1285, the Honorable Thomas F. Hogan in the District of Columbia;

*In re: Metal Building Insulation Antitrust Litigation*, Master File No. H-96-3490, the Honorable Nancy F. Atlas in the Southern District of Texas;

*In re Carpet Antitrust Litigation*, MDL No. 1075, the Honorable Harold L. Murphy in the Northern District of Georgia, Rome Division;

*In re Citric Acid Antitrust Litigation*, Master File No. 95-2963, the Honorable Charles A. Legge in the Northern District of California; and

*Capital Sign Company, Inc. v. Alliance Metals, Inc.*, et al., Civil Action No. 95-CV-6557 (LHP), the Honorable Louis H. Pollak in the Eastern District of Pennsylvania;

*Plastic Cutlery Antitrust Litigation*, Master File No. 96-728, the Honorable Joseph L. McGlynn in the Eastern District of Pennsylvania.

## Recoveries Achieved in Antitrust Cases

The Firm has achieved significant recoveries on behalf of class members in antitrust cases, including the following:

➢ *In re Urethane Antitrust Litigation*, 2:04-md-01616-JWL (D. Kan.). After nearly nine years of litigation and four weeks of trial, the Jury reached a verdict for plaintiffs in excess of **$400 million** (before trebling) against defendant Dow Chemical Company, and the District Court entered a Judgment of **$1.06 billion**, which was upheld on appeal by the Tenth Circuit Court of Appeals. While on appeal to the U.S. Supreme Court, the case against Dow settled for **$835 million**, which was in addition to earlier settlements reached with other defendants. BR&B served as a member of the trial team for the case.

➢ *In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C.). In this highly complex litigation, plaintiffs achieved settlements **in excess of $1 billion**. BR&B served as a member of the executive committee.

➢ *In re Citric Acid Antitrust Litigation*, Master File No. 95-2963 (N.D. Cal.). After five years of litigation, plaintiffs achieved settlements totaling **over $80 million**. BR&B served as co-lead counsel.

➢ *In re Graphite Electrodes Antitrust Litigation*, Master File No. 97-CV-4182 (CRW) (E.D. Pa.). After six years of litigation, plaintiffs achieved settlements totaling **over $133 million**. BR&B served as co-lead counsel.

➢ *In re Automotive Refinishing Paint Antitrust Litigation*, MDL No. 1426 (E.D. Pa.). After five years of litigation, plaintiffs achieved settlements totaling **over $105 million**. See 617 F. Supp.2d 336 (E.D. Pa. 2007). BR&B served as co-lead counsel.

➢ *In re Sorbates Antitrust Litigation,* No. C 98-4886 (N.D. Cal.). After four years of litigation, plaintiffs achieved settlements in the total amount of **$96.5 million**. BR&B served as co-lead counsel.

➢ *Thomas & Thomas Rodmakers, Inc., et al. v. Newport Adhesives and Composites, et al.*, No. CV-99-07796 FMC (RNBx) (C.D. Cal.) (Carbon Fiber Antitrust Litigation). Plaintiffs achieved settlements totaling **$67.5 million**. BR&B served as co-lead counsel.

➢ *In re Polypropylene Carpet Antitrust Litigation*, MDL No. 1075 (N.D. Ga.). After five years of litigation, plaintiffs achieved a recovery of **nearly $50 million**. See 93 F. Supp. 2d 1348 (N.D. Ga. 2000). BR&B served as co-lead counsel.

➢ *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (E.D. Pa.). After more than seven years of litigation, plaintiffs were successful in maintaining the case on appeal, see 385 F.3d 350 (3d Cir. 2004), and achieved total recoveries of **more than $120 million**. BR&B served as co-lead counsel.

## Significant Securities and Shareholder Cases

Among the many securities law, derivative and fiduciary duty cases where the Firm has been appointed lead counsel in recent years are the following:

*In re Grand Canyon Education, Inc. Securities Litigation,* No. 20-639-MN-CJB, before the Honorable Maryellen Noreika in the District of Delaware;

*Allegheny County Employees' Retirement System v. Energy Transfer LP, et al.,* Case No. 2:20-cv-00200-GAM, before the Honorable Gerald A. McHugh in the Eastern District of Pennsylvania;

*In re Dentsply Sirona, Inc. Securities Litigation,* No. 18-cv-7253 (NG) (PK), before the Honorable Nina Gershon in the Southern District of New York;

*In re WageWorks, Inc. Securities Litigation*, Case No. 4:18-cv-01523-JSW, before the Honorable Jeffrey S. White in the Northern District of California;

*Shenk v. Mallinckrodt PLC, et al.,* No. 1:17-00145-DLF, before the Honorable Dabney L. Friedrich in the District of Columbia;

*In re Roadrunner Transportation Systems, Inc. Securities Litigation,* Case No. 17-cv-144-PP, before the Honorable Pamela Pepper in the Eastern District of Wisconsin;

*In re DFC Global Corp. Securities Litigation,* Civil Action No. 2:13-cv-06731-BMS, before the Honorable Berle M. Schiller in the Eastern District of Pennsylvania;

*Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al.,* Civil Action No. 1:11-cv-733-WHP, before the Honorable William H. Pauley, III, in the Southern District of New York;

*In re Omnivision Technologies, Inc. Securities Litigation,* Case No. 5:11-cv-05235, before the Honorable Ronald M. Whyte in the Northern District of California;

*Louisiana Municipal Police Employees Retirement System v. Green Mountain Coffee Roasters et al.,* Case No. 11-cv-00289, before the Honorable William K. Sessions, III, in the District of Vermont;

*In re American International Group Inc. 2008 Securities Litigation*, Master File No. 08-CV-4772-LTS, before the Honorable Laura Taylor Swain in the Southern District of New York;

*In re McKesson HBOC, Inc. Securities Litigation,* No. C-99-20743-RMW, before the Honorable Ronald M. Whyte in the Northern District of California;

*In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York;

*In re Cendant Corporation Litigation*, Master File No. 98-1664 (WHW), before the Honorable William H. Walls in the District of New Jersey;

*In re Apollo Group, Inc. Securities Litigation*, Master File No. CV 04-2147-PHX-JAT, before the Honorable James A. Teilborg in the District of Arizona;

*In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, Master File No. 07-cv-9633 (LBS)(AJP)(DFE), before the Honorable Jed S. Rakoff in the Southern District of New York;

*In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-77 (GBL), before the Honorable Liam O'Grady in the Eastern District of Virginia;

*In re R & G Financial Corp. Securities Litigation*, No. 05 cv 4186, before the Honorable John E. Sprizzo in the Southern District of New York;

*In re Bridgestone Securities Litigation*, Master File No. 3:01-0017, before the Honorable Robert L. Echols in the Middle District of Tennessee;

*In re DaimlerChrysler Securities Litigation*, No. 00-0993, before the Honorable Joseph J. Farnan, Jr. in the District of Delaware;

*In re Schering-Plough Securities Litigation*, Master File No. 01-CV-0829 (KSH/RJH), before the Honorable Katherine Hayden in the District of New Jersey;

*In re Pepsi Bottling Group Shareholder Litigation,* C.A. No. 4526-VCS, before the Honorable Leo E. Strine, Jr. in the Delaware Court of Chancery;

*In re Nationwide Financial Services Litigation*, Case No. 2:08-CV-00249, before the Honorable H. Michael Watson, in the Southern District of Ohio;

*In re Chiron Shareholder Deal Litigation*, Case No. RG 05-230567, before the Honorable Robert B. Freedman in the California Superior Court for Alameda County; and

*Dennis Rice v. Lafarge North America, Inc., et al.*, Civil No. 268974-V, before the Honorable Michael D. Mason in the Circuit Court for Montgomery County, Maryland.

## Recoveries Achieved in Securities and Shareholder Cases

The Firm has achieved significant recoveries on behalf of class members, including institutional clients, in more than 50 cases since passage of the PSLRA, including the following:

➢ *In re WorldCom, Inc. Securities Litigation*, Master File No. 02 Civ. 3288 (DLC) (S.D.N.Y.). BR&B, as co-lead counsel for lead plaintiff the Comptroller of the State of New York, the sole Trustee for the New York State Common Retirement Fund ("NYSCRF"), negotiated **$6.19 billion** in settlements with defendants, including a settlement with the company's outside auditor, Arthur Andersen LLP, after nearly five weeks of trial. The recovery is the largest ever achieved in the Southern District of New York and in the Second Circuit.

➢ *In re Cendant Corporation Litigation*, Civil Action No. 98-1664 (WHW) (D.N.J.). BR&B, as co-lead counsel, represented co-lead plaintiffs NYSCRF and the California Public Employees' Retirement System. This litigation was settled for $3.18 billion – which, at the time, was by far the largest recovery ever achieved in a class action under the securities laws – plus a contingency that brought the total recovery to **$3.32 billion**. The $335 million settlement with Ernst & Young, the outside auditor for one of the Cendant predecessor companies, continues to stand as the largest recovery from an accounting firm in a securities class action. The recovery is the largest ever achieved in the District of New Jersey and in the Third Circuit.

➢ *In re McKesson HBOC, Inc. Securities Litigation*, Master File No. CV-99-20743 RMW (N.D. Cal.). BR&B, as co-lead counsel, represented the NYSCRF as sole lead plaintiff. BR&B vigorously prosecuted the case against the company, its management, HBOC, Inc.'s former auditor, Arthur Andersen LLP, and Bear Stearns & Co., Inc., which had issued a fairness opinion in connection with the merger between McKesson and HBOC. After contentious motion practice and during discovery, BR&B participated with the NYSCRF in negotiating settlements totaling **$1.052 billion**. The recovery is the largest ever achieved in the Northern District of California and in the Ninth Circuit.

➢ *In re American International Group, Inc. 2008 Securities Litigation*, Case No. 08-cv-4772-LTS-DCF (S.D.N.Y.). BR&B served as a co-lead counsel representing the State of Michigan Retirement Systems. After more than six years of intensive litigation, including the

completion of all fact discovery and full briefing, an evidentiary hearing, and oral argument on lead plaintiff's motion for class certification, the parties reached settlements totaling **$970.5 million**, which the court approved on March 20, 2015, finding that it was an "outstanding result obtained on behalf of the settlement class." The recovery is among the largest achieved in a securities fraud class action stemming from the 2008 financial crisis, and appears to be the largest securities class action settlement in the absence of a criminal indictment, an SEC enforcement action or a restatement of a company's financial statements.

➤ *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, Master File No. 07-cv-9633 (LBS)(AJP)(DFE), pending before the Honorable Jed S. Rakoff in the Southern District of New York. BR&B, as co-lead counsel for sole lead plaintiff the State Teachers Retirement System of Ohio, negotiated a **$475 million** settlement with defendants in January 2009.

➤ *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al.,* Civil Action No. 1:11-cv-733-WHP, pending before the Honorable William H. Pauley, III, in the Southern District of New York. After nearly six years of litigation, BR&B, as the sole lead counsel for sole lead plaintiff the Pennsylvania Public School Employees' Retirement System, negotiated a **$335 million** settlement with defendants that the court approved in December 2016.

➤ *In re DaimlerChrysler AG Securities Litigation*, Master File No. 00-993 (JJF) (D. Del.). BR&B, as co-lead counsel for institutional investors the Denver Employees Retirement Plan, the Policemen's Annuity and Benefit Fund of Chicago, and the Municipal Employees Annuity and Benefit Fund of Chicago, negotiated in October 2003, a **$300 million** settlement of this case involving the purported "merger of equals" between Daimler Benz and Chrysler Corporation. Notably, in a related opt out case, the court granted summary judgment in defendants' favor, leaving the opt out plaintiff with no recovery.

➤ *In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-cv-00077 (LO/TRJ) (E.D. Va.). BR&B, as co-lead counsel and counsel for co-lead plaintiff the Iowa Public Employees Retirement System ("IPERS"), negotiated settlements totaling **$202.75 million** with the defendant real estate investment trust corporation, with Mills' former auditor, Ernst & Young, and with a foreign real estate development company. When it was approved in December 2009, the global settlement of the case was the largest securities fraud class action recovery in the Eastern District of Virginia.

➤ *In re Schering-Plough Securities Litigation*, Master File No. 01-CV-0829 (KSH/RJH), before the Honorable Katherine Hayden in the District of New Jersey. BR&B, as lead counsel for sole lead plaintiff the Florida State Board of Administration, negotiated a **$165 million** settlement after 8 years of hard-fought litigation. The settlement, approved in December 2009, was described by the Court as the product of "hard work and good judgment in ultimately achieving a negotiated resolution of substantial value to the class."

➤ *In re Apollo Group, Inc. Securities Litigation*, Master File No. CV 04-2147-PHX-JAT, before the Honorable James A. Teilborg in the District of Arizona. BR&B, as lead counsel for sole lead plaintiff the Policemen's Annuity and Benefit Fund of Chicago ("PABF"), conducted a two month trial which resulted in a **unanimous jury verdict in January 2008 for the lead plaintiff and investor class for the full amount of price inflation per share that the lead plaintiff had requested**. Although the district court judge entered a judgment for defendants notwithstanding the verdict on loss causation grounds, on June 23, 2010, the Ninth Circuit overturned the judgment and reinstated the jury verdict in favor of plaintiffs and the investor

class. The decision of the Court of Appeals to reinstate the plaintiffs' jury verdict appears to be the only time such an appellate decision has been made since passage of the PSLRA. On March 7, 2011, the U.S. Supreme Court denied defendants' petition for certiorari, thereby allowing the Ninth Circuit's decision to stand and for the district court to enter judgment in favor of the plaintiff class. Later in 2011, the case was resolved by the payment by defendants of **$145 million** for the benefit of the injured investors. On April 20, 2012, the court granted final approval of the case resolution.

➢ *Michael Rubin v. M.F. Global Ltd.*, Case No. 08cv2233 (VM), before the Honorable Victor Marrero in the Southern District of New York. BR&B, as co-lead counsel and counsel for co-lead plaintiffs IPERS and the PABF, negotiated a **$90 million** settlement after the Second Circuit Court of Appeals reversed the trial court's dismissal of the complaint.

➢ *In re R&G Financial Corporation, et al.*, Civil Action No. 1:05cv04186 (JES), before the Honorable John E. Sprizzo in the Southern District of New York. BR&B, as co-lead counsel for co-lead plaintiff the City of Philadelphia Board of Pensions and Retirement, negotiated a **$51 million** settlement with defendants.

➢ *In re Pepsi Bottling Group Shareholder Litigation,* C.A. No. 4526-VCS, before the Honorable Leo E. Strine, Jr. in the Delaware Court of Chancery. BR&B, as co-lead counsel for co-lead plaintiff IBEW Local 98, challenged the proposed takeover of Pepsi Bottling Group (PBG), by PepsiCo, and in related actions, shareholders of PepsiCo's other primary bottling company, PepsiAmericas, Inc. (PAS), challenged the proposed takeover of PAS by PepsiCo. After significant litigation of the PBG and PAS actions, and through negotiations of special committees of both bottling companies' boards, PepsiCo agreed to: (a) significantly higher acquisition prices that provided PBG shareholders as a group with **$1.022 billion** more in value; (b) delete the cross-conditionality provision for the two deals; (c) reductions in the merger agreements' termination fees and termination tail periods; and (d) additional disclosures in the final proxy statements for the two deals. On June 1, 2010, then-Vice Chancellor Strine granted final approval of the settlements of the related cases, crediting the litigation brought by the plaintiffs and their counsel as a causal factor in prompting PepsiCo to make fuller offers for the bottling companies.

➢ *In re Nationwide Financial Services Litigation*, Case No. 2:08-CV-00249, before the Honorable H. Michael Watson, in the U.S. District Court for the Southern District of Ohio. BR&B, as co-lead counsel, represented lead plaintiff the International Brotherhood of Electrical Workers Local 98 Pension Fund in this class action litigation contesting the buy-out of Nationwide Financial Services, Inc. by its majority owner Nationwide Mutual Insurance Company and certain affiliates in 2008. After extensive negotiations, Nationwide Mutual agreed to increase its tender offer price from its initial offer of $47.20 per share to the final price of $52.25 per share, a benefit to the class of approximately **$232.8 million** (a 10.7% increase), and further agreed to additional disclosures in the final proxy statement. In assessing the settlement, the Court agreed with lead plaintiffs that it represented an "excellent result for the Class."

➢ *Dennis Rice v. Lafarge North America, Inc., et al.*, Civil No. 268974-V, before the Honorable Michael D. Mason in the Circuit Court for Montgomery County, Maryland. BR&B, as co-lead counsel, represented lead plaintiff the City of Philadelphia Board of Pensions and Retirement in this class action litigation contesting the buy-out of Lafarge North America by majority owner Lafarge S.A in 2006. After extensive discovery and injunction practice, Lafarge SA agreed to increase its tender offer price from its initial offer of $75 per share to the final price of $85.50, a benefit to the class of approximately **$388 million**.

➢ *In re Chiron Shareholder Deal Litigation*, Case No. RG 05-230567, before the Honorable Robert B. Freedman in the California Superior Court for Alameda County. BR&B, as lead counsel, represented an individual investor and the class in this class action litigation contesting the proposed acquisition of Chiron Corp. by Novartis AG in 2005. After extensive discovery and injunction practice, Novartis agreed to increase the offering price from its initial offer of $40 per share to the final price of $48, a benefit to the class of approximately **$880 million**.

➢ *In re Applied Micro Circuits Corp. Securities Litigation*, Civil Action No. 01-cv-0649-K (AJB) (S.D.Cal.). BR&B, as sole lead counsel for lead plaintiff the Florida State Board of Administration, negotiated a **$60 million** settlement in 2005.

➢ *In re Sunbeam Securities Litigation*, Case No. 98-8258-Civ-Middlebrooks (S.D. Fla.). BR&B represented a lead plaintiff group that included the CWA/ITU Negotiated Pension Plan in this litigation, which could not be prosecuted against Sunbeam itself due to its bankruptcy filing. This case resulted in settlements in 2002 totaling **more than $140 million** from Arthur Andersen LLP, Albert J. Dunlap, Russell Kersh and one of the Company's insurers. The settlement included a record breaking $110 million settlement with Arthur Andersen and one of the largest individual securities settlements ($15 million) from the company's former chief executive officer, "Chainsaw" Al Dunlap.

➢ *In re 3Com Securities Litigation*, Master File No. C 97-21083-EAI (N.D. Cal.). This case, in which BR&B represented a lead plaintiff group of individual investors, involved discovery taken throughout the United States and in Europe with respect to 3Com and its outside auditing firm. A settlement in the amount of **$259 million** was reached at the end of the discovery process.

➢ *In Re Barnes & Noble Stockholder Derivative Litigation*, C.A. No. 4813-CS, before the Honorable Leo E. Strine, Jr. in the Delaware Court of Chancery. BRB served as co-lead counsel in this derivative action challenging the corporation's overpayment for an asset owned by its controlling stockholder. After extensive litigation, an eve-of-trial settlement providing a reduction in the purchase price of the asset of **$29 million** was achieved. The settlement was approved on September 4, 2012.

➢ *In re Cheniere Energy, Inc. Stockholders Litigation*, C.A. No. 9710-VCL, in the Delaware Chancery Court. BR&B achieved a settlement of lawsuits filed on behalf of investors against Cheniere's CEO, certain other senior executives, and the members of Cheniere's board of directors alleging that Cheniere's management team and board breached the terms of the company's bylaws as well as their fiduciary duties to the company and its shareholders with respect to stock awards made in 2013. Upon the filing of the initial complaint by BR&B, Cheniere postponed the Annual Stockholder Meeting for three months, and thereafter took off the agenda for the Meeting the proposal to add another 30 million shares to the stock incentive plan's share reserve. The settlement negotiated with defendants, among other things: (a) invalidated the board's ability to issue to company insiders 7.845 million shares of stock that the company claimed had been validly set aside for compensation purposes based on a prior stockholder vote, which shares had a market price-based value at the time of the settlement of approximately **$565 million**; (b) provided that the 7.845 million shares could be used for compensation purposes only if the company scheduled a new vote and obtained stockholder authorization pursuant to a voting standard in line with the default provision of Delaware law, a so-called "present and entitled to vote" standard under which abstentions are counted as "no" votes; and (c) prohibited the company from granting to company insiders or seeking stockholder

approval for any further stock-based compensation to company insiders until January 1, 2017. The Court approved the settlement in March 2015.

➢ *Public Employees' Retirement System of Mississippi v. Leonard S. Schleifer, et al.* (Regeneron Pharmaceuticals, Inc. Derivative Case), No. 656813/2017, Part 39 (N.Y. Supreme Ct.). BR&B, on behalf of the MPERS, filed a shareholder derivative complaint in the New York Supreme Court in November 2017, alleging that Regeneron Pharmaceuticals, Inc.'s then-current and certain former directors breached their fiduciary duties and were unjustly enriched when they approved and/or received allegedly excessive compensation in 2013, 2014, 2015, and 2016, and that they breached their fiduciary duties in 2014 when they approved a long-term incentive plan and in 2017 when they approved the amended and restated plan, both of which authorized the award of equity compensation to directors and others. After certain Court-ordered document discovery took place, BR&B negotiated a settlement on behalf of MPERS (subsequently joined by plaintiffs in a related action) in which: (1) Regeneron agreed to a significant reduction of the compensation that will be provided to its non-employee directors and the chairman of its board for the next five years, providing a financial benefit to the Company of **$44.5 million**; (2) defendants agreed that after 2021, only a vote of non-affiliated shareholders can increase the compensation caps agreed to in the settlement, meaning the Company insiders as well as other potentially interested shareholders will not be able to vote on this issue; (3) Regeneron agreed to provide increased disclosures concerning director compensation for the next five years, in excess of what would otherwise be required by SEC regulations; and (4) Regeneron agreed to institute certain governance reforms concerning director compensation. The Court approved the settlement in December 2018.

## Extensive Class Action Trial Experience

The Firm has extensive experience in trying class action cases in federal and state court, including the following:

*In re Apollo Group, Inc. Securities Litigation*, Master File No. CV-04-2147-PHX-JAT (District of Arizona) (jury verdict in 2008 for the full amount of per share damages requested, and later settled after the jury verdict was upheld on appeal for **$145 million**);

*In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288(DLC) (Southern District of New York) (2005 securities class action jury trial against accounting firm, which was settled just before closing arguments for **$65 million** and a contingency claim later settled for **$38 million**);

*Becker v. The Bank of New York Mellon Trust Co., N.A., et al.*, No. 2:11-cv-06460 (JRS) (Eastern District of Pennsylvania) (case sought $15 million in damages, plus interest, settling for **$13.5 million**. The Court approved the settlement in December 2018.

*Equity Asset Investment Trust, et al. v. John G. Daugman, et al.*, No. 20395 (Delaware Court of Chancery) (non-jury trial in 2003 in which BR&B represented Iridian Technologies, Inc., the world leader at the time in iris recognition technologies, and its common shareholder-elected directors);

*Uniondale Beer Co., Inc. v. Anheuser-Busch, Inc., et al.*, Civil Action No. CV 86-2400(TCP) (Eastern District of New York) (antitrust class action trial);

*Gutierrez v. Charles J. Givens Organization, et al.*, Case No. 667169 (Superior Court of California, County of San Diego) (jury verdict in excess of **$14 million** for plaintiff consumer class);

*In re Control Data Corporation Securities Litigation*, 933 F.2d 616 (8th Cir. 1991) (securities class action that BR&B took to trial, got directed verdict overturned on appeal, and thereafter favorably settled for the certified class);

*Gould v. Marlon*, CV-86-968-LDG (D. Nev.) (jury verdict for plaintiff class);

*Betanzos v. Huntsinger*, CV-82-5383 RMT (C.D. Cal.) (jury verdict for plaintiff class).

*Leonard Barrack*, senior partner at Barrack, Rodos & Bacine, is a graduate of Temple University Law School (J.D. 1968) where he was Editor in Chief of the Temple Law Reporter. Mr. Barrack has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bar of the Supreme Court of Pennsylvania in 1969, and is also a member of the bars of the United States Supreme Court, the United States Courts of Appeals for the First, Third, Eighth and Tenth Circuits, and the United States District Court for the Eastern District of Pennsylvania. Mr. Barrack can be reached at the Firm's Philadelphia, PA office.

Since enactment of the PSLRA, Mr. Barrack has been appointed lead or co-lead counsel in dozens of securities cases throughout the United States, including three of the largest case settlements in securities class action history. In In re WorldCom, Inc. Securities Litigation, before the Honorable Denise L. Cote in the Southern District of New York, Mr. Barrack was responsible for guiding both the vigorously prosecuted litigation – including the five-week trial against Arthur Andersen – as well as negotiating on behalf of the NYSCRF the ground-breaking settlements totaling more than $6.19 billion with WorldCom's underwriters, its outside directors, and Arthur Andersen, in the midst of trial. He was also co-lead counsel in In re Cendant Corporation Litigation, before the Honorable William H. Walls in the District of New Jersey, which, at $3.3 billion, was the previously highest recovery ever achieved in a securities fraud class case; In re McKesson HBOC, Inc. Securities Litigation, before the Honorable Ronald M. Whyte in the Northern District of California, which settled for $1.052 billion. Mr. Barrack was also appointed co-lead counsel in In re Merrill Lynch & Co. Securities, Derivative and ERISA Litigation, before the Honorable Jed S. Rakoff in the Southern District of New York (settlement of $475 million approved in August 2009) and co-lead counsel in In re American International Group, Inc. Securities Litigation, before the Honorable Laura Taylor Swain in the Southern District of New York, which settled for $970.5 million.

Mr. Barrack has had extensive trial and deposition experience in complex actions including the successful trial of derivative lawsuits under Section 14(a) of the Securities Exchange Act of 1934; Gladwin v. Medfield, CCH Fed. Sec. L. Rep. ¶95,012 (M.D. Fla. 1975), aff'd, 540 F.2d 1266 (5th Cir. 1976); Rafal v. Geneen, CCH Fed. Sec. L. Rep. ¶93,505 (E.D. Pa. 1972). In addition, Mr. Barrack has lectured on class actions to sections of the American and Pennsylvania Bar Association and is the author of Developments in Class Actions, The Review of Securities Regulations, Volume 10, No. 1 (January 6, 1977); Securities Litigation, Public Interest Practice and Fee Awards, Practicing Law Institute (March, 1980).

*Gerald J. Rodos*, a partner at Barrack, Rodos & Bacine, is a graduate of Boston University (B.A. 1967) and an honor graduate of the University of Michigan Law School (J.D. cum laude 1970). Mr. Rodos has been practicing in the area of securities class and derivative actions, antitrust litigation and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania. Mr. Rodos can be reached at the Firm's Philadelphia, PA office.

Mr. Rodos has been appointed lead counsel, inter alia, in Payne, et al. v. MicroWarehouse, Inc., et al., before the Honorable Dominic J. Squatrito in the District of Connecticut; In re Sunbeam Securities Litigation, pending before the Honorable Donald M. Middlebrooks in the Southern District of Florida; In re Regal Communications Securities

Litigation, before the Honorable James T. Giles in the Eastern District of Pennsylvania; In re Midlantic Corp. Shareholders Securities Litigation, before the Honorable Dickinson R. Debevoise in the District of New Jersey; In re Craftmatic Securities Litigation, before the Honorable Joseph L. McGlynn, Jr. in the Eastern District of Pennsylvania; In re New Jersey Title Insurance Litigation, Case No. 2:08-cv-01425-PGS-ES, before the Honorable Peter G. Sheridan in the District of New Jersey; In re Automotive Refinishing Paint Antitrust Litigation, Case No. 2:01-cv-02830-RBS, before the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania; and In re Publication Paper Antitrust Litigation, Docket No. 3:04 MD 1631 (SRU), before the Honorable Stefan R. Underhill in the District of Connecticut, among many others. Mr. Rodos also represented lead plaintiff in the WorldCom litigation.

Mr. Rodos is the co-author of Standing To Sue Of Subsequent Purchasers For Antitrust Violations -- The Pass-On Issue Re-Evaluated, 20 S.D.L. Rev. 107 (1975), and Judicial Implication of Private Causes of Action; Reappraisal and Retrenchment, 80 Dick. L. Rev. 167 (1976).

*Daniel E. Bacine*, a partner at Barrack, Rodos & Bacine, is a graduate of Temple University (B.S. 1967) and of Villanova University School of Law (J.D. 1971), where he was an Associate Editor of the Law Review and a member of the Order of the Coif. Mr. Bacine has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the United States Courts of Appeals for the Third and Seventh Circuits and the United States District Court for the Eastern District of Pennsylvania. Mr. Bacine can be reached at the Firm's Philadelphia, PA office.

Mr. Bacine is an experienced civil litigator in both the federal and state courts, having tried jury and non-jury securities and other commercial cases, including cases involving disputes between securities brokerage firms and their customers. He has been lead or co-lead counsel in various class actions, including, inter alia, In re American Travelers Corp. Securities Litigation, in the Eastern District of Pennsylvania; In re IGI Securities Litigation, in the District of New Jersey; Kirschner v. CableTel Corp., in the Eastern District of Pennsylvania; Lewis v. Goldsmith, in the District of New Jersey; Rieff v. Evens (Allied Mutual Demutualization Litigation), in the District Court for Polk County, Iowa; Crandall v. Alderfer (Old Guard Demutualization Litigation), in the Eastern District of Pennsylvania; and In re Harleysville Mutual, in the Court of Common Pleas of Philadelphia.

Mr. Bacine served as senior plaintiff's counsel in Becker v. BNY Mellon Trust Co., N.A., in the Eastern District of Pennsylvania, a class action case that resulted in several important decisions delineating the duties of indenture trustees to bondholders: 172 F. Supp. 3d 777 (E.D. Pa. 2016) (denying motion for summary judgment); 2016 WL 6397415 (E.D. Pa. October 28, 2016) (reconsideration denied); 2016 WL5816075 (E.D. Pa. October 5, 2016) (granting class certification). He was senior counsel at the trial of the Becker matter, which settled just before closing arguments.

Mr. Bacine is an adjunct professor of law at Drexel University's Thomas R. Kline School of Law and an adjunct lecturer in law at Villanova University School of Law, teaching courses in class actions and complex litigation. He also sits as an arbitrator for the Financial Industry Regulatory Authority, hearing disputes involving the securities industry, and has chaired numerous FINRA arbitration panels since 2000.

*E. Teresa Akonhai*, an associate at Barrack, Rodos & Bacine, is a graduate of Georgetown University School of Foreign Service (1997, B.S. International Politics & Spanish) and Temple University Beasley School of Law (J.D. 2002). Before joining Barrack, Ms. Ahonkhai represented plaintiffs and defendants in a variety of matters, including: complex securities class action litigation, multi-district product liability litigation and mass tort litigation in diverse industries (such as pharmaceutical products, devices and chemicals in regulated and non-regulated industries). Ms. Akonhai can be reached at the Firm's Philadelphia, PA office.

At BR&B, Ms. Ahonkhai represents investors in class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance. Ms. Ahonkhai was a member of the litigation team that prosecuted In re American International Group, Inc. 2008 Securities Litigation, which resulted in a $970.5 million settlement for defrauded investors, among the largest recoveries ever achieved in a securities fraud class action arising from the 2008 financial crisis.

Ms. Ahonkhai serves as a volunteer for Big Brothers Big Sisters, a mentoring organization that pairs at-risk youth with positive role models with the goal of overcoming otherwise significant barriers to success and for Metropolitan Area Neighborhood Nutrition Alliance (MANNA), a non-profit that prepares and delivers nutritional meals and nutrition services at no cost to individuals in need. A former college and professional basketball player, Ms. Ahonkhai is a frequent lecturer for high-school and collegiate student-athletes and coaches.

*William J. Ban*, a partner at Barrack, Rodos & Bacine, is a graduate of Brooklyn Law School (J.D. 1982) and Lehman College of the City University of New York (A.B. 1977). Mr. Ban was admitted to practice in New York in 1983 and in Pennsylvania in 2005. He is a member of the bars of United States District Courts for the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania and is a member of the New York City Bar Association. Mr. Ban can be reached at the Firm's New York, NY office.

For more than thirty-five years, Mr. Ban's practice of law has focused on securities, antitrust and consumer class action litigation on behalf of plaintiffs and he has participated as lead or co-lead counsel, on executive committees and in significant defined roles in scores of major class action litigations in federal and state courts throughout the country. Since Mr. Ban came to the Firm in 2004, he has been an important member of the firm's litigation teams for: In re WorldCom, Inc. Securities Litigation, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York; IPERS v. MF Global, Ltd., 08-Civ-2233 (VM), before the Honorable Victor Marrero in the Southern District of New York; PPSERS v. Bank of America, Corp., 11-Civ-00733(WHP), before the Honorable William H. Pauley in the Southern District of New York; In re Automotive Refinishing Paint Antitrust Litigation, MDL Docket No. 1426, before the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania; In re: OSB Antitrust Litigation, 06-CV-00826 (PSD), before the Honorable Paul S. Diamond in the Eastern District of Pennsylvania; and the recently concluded In re: Lithium Ion Batteries Antitrust Litigation, MDL Docket No. 2420, before the Honorable Yvonne G. Rogers in the Northern District of California, among others.

*Jeffrey A. Barrack*, a partner at Barrack, Rodos & Bacine, is a graduate of Clark University (B.A. 1990), Boston College (M.A. 1992) and Temple University School of Law (J.D. 1996). He was admitted to practice in Pennsylvania in 1996 and in New York in 2009, is a member of the bars of the United States Court of Appeals for the Third Circuit and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Pennsylvania, and has been admitted pro hac vice in district courts throughout the United

States. Mr. Barrack has represented plaintiffs in securities fraud, antitrust and other class actions since joining the Firm in 1996. He also has represented both plaintiff and defendant individual and corporate clients in environmental, consumer, business tort and commercial litigation in state and federal courts. Before joining the Firm, Mr. Barrack served under the United States Attorney assisting in the prosecution of complex white-collar crime in the Eastern District of Pennsylvania and the Philadelphia District Attorney assisting in the prosecution of crime in Philadelphia. He has been honored repeatedly by the First Judicial District of Pennsylvania as an attorney whose "work has been recognized by the judiciary as exemplary." Mr. Barrack can be reached at the Firm's Philadelphia, PA office.

Mr. Barrack served as a principal member of the litigation team and as a trial attorney in *In re Apollo Group Inc. Securities Litigation*, Master File No. CV-04-2147 PHX-JAT, before the Honorable James A. Teilborg of the United States District Court for the District of Arizona, which resulted in a **$145 million** recovery for the class. With the firm representing the Policemen's Annuity and Benefit Fund of Chicago, the Apollo Group federal jury trial began in November 2007 and ended in a unanimous verdict for investors in January 2008 for the full amount requested per damaged share. After the District Court entered a judgment notwithstanding the verdict on loss causation grounds, Mr. Barrack participated on the briefing team before the Ninth Circuit Court of Appeals, which led to the Court of Appeals vacating the JNOV and reinstating the jury verdict. Mr. Barrack also participated on the briefing team before the U.S. Supreme Court, which denied defendants' petition for certiorari.

Mr. Barrack was also a principal member of the litigation team in In re WorldCom, Inc. Securities Litigation, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote of the United States District Court for the Southern District of New York, in which the Firm represented the New York State Common Retirement Fund. He served as the lead attorney on auditing and accounting issues through the case and actively participated in the five-week trial of the only non-settling defendant, WorldCom's former auditor Arthur Andersen LLP. The 2005 jury trial against Arthur Andersen resulted in an additional $103 million for the benefit of the class of WorldCom investors, prompting Judge Cote to commend in an opinion and order that in the "trial against Andersen, the quality of Lead Counsel's representation remained first-rate."

Mr. Barrack was a principal member of the litigation team in *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al*., Civil Action No. 1:11-cv-733-WHP, before the Honorable William H. Pauley, III, in the United States District Court for the Southern District of New York. With the firm serving as counsel on behalf of the lead plaintiff and class representative, the Pennsylvania Public School Employees' Retirement System, Mr. Barrack has served as a key member in the litigation and resolution of the case, which settled for $335 million.

Mr. Barrack has also served as an important member of many successful litigation teams for the Firm. He participated in the prosecution of *In re McKesson HBOC, Inc. Securities Litigation*, No. C-99-20743-RMW, before the Honorable Ronald M. Whyte in the Northern District of California, which resulted in more than $1.052 billion for investors from defendants, including Bear Stearns, the investment bank that issued a fairness opinion on the merger that was the subject of the action; *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation*, Master File No.: 1:07-cv-9633-JSR-DFE, before the Honorable Judge Jed S. Rakoff, in the Southern District of New York, which settled for $475 million; *In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-cv-00077 (LO/TRJ), before the Honorable Liam O'Grady, in the Eastern District of Virginia, which settled for $202.75 million; *In re DaimlerChrysler AG Securities Litigation*, Master Docket No. 00-0993 (JJF), before the

Honorable Joseph J. Farnan, Jr. in the District of Delaware ($300 million settlement); *In re Sunbeam Securities Litigation*, No. 98-8258-CIV-MIDDLEBROOKS, before the Honorable Donald M. Middlebrooks in the Southern District of Florida ($140 million settlement recovered from corporate defendants and the company's independent public accounting firm); *In re R&G Financial Corporation Securities Litigation*, Master File No. 05 Civ. 4186 (JES), before the Honorable John E. Sprizzo, in the Southern District of New York ($51 million settlement from corporate defendants and the company's independent public accounting firm); and *In re Bridgestone Securities Litigation*, Master File No. 3:01-cv-0017, before the Honorable Robert L. Echols in the Middle District of Tennessee ($30 million settlement from Japanese corporation).

Mr. Barrack has successfully advocated corporate governance and excessive executive compensation reforms through shareholder rights claims asserted in direct and derivative cases alleging corporate directors' breaches of fiduciary and other legal duties. For example, Mr. Barrack was a principal member of the litigation team in *Resnick v. Occidental Petroleum, et al.*, Case No. 10-cv-00390, before the Honorable Robert F. Kelly, presiding by special designation in the District of Delaware, which resulted in benefits described by the Court as "meaningful change" to the company's executive compensation and reporting policies and practices that "affords valuable consideration to Occidental and its shareholders." And in *Gralnick v Apple, Inc.*, No. 13 Civ. 900 (RJS), 13 Civ. 0976 (RJS) (S.D.N.Y.), Mr. Barrack was a principal member of the litigation team that successfully challenged an improper proxy statement issued by Apple, Inc., seeking to preserve shareholders' right to a fair and informed shareholder vote and to enjoin the vote on the offending proposal. The Court issue the injunction ruling that plaintiff shareholder was "likely to succeed on the merits and [would] face irreparable harm if the vote ... [was] permitted to proceed. Further, the Court finds that the balance of hardships tips in [plaintiff's] favor, and that a preliminary injunction would be in the public interest."

Mr. Barrack has participated in public pension board educational programs and conferences designed for the education of public pension fiduciaries. For example, Mr. Barrack participated at a board educational program hosted by the Pennsylvania Public School Employees' Retirement System, and presented on trial practice in securities fraud litigation. In addition, Mr. Barrack has presented to the members of the National Association of Public Pension Attorneys ("NAPPA") during its annual summer seminar, and has published work in its periodical, The NAPPA Report. Mr. Barrack currently serves on NAPPA's Securities Litigation Working Group. Mr. Barrack has lectured on private securities litigation at the Beasley School of Law at Temple University, has been a featured columnist on securities litigation for The Legal Intelligencer, the oldest law journal in the United States, and has written on trial practice for the American Journal of Trial Advocacy.

*Stephen R. Basser*, partner in Barrack, Rodos & Bacine, is a graduate of the American University, Washington D.C. (B.A., with Honors, 1973) and Temple University School of Law, Philadelphia, Pennsylvania (J.D. *cum laude* 1976), where he was awarded the honor of "Highest Grade and Distinguished Class Performance" by its nationally renowned clinical trial litigation program and was selected to serve as a student prosecutor under the supervision of the United States Attorney's Office for the Eastern District of Pennsylvania. Mr. Basser has been practicing in the area of securities class and derivative actions, corporate litigation, and consumer protection litigation generally, for over 35 years. He was admitted to the bars of the Supreme Court of Pennsylvania in 1976, and the Supreme Court of California in 1985. He is also a member of the bars of the United States Circuit Courts of Appeals for the Sixth and Ninth Circuits, and the United States District Courts for the Southern, Central and Northern Districts of California, the District of Colorado, Eastern District of Pennsylvania, the Northern District of Texas, the Eastern District of Wisconsin, and the Eastern District of Michigan. Mr. Basser is the managing partner of the Firm's San Diego, CA office.

Mr. Basser is an experienced civil litigator in federal and state courts and has successfully tried numerous civil jury and non-jury cases to verdict. In addition to litigating product liability, medical malpractice, catastrophic injury, mass toxic tort and complex business disputes, Mr. Basser has extensive experience prosecuting securities class actions, including actions against Pfizer, Inc., Procyte Corp., Wall Data Corp., Louisiana-Pacific Corp., Samsonite Corp., TriTeal Corp., Sybase, Inc., Silicon Graphics, Inc., Orthologic Corp., Adobe, PeopleSoft, Inc., Safeskin Corp., Bridgestone Corp., Harmonic, Inc., 3Com Corp., Dignity Partners, Inc., Daou, Vivus, Inc., FPA Medical, Inc., Union Banc of California, Merix Corporation, Simulation Sciences, Inc., Informix Corporation, OmniVision Technologies, Inc., Roadrunner Transportation Corp., WageWorks, Inc., and Hewlett Packard Company. Mr. Basser served as lead counsel representing lead plaintiff the Florida State Board of Administration in *In re Applied Micro Circuits Corp. Securities Litigation*, Lead Case No. 01-cv-0649-K (AJB), which settled for **$60 million**, one of the largest recoveries in a securities class action in the Southern District of California since passage of the PSLRA. He also acted as co-lead counsel for lead plaintiff the NYSCRF in *In re McKesson HBOC, Inc. Securities Litigation*, Master File No. CV-99-20743 RMW, which settled for a total of **$1.052 billion** from all defendants and is the largest securities fraud class action recovery in the Northern District of California. Mr. Basser was the lead attorney in *In re Chiron Shareholder Deal Litigation*, Case No. RG 05-230567, (Superior Court in and for the County of Alameda, California), resulting in a settlement for the shareholder class valued at approximately **$880 million**, constituting one of the largest securities ever achieved in a merger related class action alleging breach of fiduciary duties by corporate officers and directors. He was the lead and first chair trial attorney in *In re Apollo Group Inc. Securities Litigation*, Master File No. CV-04-2147 PHX-JAT (District of Arizona), before the Honorable James A. Teilborg, which was tried to a federal jury from November 2007 until the jury returned a unanimous verdict for investors in January 2008, ultimately recovering **$145 million** for the shareholder class.

Mr. Basser has prosecuted derivative shareholder actions on behalf of and for the benefit of nominal corporate entities such as Pfizer, Apple, Nvidia and Quest, achieving significant corporate governance therapeutics on behalf of those entities. Mr. Basser has also vigorously pursued the rights of the elderly, and consumers serving as a co-lead counsel and as part of a group of firms prosecuting class actions ("*Senior Annuity Litigation*") alleging California consumer protection and federal RICO claims against companies that target senior citizens in the sale of deferred annuity products, ultimately securing benefits collectively valued at over **$1 billion**.

Mr. Basser was the firm's primary attorney assisting in the development of expert witnesses in aid of the prosecution of the *In re Anthem, Inc. Data Breach Litigation* which secured a **$115 million** settlement. He served as Interim Executive Committee Counsel in the *Feller v. Transamerica Life Insurance Litigation* that settled for **$200 million**. He has served as Interim Executive Committee Counsel in the *Toyota Hybrid Brake* (EDTX) and in the *Nissan CVT* (MDTN) litigation cases (settlement valued at over **$300** million). Mr. Basser serves as the Executive Committee in the pixel privacy case entitled *Castillo et al v. Costco Wholesale Corporation*, Case No. 2:23-cv-01548-JHC (W.D. Wash.). The firm is a co-lead counsel in the pixel privacy case entitled *John Doe, et al v. Cedars Sinai Health Systems, et al*., Case No.22STCV41085 (Los Angeles County Superior Court). He is Chair of the Executive Committee in *In re Forefront Data Breach Litigation* (EDWI). He serves as Interim Executive Committee Counsel in *In re Shields Health Group Data Breach Litig.*, Case No. 1:22-cv-10901 (D. Mass.); in *In re Lincare Holdings Data Breach Litig.*, Case No. 8:22-cv-01472 (M.D. Fla.); and *In re Apria Healthcare Data Breach Litig.*, Master File No. 1:23-cv-01003-RLY-KMB (S.D. Ind.). He currently serves as a member of the Science and Expert Subcommittee in *In re Philips CPAP, Bi-Level PAP Mechanical Ventilator Products Liability Litigation* (WDPA) and is also as a member of Plaintiffs' Steering Committee in *In re East Palestine Derailment Litig.* (N.D. Ohio).

Mr. Basser has regularly shared his experience and knowledge with attorneys, Judges, public pension funds and the lay public. He also lectured on the topic of securities related litigation and shareholder issues in the wake of the derivative securities, toxic debt portfolio and real estate mortgage default related global economic crisis of 2008, at the American Association of Justice, Winter Convention, February 2010 and the American Association of Justice, Summer Convention 2010. He presented on the topic of "Securities Litigation" at the Federal Judicial Center's Workshop for Judges of the Ninth Circuit on February 1, 2011 and lectured on the topic of trying a complex class action at Vanderbilt Law School entitled *Battle in the Valley of the Sun: Strategy Tactics and Honor in Litigation*," October 17, 2013. He has written for the American Association of Justice Quarterly Newsletter, Fall 2009, co-authoring "*Securities Litigation in the Wake of the Sub-Prime Crisis.*" Mr. Basser has been repeatedly selected as a California "Super Lawyer," as LAWDRAGON's "100 Attorneys You Need to Know in Securities Litigation" and has been regularly commended by San Diego Magazine and the Los Angeles Times as a "Top Lawyer." He has also been repeatedly cited as one of Southern California's "Top 100 High-Stakes Litigators."

*Chad A. Carder*, a partner at Barrack, Rodos & Bacine, is an honors graduate of The Ohio State University (B.A. 1999), and College of William and Mary, Marshall-Wythe School of Law (J.D. 2002), where he was a Graduate Research Fellow and served on the William and Mary Moot Court Board. From 2002 to 2003, Mr. Carder served as the law clerk to the Honorable Michael J. Hogan of the New Jersey Superior Court. He was admitted to practice in Pennsylvania and New Jersey in 2002 and is a member of the bars of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. Mr. Carder can be reached at the Firm's Philadelphia, PA office.

Mr. Carder concentrates his practice on federal securities class action litigation, is experienced in representing both institutional investor plaintiffs and individual defendants, and has been a member of the teams that have litigated major securities class actions to their landmark conclusions, including In re WorldCom, Inc. Securities Litigation, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York; In re Schering-Plough Securities Litigation, Master File No. 01-CV-0829 (KSH/RJH), before the Honorable Katherine Hayden in the District of New Jersey; Eastwood Enterprises, LLC v. Farha, et al., Case No. 8:07-cv-1940-T-33EAJ, before the Honorable Virginia M. Hernandez Covington in the Middle District of Florida; and In re The Mills Corporation Securities Litigation, Civil Action No. 1:06-cv-00077 (LO/TJR), before the Honorable Liam O'Grady in the Eastern District of Virginia.

In addition to representing plaintiffs in securities class actions, Mr. Carder also has an active antitrust litigation practice, representing plaintiffs in the prosecution of the following antitrust cases, among others: In re Chocolate Confectionary Antitrust Litigation, before the Honorable Christopher C. Connor, in the Middle District of Pennsylvania; In re Processed Egg Products Antitrust Litigation, before the Honorable Gene E.K. Pratter, in the Eastern District of Pennsylvania; In re New Jersey Title Insurance Antitrust Litigation, before the Honorable Garrett E. Brown, Jr., in the District of New Jersey; In re Flat Glass (II) Antitrust Litigation, before the Honorable Donetta W. Ambrose in the Western District of Pennsylvania; and In re Publication Paper Antitrust Litigation, before the Honorable Stefan R. Underhill in the District of Connecticut. Mr. Carder has also litigated several corporate takeover class and derivative actions, and has extensive experience litigating shareholder derivative actions in various state and federal courts.

*Matthew Cyr*, an associate at Barrack, Rodos & Bacine, is a graduate of St. Joseph's University, Philadelphia, Pennsylvania (B.A. 1998) and the University of Wisconsin Law School,

Madison, Wisconsin (J.D. 2005). Mr. Cyr was admitted to practice in Wisconsin in 2005, in New Jersey in 2006 and in Pennsylvania in 2012. He can be reached at the Firm's Philadelphia, PA office.

At the Firm, Mr. Cyr has worked on major class action litigation in the securities and antitrust fields, including cases against Mills Corporation, WellCare Health Plans, Inc., American International Group, RAIT Financial Trust, Merrill Lynch & Co., and companies involved in the municipal derivatives industry.

*Jeffrey W. Golan*, a partner in Barrack, Rodos & Bacine, graduated with honors from Harvard College in 1976 with a degree in Government. He graduated in 1980 from the Georgetown University Law Center, where he served as the Topics Editor for the school's international law review, and from the School of Foreign Service, with a Master's of Science Degree in Foreign Service. In 1980, he received the Francis Deák Award from the American Society of International Law for the year's best student writing in an international law journal. Mr. Golan served as a Law Clerk for the Honorable Edwin D. Steel, Jr., in the United States District Court for the District of Delaware, and thereafter joined a large firm in Philadelphia, where he concentrated on commercial litigation, including the representation of plaintiffs and defendants in federal securities and antitrust cases. Mr. Golan was admitted to practice in Pennsylvania in 1981 and is a member of the bars of United States Court of Appeals for the Second, Third, and Fourth Circuits, and the United States District Court for the Eastern District of Pennsylvania. Mr. Golan can be reached at the Firm's Philadelphia, PA office.

Since joining BR&B in 1990, Mr. Golan has been the Firm's primary attorney in many major securities fraud cases throughout the country. Of particular note, he was BR&B's lead trial attorney in the WorldCom securities class action – a prosecution that yielded a record-breaking recovery of more than $6.19 billion for defrauded investors – one of the most notable fraud cases ever to go to trial. In April 2005, Mr. Golan led the BR&B team that took the only non-settling defendant, WorldCom's former auditor Arthur Andersen LLP, to trial. Andersen agreed to settle in the fifth week of trial, shortly before closing arguments. In approving this and other settlements, Judge Denise Cote found "the quality of the representation given by Lead Counsel is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation" and that "the quality of representation that Lead Counsel has provided to the class has been superb." From 2008 to 2015, Mr. Golan was the Firm's lead attorney in In re American International Group, Inc. 2008 Securities Litigation, which settled for $970.5 million. The settlement is believed to be the largest recovery in a securities class action in the absence of a restatement, an SEC enforcement action or a criminal indictment. In approving the settlement in March 2015, Judge Laura Taylor Swain found the recovery to be an "outstanding result obtained on behalf of the settlement class."

Mr. Golan also served as BR&B's primary attorney for the landmark Cendant case, in which the lead plaintiffs and lead counsel achieved what is still the third highest recovery ever achieved in a securities fraud class case ($3.32 billion), which included the most ever paid in a securities fraud class case by an outside auditor ($335 million). He served as the Firm's lead attorney in the securities fraud class action involving The Mills Corporation, which settled with the defendant real estate investment trust corporation, its officers and directors, its auditor, and a foreign real estate development company, for $202.75 million, as well as in cases against DaimlerChrysler ($300 million obtained for the class), DFC Global Corp. ($30 million recovered), and many others.

Mr. Golan also served as the lead trial attorney in an action in the Delaware Court of Chancery, Equity Asset Investment Trust, et al. v. John G. Daugman, et al., in which the Firm represented Iridian Technologies, Inc. (the world leader in iris recognition technologies) and its common shareholder-elected directors. The case was brought against the Company and the common directors, prepared for trial on an expedited basis under the Chancery Court's "fast-track" procedures for Board contests, and went to trial two months after the complaint was filed.

Mr. Golan has also headed up the Firm's representation of lead plaintiffs in a number of derivative actions stemming from the stock option backdating scandal, and served as the Firm's lead attorney in cases challenging proposed corporate transactions. He served as a co-lead counsel in consolidated shareholder cases challenging PepsiCo's acquisition of Pepsi Bottling Group. After such lawsuits were filed, PepsiCo increased its offer price from $29.50 to $36.50 per share, which provided PBG's public shareholders with an additional $1.022 billion in value. He represented institutional and individual lead plaintiffs in a case that challenged the proposed buy-out of Lafarge N.A. by its majority shareholder, Lafarge S.A., which was settled when Lafarge S.A. agreed to increase the buy-out price from the $75.00 per share initially offered to $85.50 per share (a $388 million increase in the amount paid to Lafarge N.A.'s public shareholders) and to make additional disclosures about the company and the proposed transaction. And, among other cases, Mr. Golan served as a co-lead counsel in consolidated shareholder cases challenging the majority shareholder buy-out of Nationwide Financial Services, Inc., where as part of a settlement the acquirer raised its offer price from $47.20 per share to $52.25 per share, thereby providing a $232 million benefit to class members.

Mr. Golan also successfully represented investors in the class and derivative action in the Delaware Court of Chancery in In re Cheniere Energy Stockholders Litigation, which challenged whether shareholders approved an equity compensation plan that provided Cheniere's CEO with $126 million in equity compensation for one year. The successful settlement of this litigation resulted in the withdrawal of a new equity compensation plan that had earlier been proposed to grant executives 30 million shares that would have had a market value of $565 million at the time, a new stockholder vote on the shares that were challenged by the litigation, and several other corporate reforms.

Mr. Golan has been selected several times as a "Pennsylvania Super Lawyer" in the field of securities litigation. In June 2000, he was honored as the "Featured Litigator" in the on-line magazine published by Summation Legal Technologies, the legal software company. Mr. Golan, who has served as a faculty member at various deposition training programs, has also served in numerous capacities for the Public Interest Law Center of Philadelphia, including as Vice-Chair of the Board, on the staff of the Mayor's Task Force for the Employment of Minorities in the Philadelphia Police Force, and as a member of the Philadelphia Bar Association's Pro Bono Task Force (report issued October 2017).

*Andrew J. Heo*, an associate at Barrack, Rodos & Bacine, is a graduate of George Washington University (B.A. 2015) and Drexel University Thomas R. Kline School of Law (J.D. 2018), where he was President of the Civil Litigation Society. Mr. Heo is admitted to practice in Pennsylvania and New Jersey, and is a member of the bar of the Eastern District of Pennsylvania and the District of New Jersey. Mr. Heo can be reached at the Firm's Philadelphia, PA office.

Mr. Heo focuses his practice on complex class action litigation with an emphasis on antitrust and securities litigation. Among other matters, Mr. Heo is active in the prosecution of complex class action claims against Energy Transfer LP, Subaru of America, Inc., and MSG

Networks, Inc. Prior to joining BR&B, Mr. Heo's practice included advising and representing institutional clients in a wide range of commercial litigation matters, including complex products liability, class action, and mass torts litigation. During law school, Mr. Heo worked at the Federal Reserve Bank of Philadelphia, as well as for the Honorable Rayford A. Means of the First Judicial District of Pennsylvania. Mr. Heo's pro bono practice has included appellate work on behalf of plaintiffs in federal court.

*Robert A. Hoffman*, a partner at Barrack, Rodos & Bacine, is a graduate of Rutgers University (B.A. 1980) (with high distinction) and Rutgers University School of Law - Camden (J.D. 1983). Mr. Hoffman clerked for the Honorable Charles R. Weiner, United States District Court for the Eastern District of Pennsylvania, during the years 1984-1985. Mr. Hoffman has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 25 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bars of the Supreme Court of Pennsylvania and Supreme Court of New Jersey in 1983, and is also a member of the bars the United States Court of Appeals for the Eighth Circuit and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. Mr. Hoffman can be reached at the Firm's Philadelphia, PA office.

Mr. Hoffman has broad experience in prosecuting securities class actions in federal courts around the country. He served as lead counsel for the Florida State Board of Administration in In re Schering-Plough Securities Litigation, before the Honorable Katherine Hayden in the District of New Jersey, which settled in 2009 for $165 million. Mr. Hoffman also prosecuted one of the most significant subprime related securities class actions, *In Re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation*, before the Honorable Judge Jed S. Rakoff, in the Southern District of New York, which settled for $475 million for defrauded investors, and was a member of the litigation team in prosecuting In re American International Group, Inc. 2008 Securities Litigation, before the Honorable Laura Taylor Swain in the Southern District of New York, which settled in 2014 for $970.5 million. He was one of the lead attorneys representing plaintiffs in *In re MicroWarehouse Securities Litigation*, (D.Conn.), which resulted in a $30 million recovery for the plaintiff class. He also has significant experience in the trial and appeal of securities class actions. *See, e.g. In re Control Data Corp. Securities Litigation*, 933 F.2d 616 (8th Cir. 1991). Mr. Hoffman also led a derivative case against Synthes, Inc., a large medical device company that had been cited by the U.S. Government for illegal "off-label" promotions. The case resulted in the implementation of significant corporate governance changes at the company.

*Jordan R. Laporta*, an associate at Barrack, Rodos & Bacine, joined the Firm in 2023. Ms. Laporta is a 2019 graduate, summa cum laude, of Drexel University Thomas R. Kline School of Law. During law school, she was a lead editor for the Drexel Law Review, an accomplished member of the Moot Court Board, and a student attorney with the Federal Litigation and Appeals Clinic, through which she achieved victories for her clients in immigration and social security cases. Ms. Laporta also graduated cum laude from the Pennsylvania State University Schreyer Honors College in 2016.

Ms. Laporta was admitted to practice law in Pennsylvania in 2019. Prior to joining BR&B's Philadelphia office, she served as a law clerk to the Honorable Russell G. Vineyard, Chief Magistrate Judge, and the Honorable Justin S. Anand, Magistrate Judge, in the United States District Court for the Northern District of Georgia. As an associate at BR&B, Ms. Laporta represents investors and clients in complex commercial litigation with an emphasis on securities

litigation. She is a member of the BR&B team prosecuting In re Grand Canyon Education, Inc. Securities Litigation, which the Court upheld in its entirety in March 2023.

*Leslie Bornstein Molder*, a partner at Barrack, Rodos & Bacine, is an honors graduate from the University of Michigan (A.B. magna cum laude 1980) as well as from the National Law Center at the George Washington University (J.D. cum laude 1983) and was admitted to practice in Pennsylvania in 1983 and is a member of the bar of the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Eastern District of Pennsylvania. For over 25 years, Ms. Molder has practiced primarily in the area of complex civil litigation, including securities class actions, antitrust class actions and policyholder actions against insurance companies and has participated in the trials of a variety of commercial cases, including cases involving disputes between securities brokerage firms and their customers. Ms. Molder oversees the Firm's portfolio monitoring services for institutional clients. She is also the Firm's settlement attorney, specializing in documenting and effectuating settlements of class actions and assisting clients throughout the settlement process. Ms. Molder can be reached at the Firm's Philadelphia, PA office.

*Christopher D. Taylor*, an associate at Barrack, Rodos & Bacine, is a graduate of Cornell University's College of Arts and Sciences (1983, B.A., Joint Degree in Government and African Studies) and Georgetown University Law Center (1990, J.D.). Prior to joining BR&B, Mr. Taylor represented plaintiffs and defendants in a variety of matters, including complex securities class action litigation, multi-district product liability litigation and mass tort litigation in diverse industries including, but not limited to, pharmaceuticals (opiates, schizophrenia and microcrystalline cellulose), government contracts, and commercial contracts disputes. Mr. Taylor also worked with the Washington, DC Rental Housing Commission and as the Program Coordinator for the Senior Legal Services Program in Burlington County, NJ. Mr. Taylor can be reached at the Firm's Philadelphia, PA office.

Mr. Taylor is committed to helping his community. He serves on the Board of Trustees of Tabernacle Baptist Church in Burlington, New Jersey, where he previously held the office of Chairperson for three years, as well as the HYPE Youth Ministry and the King's Men, male youth mentoring program, is a Life Member of Phi Beta Sigma Fraternity, Inc., an international service fraternity, and is a board member of the non-profit organization, Making a Better Tomorrow Foundation, a non-profit organization dedicated to providing scholarships assistance and mentoring young people. Mr. Taylor is a frequent participant in fraternity and public-school activities for middle and high-school students where he provides insights about applying to college and career opportunities in the legal profession.

*Michael A. Toomey*, a partner at Barrack, Rodos & Bacine, is a graduate of Tufts University (B.A. 2005) and Temple University School of Law (J.D. 2010). Mr. Toomey is admitted to practice in New York and New Jersey and is a member of the bars of the United States District Courts for the Southern and Eastern Districts of New York. While at Temple, Mr. Toomey was an intern in the Chambers of Judge Lerner of the Philadelphia Court of Common Pleas and Magistrate Judge Elizabeth Hey of the Eastern District of Pennsylvania. He also interned at the Philadelphia Public Defender where he advocated in court on behalf of indigent defendants. Mr. Toomey can be reached at the Firm's New York, NY office.

At BR&B, Mr. Toomey has represented investors, including state, local and union pension funds, in many class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance. Mr. Toomey was an integral part of the litigation teams that prosecuted In re American International Group, Inc. 2008 Securities Litigation, which

resulted in a $970.5 million settlement for defrauded investors, among the largest recoveries ever achieved in a securities fraud class action stemming from the 2008 financial crisis, and Pennsylvania Public School Employees' Retirement System v. Bank of America Corp et. al., which resulted in a $335 million settlement in 2016. Mr. Toomey has also successfully represented investors in class and derivative actions such as *Pub. Employees' Ret. Sys. of Miss. v. Schleifer*, which challenged the excessive compensation provided to Regeneron Pharmaceuticals, Inc. board of directors'. The successful settlement of this case resulted in the largest reduction in board compensation in any excessive director compensation case, ever: $44.5 million. Mr. Toomey also represented investors in In re Cheniere Energy Stockholders Litigation, which challenged whether shareholders approved an equity compensation plan that provided Cheniere's CEO with $126 million in one year. The successful settlement of this litigation resulted in the withdrawal of a new equity compensation plan that proposed to grant executives 30 million shares, a new stockholder vote on the shares that were challenged by the litigation, and several other corporate reforms. Mr. Toomey also successfully represented shareholders in a derivative case challenging the payment by Barnes & Noble for an asset held by its chairman Leonard Riggio whereby Riggio agreed to pay $29 million to settle shareholders' claims. Mr. Toomey has also helped to establish important standards in shareholder derivative actions such as *Seinfeld v. Slager*, No. CIV.A. 6462-VCG, 2012 WL 2501105 (Del. Ch. June 29, 2012) (directors must show entire fairness of their own compensation if compensation plan lacks meaningful limits) and *Kaufman v. Allemang*, 70 F. Supp. 3d 682 (D. Del. 2014) (companies must strictly comply with SEC regulation 17 C.F.R. § 240.14a-101 (Item 10(a)(1)) when attempting to gain shareholder approval of company compensation plans).

*Samuel M. Ward*, partner in Barrack, Rodos & Bacine, is a graduate of the University of California, Hastings College of Law (J.D. 2001), and a 1995 honors graduate of the University of California, San Diego (B.A. 1995). Mr. Ward was admitted to practice in California in 2001 and is a member of the bars of the United States District Courts for the Southern, Central and Northern District of California. Before joining BR&B, Mr. Ward worked as a political consultant, managing both Congressional and State Assembly campaigns. At the Firm, he has litigated numerous securities cases in federal district courts throughout the country. Mr. Ward was a member of the trial team in *In re Apollo Group Inc. Securities Litigation*, before the Honorable James A. Teilborg in the District of Arizona, where he played a critical role in mastering the deposition and documentary proof that was used at trial to secure the jury's unanimous verdict. Mr. Ward also represented the plaintiff class in *In re Applied Micro Circuits Corp. Securities Litigation*, achieving a $60 million settlement for class members, one of the largest recoveries in a securities class action in the Southern District of California since passage of the PSLRA. Mr. Ward can be reached at the Firm's San Diego, CA office.

*Danielle M. Weiss*, an associate at Barrack, Rodos & Bacine, joined the Firm in 2022. She graduated cum laude from the University of Pennsylvania in 2002 with a degree in U.S. History. Ms. Weiss attended the James E. Beasley School of Law of Temple University (J.D. 2005), where she was a James Beasley Scholar, a member and editor of the Temple International and Comparative Law Journal, and the recipient of the Harry R. Kozart Memorial Prize in Products Liability. She is licensed to practice law in Pennsylvania and New Jersey. Ms. Weiss can be reached at the Firm's Philadelphia, PA office.

Before joining BR&B's Philadelphia office, Ms. Weiss spent over fifteen years at a boutique litigation firm in Philadelphia, where she successfully represented individual and small-business clients in high stakes cases in state and federal court, trying several matters to successful conclusion, including at the appellate level. Her experience includes litigating complex matters involving issues of professional liability, products liability, defamation, breach of contract, breach of warranty, employment discrimination, personal injury, and education law

through all phases of litigation. Ms. Weiss is active in the community, serving, among other positions and organizations, on the Board of Directors of the Jewish Federation of Greater Philadelphia, Chair of the Jewish Community Relations Council of the Jewish Federation of Greater Philadelphia, and on the National Young Leadership Cabinet of the Jewish Federations of North America.

*Frances Vilella-Vélez*, of-counsel to Barrack, Rodos & Bacine, is a graduate of Syracuse University College of Law, Syracuse, New York (J.D. 1977) and Swarthmore College (B.A. 1974). She was admitted to practice in Puerto Rico in 1977 and in Pennsylvania in 1978 and is a member of the bars of the United States Court of Appeals for the Third Circuit and the United States District Court for the Eastern District of Pennsylvania. Ms. Vilella-Vélez began her legal career in 1978 as a trial attorney in the Office of the Regional Solicitor, U.S. Department of Labor, where she litigated OSHA cases before the United States district courts and the Occupational Safety and Health Review Commission (OSHRC). She then served as the first law clerk for the Honorable Nelson A. Diaz, on the Court of Common Pleas of Philadelphia County, Philadelphia, Pennsylvania. During her tenure with Judge Diaz, Ms. Vilella-Vélez also served as a staff member on the Mayor's Task Force on Minority Employment in the Police Department, in Philadelphia, where she conducted legal and policy analyses of alternative proposals to increase minority employment in the Policy Department, and assisted in drafting the report to the mayor. Ms. Vilella-Vélez can be reached at the Firm's office. Among other community activities, Ms. Vilella-Vélez served for many years on the board of the Valentine Foundation and currently serves on the board of the Chester Children's Chorus.

*Zakiya Washington*, an associate at Barrack, Rodos & Bacine, is a graduate of Hampton University School of Business (2004, B.S. Entrepreneurship) and Temple University Beasley School of Law (2007, J.D.). Before joining Barrack, Ms. Washington performed discovery representing plaintiffs and defendants in a variety of matters, including: complex securities class action litigation, pharmaceutical litigation and insurance litigation. Ms. Washington was also a Compliance Advisor to large financial institutions in the Financial Crimes department. At BR&B, Ms. Washington performs discovery representing investors in class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance. Ms. Washington can be reached at the Firm's Philadelphia, PA office.

## Significant Judicial Praise

In ***In re Apollo Group Inc. Securities Litigation,*** Master File No. CV-04-2147 PHX-JAT (U.S. District Court for the District of Arizona), Barrack, Rodos & Bacine, as the sole lead counsel for the class, secured a jury verdict for the full amount per share requested. Judge Teilborg commented that trial counsel ***"brought to this courtroom just extraordinary talent and preparation.... The technical preparation, the preparation for your examination and cross-examination of witnesses has been evident in every single instance. The preparation for evidentiary objections and responses to those objections have been thorough and foresighted. The arguments that have been made in every instance have been well-prepared and well-presented throughout the case. *** Likewise, for the professionalism and the civility that you -- and the integrity that you have all demonstrated and exuded throughout the handling of this case, it has just, I think, been***

*very, very refreshing and rewarding to see that. \*\*\* [W]hat I have seen has just been truly exemplary."*

BR&B ultimately secured payment of $145 million from the defendants – the largest post-verdict judgment and recovery achieved in a shareholder class action for violations of the federal securities laws since passage of the PSLRA.  In approving the $145 million resolution on April 20, 2012 (see 2012 WL 1378677), Judge Teilborg further stated: "[S]ince the enactment of the Private Securities Litigation Securities Reform Act ("PLSRA"), securities class actions rarely proceed to trial.  Because Plaintiffs faced the burden of proving multiple factors relating to securities fraud, there was great risk that this case would not result in a favorable verdict after trial.  Further, after the jury verdict, this Court granted judgment as a matter of law in favor of Defendants and Class Counsel pursued a risky and successful appeal to the Ninth Circuit Court of Appeals.  Thereafter, Class Counsel successfully opposed a petition for certiorari to the United States Supreme Court.  *Based on this procedural history and the seven years of diligence in representing the Class, Class Counsel achieved an exceptional result for the Class.  Such a result is unique in such securities cases and could not have been achieved without Class Counsel's willingness to pursue this risky case throughout trial and beyond*. … [A]s discussed above, *Plaintiffs' Lead Counsel achieved exceptional results for the Class and pursued the litigation despite great risk*."

In *In re WorldCom, Inc. Securities Litigation*, No. 02 Civ. 3288 (DLC), BR&B was co-lead counsel for the Class and achieved settlements in excess of $6.13 billion.  After a partial settlement with one group of defendants for in excess of $2.56 billion, Judge Cote stated that *"the settlement amount ... is so large that it is of historic proportions."*  The Judge found that *"Lead Counsel has performed its work at every juncture with integrity and competence.  It has worked as hard as a litigation of this importance demands, which for some of the attorneys, including the senior attorneys from Lead Counsel on whose shoulders the principal responsibility for this litigation rests, has meant an onerous work schedule for over two years."*   Judge Cote further found that *"the quality of the representation given by Lead Counsel is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation.  Lead Counsel has been energetic and creative.  Its skill has matched that of able and well-funded defense counsel.  It has behaved professionally and has taken care not to burden the Court or other parties with needless disputes.  Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions.  It has cooperated with other counsel in ways that redound to the benefit of the class and those investors who have opted out of the class.  The submissions of Lead Counsel to the Court have been written with care and have repeatedly been of great assistance."*  The Court also found that *"In sum, the quality of representation that Lead Counsel has provided to the class has been superb."*  In approving the final settlements totaling $3.5 billion, in an opinion and order dated September 20, 2005, the Court stated *"The impressive extent and superior quality of Lead Counsel's efforts as of May 2004 were described in detail in the Opinion approving the Citigroup Settlement. …  At the conclusion of this litigation, more than ever, it remains true that 'the quality of representation that Lead Counsel has provided to the class has been superb.' … At trial against Andersen, the quality of Lead Counsel's representation remained first-rate. .. The size of the recovery achieved for the class – which has been praised even by several objectors – could not have been achieved without the unwavering commitment of Lead Counsel to this litigation."*

Further, the Court found that *"Despite the existence of these risks, Lead Counsel obtained remarkable settlements for the Class while facing formidable opposing counsel from some of the best defense firms in the country;"* and *"If the Lead Plaintiff had been*

*represented by less tenacious and competent counsel, it is by no means clear that it would have achieved the success it did here on behalf of the Class."* In reiterating that the size of the settlements was "historic," Judge Cote stated: *"it is likely that less able plaintiffs' counsel would have achieved far less."*

In *Becker v. Bank of New York Mellon, et al.,* 11-cv-06460-JS (E.D. Pa.), BR&B served as class counsel, and achieved a cash settlement of $13,500,000 to resolve all claims asserted by the plaintiff and the class. In approving the settlement, the Court noted that trial counsel's *"skill and efficiency"* in defending against a *"litany of pretrial motions, including a new motion to dismiss, motions in limine, and several Daubert motions,"* as well as during the trial. The Court further stated that: *"This favorable settlement is attributable in large part to class counsel's zealous advocacy for the class and vigorous prosecution of this action in the face of formidable opposition from Defendants."*

In *In re Automotive Refinishing Paint Antitrust Litigation,* 2:10-md-01426-RBS (E.D. Pa.), BR&B, co-lead counsel for a Class of direct purchasers of automotive refinishing paint, achieved settlements with five defendants in excess of $100 million. After reaching a settlement with the last two defendants remaining in the litigation, the Court stated, *"I want to commend counsel on both sides of this litigation. I think that the representation on both sides of this litigation is as good as I've ever seen in my entire professional career. Counsel worked together in this case. They frankly made the job of this Court very easy and I commend all of you for what you've done in this litigation."*

In *In re Nationwide Financial Services Litigation*, Case No. 2:08-CV-00249, before the Honorable H. Michael Watson, in the U.S. District Court for the Southern District of Ohio. BR&B, as co-lead counsel, represented a lead plaintiff in a class action litigation contesting the buy-out of Nationwide Financial Services, Inc. by its majority owner Nationwide Mutual Insurance Company and certain affiliates in 2008. In assessing the settlement, the Court found: *Plaintiffs and their counsel have made a thoroughly considered judgment that the Settlement is not only fair, adequate and reasonable, but an excellent result for the Class.* The $52.25 per share revised offer was 12% more than NFS's closing price on August 6; it was 10.7% higher than Nationwide Mutual's initial offer of March 10, 2008 (providing an aggregate benefit of $232.8 million to the members of the Class); and it was negotiated in the midst of an overall decline in the financial markets, and apparently while internal forecasts for NFS indicated some decline in its projected results." And, in assessing the work of co-lead counsel, the Court found that the "*quality and skill in the work performed by Plaintiffs' Counsel is evident through the significant economic and non-economic recovery achieved in this Action*."

In *In re Cendant Corporation Litigation*, No. 98-CV-1664 (WHW) (D.N.J.), BR&B was co-lead counsel for the Class and achieved settlements with defendants in excess of **$3.18 billion**, more than three times larger than the next highest recovery ever achieved in a securities law class action suit by that time. The *Cendant* settlement included what was, at the time, the largest amount by far ever paid in a securities class action by an issuing company and the amount paid by Ernst & Young remains the largest amount ever paid in a securities class action by an outside auditor. The *Cendant* settlement further included extensive corporate governance reforms, and a contingency recovery of one-half the net recovery that Cendant and certain of its affiliated individuals may recover in on-going proceedings against CUC's former auditor. The *Cendant* Court stated that *"we have all been favored with counsel of the highest competence and integrity and fortunately savvy in the ways of the law and the market."* The Court found that the *"standing, experience and expertise of counsel, the skill and professionalism with which counsel prosecuted the case and the performance and*

*quality of opposed counsel were and are high in this action*." The Court further found that the result of lead counsel's efforts were *"excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class."*






**Kate M. Baxter-Kauf**
*Partner*
612-339-6900
kmbaxter-kauf@locklaw.com

**Practices**
Antitrust Law
Data Breach Litigation
Business Litigation
Securities Litigation

**Education**
University of Minnesota Law School, 2011
*magna cum laude*, Order of the Coif
Macalester College, Communications Studies
B.A., *magna cum laude*

**Bar Admissions**
2011, Minnesota

**Court Admissions**
Minnesota
U.S. District Court, District of Minnesota
U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Fourth Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Eighth Circuit
U.S. Court of Appeals, Ninth Circuit

# Kate M. Baxter-Kauf

Kate Baxter-Kauf's practice is concentrated in the firm's antitrust law, data breach, business litigation, and securities litigation practice groups. She represents individuals, consumers, financial institutions and small businesses in litigation to protect their rights and, most often, the rights of the class members they seek to represent. Ms. Baxter-Kauf is a 2011 *magna cum laude* and Order of the Coif graduate of the University of Minnesota Law School. While in law school, she served as an Articles Editor for the Minnesota Law Review and interned with the Honorable Magistrate Judge Janie S. Mayeron of the United States District Court for the District of Minnesota. She also spent her 2L summer in the Summer Law Intern Program at the Department of Justice Antitrust Division's Networks and Technology Enforcement Section. Prior to joining the firm, Ms. Baxter-Kauf clerked for the Honorable Alan C. Page, the Honorable Helen M. Meyer, and the Honorable Christopher J. Dietzen, Associate Justices of the Minnesota Supreme Court.

Before law school, Ms. Baxter-Kauf was an award-winning coach of high school and college policy debate teams across the country and facilitated debate teams at Twin Cities urban middle and high schools. She coached the 2003 National Forensic League policy debate national champions.

## Cases with Leadership Roles

- *In re: BPS Direct, LLC, and Cabela's, LLC Wiretapping Litigation*, No. 2:23-md-3074 (E.D. Pa.) – appointed Interim Co-Lead Counsel
- *Johnson et al. v. Cornerstone National Insurance Co.,* No. 22-cv-04135-WJE (W.D. Mo.) – appointed Interim Co-Lead Class Counsel
- *Holmes v. Elephant Insurance Co. et al.,* No 22-cv-487 (E.D. Va.) – appointed Co-Lead Class Counsel
- *In re GEICO Customer Data Breach Litigation,* No. 21-02210 (E.D.N.Y.) – pre-approved member of leadership team in conjunction with co-lead counsel appointment
- *Baker v. ParkMobile, LLC,* No. 21-cv-2182 (N.D. Ga.) – appointed member of Plaintiffs' Steering Committee
- *Beck v. Austin*, No. 19-cv-01453 (D. Minn.) – appointed settlement class counsel
- *In re EpiPen ERISA Litig.*, No. 17-cv-1884 (D. Minn.) – appointed liaison counsel
- *In re Netgain Technology, LLC, Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) – appointed chair of the Plaintiffs' Executive Committee
- *In re Wholesale Grocery Products Antitrust Litigation,* MDL No. 2090 (D. Minn.) – member of the trial team
- *Zimmerman v. Riverplace Counseling Center, Inc.,* No. 02-cv-19-6522 (Anoka Cty. Dist. Ct.) – appointed settlement class counsel

*From the Courtroom to the Capitol*

© Lockridge Grindal Nauen PLLP | Minneapolis, MN (612) 339–6900 | Chicago, IL (312) 205–8968 | LOCKLAW.COM

## Representative Cases

- *Adkins v. Facebook, Inc*., No. 18-cv-05982 (N.D. Cal.)

- *Lutzke v. Metropolitan Council and Metro Transit,* No. 27-cv-19-14453 (Henn. Cty. Dist. Ct.) – primary defense counsel

- *In re Arby's Restaurant Group, Inc. Data Security Litigation,* No. 17-00514 (N.D. Ga.)

- *Baysal v. Midvale Indemnity Company et al*, No. 21-cv-00394 (W.D. Wis.)

- *Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.* No. 17-01102 (D. Co.)

- *In re Capital One Consumer Data Security Breach Litigation*, No. 1:19-md-2915 (E.D. Va.)

- *In re: Community Health Systems, Inc., Customer Security Data Breach Litig.,* No. 15-00222-KOB (N.D. AL)

- *In re Equifax, Inc. Customer Data Security Breach Litigation,* No. 17-02800 (N.D. Ga)

- *First Choice Federal Credit Union et al v. The Wendy's Company et al,* No. 2:16-cv-00506 (W.D. Pa.)

- *Greenstate Credit Union v. Hy-Vee, Inc.* No. 20-cv-00621 (D. Minn)

- *Greenstein et al. v. Noblr Reciprocal Exchange*, No. 21-04537 (N.D. Cal.)

- *In re Home Depot, Inc., Customer Data Security Breach Litigation,* No. 14-02583 (N.D. Ga.)

- *Park v. America Family Life Insurance Company et al.,* No. 22-cv-171 (W.D. Wis.)

- *In re Premera Blue Cross Customer Data Security Breach Litig.*, No. 15-2633 (D. Or.)

- *Stallone v. Farmers Group Inc. et.al.,* No. 210cv001659 (D. Nev.)

- *In re: Supervalu, Inc., Customer Data Security Breach Litigation,* MDL No. 2586 (D. Minn.)

- *In re: Target Corp. Customer Data Breach Security Litig.,* MDL No. 2522 (D. Minn.)

- *Veridian Credit Union v. Eddie Bauer LLC,* No. 17-00356 (W.D. Wa.)

- *In re: Yahoo! Inc. Customer Data Security Breach Litig.,* MDL No. 2752 (N.D. Cal.)

- *In re Regions Morgan Keegan Open-End Mutual Fund Litigation,* No. 2:07-cv-02784 (W.D. Tenn.)

- *Soderstrom et al v. MSP Crossroads Apartments LLC*, No. 16-cv-233 (D. Minn.)

- *Turnidge et al v. TruGreen Limited Partnership*, No. 27-CV-14-14711 (Henn. Cty. Dist. Ct.)

- *UrbanWorks Architecture LLC v. Hunt Associates et al*, Nos. 27-CV-14-8415 & 27-CV-16-10241 (Henn. Cty. Dist. Ct.)

## Professional Associations

- Federal Bar Association, Minnesota Chapter (Co-Chair, Mass Torts, MDL & Class Action Practice Group)
- Minnesota State Bar Association (Appellate Practice Section and Participant, Public Defender Appellate Pro Bono Project)
- The Sedona Conference (Member of the Steering Committee, Working Group 11 – Data Security and Privacy Liability)
- Minnesota Women Lawyers
- National Association of Shareholder and Consumer Attorneys
- Minnesota Supreme Court Historical Society

## Professional Recognition

- Named a Minnesota Super Lawyer for 2023 and a Minnesota Rising Star from 2015-2022 by Super Lawyers!
- Named a Rising Star by Law360 in the area of Cybersecurity & Privacy in 2018.
- Named an 'Up & Coming Attorney' by Minnesota Lawyer for 2016.
- Named a 'North Star Lawyer' by the Minnesota State Bar Association for 2015-2022 in recognition of pro bono work.
- Recognized for HCBA Centennial Pro Bono Challenge Completion in August 2020.

## Community Involvement

- Minnesota Urban Debate League Advisory Board (Board Member)
- Macalester-Groveland Community Council (Chair, Inclusivity Task Force)
- American Constitution Society
- Randolph Heights PTA (Past President)
- NARAL Pro-Choice Minnesota Foundation Past President and Board Member (2014-2022)

## From the Courtroom to the Capitol®

## Presentations

- Virtual Southern Wisconsin KnowledgeNet, International Association of Privacy Professionals, Panelist: *The Online Tracking Era: An update on the latest compliance and litigation issues*, May 25, 2023.

- Inaugural Class of Our Own Women's Summit Summit Speaker, *Challenging Assertions of Privilege*, May 9, 2023.

- 16th Annual Sedona Conference Institute: Data Privacy & Cybersecurity Litigation Conference Faculty, *Privilege Issues and Ethics in Privacy Litigation and Incident Response*, April 13, 2023.

- 2023 Complex Litigation eDiscovery Forum Spring Conference Discussion Leader, *eDiscovery 101 Session*, March 22, 2023.

- Olmsted County DFL, *Beyond the Pro Act: Entrenching Reproductive Freedom in Minnesota*, Invited Speaker, March 4, 2023.

- 2023 The Nuts and Bolts of Mass Actions, 4th Annual Mass Arbitration and Mass Action Legal Forum, Panelist: *Expanding the Horizon: Cartel Damage Litigation and Antitrust Mass Actions in the EU and US*, February 23, 2023.

- 2023 Midwest Legal Conference on Data Privacy and Cybersecurity Faculty, *The Increasing Role of Privacy and Data Security in Antitrust Enforcement – Practical Implications for Data Collection and Retention*, February 2, 2023.

- MinnCLE Antitrust Hot Spots for Business Lawyers and In-House Counsel Faculty, *Practical Guidance at the Intersection of Data Protection and Antitrust*, December 5, 2023.

- 2022 Sedona Conference Working Group 11 Midyear Meeting 2022 Dialogue Leader, *Notice and Consent: Biometric Facial Recognition Data,* November 2, 2022.

- 2022 Sedona Conference Working Group 11 Annual Meeting Dialogue Leader, Notice and Consent: Biometric Facial Recognition Data, April 26, 2022, and Moderator and Dialogue Leader, Second edition of The Sedona Conference Commentary on Application of Attorney-Client Privilege and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context, April 27, 2022.

- 2022 31st Annual Health Benefits Conference + Expo, presented by the International Foundation of Employee Benefit Plans, February 2, 2022. Kate Baxter-Kauf and Karen Hanson Riebel presented on "Health Benefits and the Value of Robust Data Security Practices."

- 2021 Minnesota Building & Construction Trades Council Annual Conference, July 22, 2021. Kate Baxter-Kauf and Karen Riebel presented on "Fundamentals on Data Security."

- 2021 Sedona Conference Working Group 11 Midyear Meeting Dialogue Leader and Moderator, *Has the time come for a second edition of the WG11 Commentary on Application of Attorney-Client Privilege and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context?*, October 28, 2021; Dialogue Leader, *Notice and Consent – Biometric Facial Recognition Data*, October 29, 2021.

- Class Action Money & Ethics Conference, Presented by Beard Group, Inc., *Drilling in the Data Oil Fields: What's New and Trending in Data Privacy Class Actions* (June 30, 2021)

- Third Annual Western Alliance Bank Class Action Law Forum, in collaboration with University of San Diego School of Law, *Privacy & Data Breach* (April 22, 2021)

- 2021 Sedona Conference Working Group 11 Annual Meeting Dialogue Leader and Moderator, *Has the time come for a second edition of the WG11 Commentary on Application of Attorney-Client Privilege and Work-Product Protection to Documents and Communications Generated in the Cybersecurity Context?* (April 14, 2021)

From the Courtroom to the Capitol®

- 2020 Sedona Conference Working Group 11 Midyear Meeting Dialogue Leader, *Biometric Privacy Laws* (September 30, 2020)
- Data Breach Class Actions, Practical Perspectives, HB Litigation Conference (May 19, 2020)
- Rising Professionals Symposium, *Now That We've Found Standing, What Are We Gonna Do With It? What's on the Horizon for Data Breach Litigation,* 2019 Federal Bar Association (February 1, 2019)
- 2016 Cyber Security Summit, Interactive Table Top Exercise on Preparing for and Reacting to Data Breach incidents (Counsel Panelist), Cyber Security Summit Minneapolis (October 11, 2016)
- 2011 J.D. Class Commencement Address, University of Minnesota Law School (May 14, 2011)

## Publications

- Modern Data Breach Litigation, The Hennepin Lawyer (January/February 2020)
- Plaintiffs' Commentary on Appropriate Attorney-Client Privilege and Work-Product Protection, Sedona Conference Working Group 11 (June 25, 2019)
- You Can Only Do What You Want To Do, The Jabot Podcast (interview with Kathryn Rubino) (May 24, 2019)
- Breaking the Ice: No Argument Over Debate's Influence on Practice, Minnesota Lawyer (interview with Todd Nelson) (December 8, 2018)
- Rising Star: Lockridge Grindal's Kate Baxter-Kauf, Law360 (interview with Ben Kochman) (August 2018)
- Great Bites in Brief, The Hennepin Lawyer (May/June 2017)
- The Value of a Clerkship, Minn. Lawyer JDs Rising (May 2013).
- Lean In: A Review for Young Lawyers, Minn. Lawyer JDs Rising (April 2013).
- Environmental Justice and the BP Deepwater Horizon Oil Spill, 20 N.Y.U. Environmental L.J. 99 (2012) (with Hari M. Osofsky, Bradley Hammer, Ann Mailander, Brett Mares, Amy Pikovsky, Andrew Whitney, & Laura Wilson).
- Breastfeeding in Custody Proceedings, 15 Rich. J.L. Pub. Int. 627 (2012).



From the Courtroom to the Capitol®

© Lockridge Grindal Nauen PLLP | Minneapolis, MN (612) 339–6900 | Chicago, IL (312) 205–8968 | LOCKLAW.COM



## CLASS ACTION RESUME

Formed in 1976, Carella Byrne is one of the leading law firms in the New Jersey – New York metropolitan area, serving a diverse clientele ranging from small businesses to Fortune 500 corporations. Carella Byrne's class action practice - founded and led by James E. Cecchi - is the preeminent consumer class action firm in the State of New Jersey and across the United States. Mr. Cecchi has held leadership positions in many of the nation's most complex and important consumer class actions effecting consumer rights in the last ten years. The most recent examples, to name a few are: (1) *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*; (2) *In re Takata Airbag Product Defect Litigation*; (3) *In re National Prescription Opiate Litigation;* (4); *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*; (5) *In re Mercedes-Benz Emissions Litigation*; (6) *In re Liquid Aluminum Sulfate Antitrust Litigation;* (7) *In re Volkswagen Timing Chain Product Liability Litigation;* (8) *In re Insulin Pricing Litigation*.

## REPRESENTATIVE MATTERS

- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.) (Hon. Charles R. Breyer) (James Cecchi appointed to Steering Committee and as Settlement Class Counsel; settlement in excess of $15,000,000,000 for consumer fraud and warranty claims arising from the use of a defeat device to evade U.S. emissions regulations.)

- *In re: Takata Airbag Products Liability Litigation*, MDL No. 2599 (S.D. Fla.) (Hon. Frederico A. Moreno) (James Cecchi appointed to Steering Committee and as Settlement Class Counsel; settlement in excess of $1,500,000,000 for consumer fraud and warranty claims arising from use of defective and dangerous airbags; the case is ongoing as it pertains to second-wave defendants, including Mercedes Benz USA.)

- *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, MDL No. 2904 (D.N.J.) (Hon. Madeline Cox Arleo) (James Cecchi appointed sole Lead Counsel in national Multi-District data breach litigation.)

- *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio) (Hon. Dan A. Polster) (James Cecchi appointed to Plaintiffs' Executive Committee relating to marketing of opioid drugs. Recent settlements include a proposed $26 billion settlement with the nation's largest drug distributors and Johnson & Johnson. Recent trial team victories include Track 3 bellwether of $650.6 million.)

- *In re: Mercedes-Benz Emissions Litigation*, Civil Action No. 16-cv-881 (D.N.J.) (Hon. Kevin McNulty) (James Cecchi appointed as Interim Co-Lead Counsel for Plaintiffs and the Proposed Class in a case arising out of the alleged use of a defeat device to evade U.S. emissions regulations; settlement with value in excess of $700,000,000 granted final approval.)

- *In Re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Schering-Plough/Enhance Securities Litigation*, Civil Action No.: 08-cv-397 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*, Civil Action No.: 08-cv-2177 (D.N.J.) (Hon. Dennis M. Cavanaugh) (consumer and securities fraud claims arising from marketing and sale of anti-cholesterol drugs Vytorin and Zetia) (Co-Lead Counsel in Consumer Cases which settled for $41,500,000 and Liaison Counsel in Securities Cases which collectively settled for $688,000,000.)

- *In re: Liquid Aluminum Sulfate Antitrust Litigation,* MDL No. 2687 (D.N.J.) (Hon. Jose L. Linares) (James Cecchi appointed as Lead Counsel and secured a settlement of greater than $100,000,000.)

- *In Re Effexor XR Antitrust Litigation,* Civil Action No. 11-cv-5661 (D.N.J.) (Hon. Joel A. Pisano) (claims on behalf of indirect purchasers of brand-name drug alleging that manufacturer obtained patent by fraud and enforced patent by sham litigation to maintain illegal monopoly of brand-name drug. James Cecchi appointed as Chair of Plaintiffs' Indirect Purchaser Executive Committee.)

- *Davis Landscape v. Hertz Equipment Rental*, Civil Action No. 06-cv-3830 (D.N.J.) (Hon. Dennis M. Cavanaugh) (Co-Lead Counsel in settlement valued at over $50,000,000 on behalf of contested nationwide class asserting claims that HERTZ' loss/damage waiver charges violated the New Jersey Consumer Fraud Act because it provides no benefit to customers.)

- *In Re: Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation*, MDL No. 1658 (D.N.J.) (Hon. Stanley R. Chesler) (securities fraud claims arising from Merck's failure to disclose problems with commercial viability of anti-pain drug Vioxx which settled for more than $1,000,000,000.)

- *In re: Mercedes-Benz Tele-Aid Contract Litigation*, MDL No. 1914 (Hon. Dickson R. Debevoise) (Co-Lead Counsel in $40,000,000 settlement of consumer fraud claims arising from Mercedes' failure to notify Tele-Aid customers of mandated change from analog to digital system, and charging customers to replace system Mercedes knew would be obsolete.)



T 212.739.0622
W davidllc.com

17 State Street, Suite 4010
New York, NY 10004

## FIRM RESUME OF ISRAEL DAVID LLC

Established in 2022, Israel David LLC is a growing and diverse high-end litigation boutique focused exclusively on class action lawsuits and complex commercial litigation.

Israel David LLC represents litigants in both the prosecution and defense of class action lawsuits and commercial litigation in federal and state courts throughout the United States. Israel David LLC is comprised of seasoned litigators with extensive experience in antitrust class actions, online and data privacy class actions, securities and shareholder litigation, consumer class actions, and commercial and business litigation.

Our principal partners have over 40 years of combined experience litigating high-stakes class action lawsuits at some of the most prestigious law firms in the world, including over 20 years combined experience as prominent partners at those firms. Our litigation approach is lean and efficient, centered on results.

In January 2023, the Honorable Judge Ann M. Donnelly of the United States District Court for the Eastern District of New York appointed Israel David LLC as Interim Co-Lead Class Counsel in the high-profile antitrust class action lawsuit challenging the so-called Northeast Alliance entered into by American Airlines and JetBlue Airlines. *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM).

Israel David LLC's attorneys have a deep reservoir of experience and knowledge regarding abusive online and data privacy practices. In July 2023, the Honorable Judge Kandis A. Westmore of the United States District Court for the Northern District of California appointed Israel David LLC as Interim Co-Lead Class Counsel in a data privacy class action lawsuit involving a data security incident that compromised the private data of over 200 million Twitter users. *Gerber v. Twitter, Inc., et al.* (23-cv-00186-KAW).

In July 2023, the Honorable Judge Katherine Polk Failla of the United States District Court for the Southern District of New York appointed Israel David LLC as Interim Lead Class Counsel in a data privacy class action lawsuit involving a data security incident at The Metropolitan Opera in New York City. *Tuteur v. Metropolitan Opera Association, Inc.* (23-cv-03997-GS).

In July, 2023, the Honorable Judge Araceli Martinez-Olguin of the United States District Court for the Northern District of California appointed Israel David LLC to the Plaintiffs' Executive Committee in a data privacy class action lawsuit arising out of the illicit sharing with Google and Facebook of sensitive private health information of unsuspecting consumers by an online healthcare provider. *Doe v. GoodRx Holdings, Inc, et al.* (23-cv-00501-AMO).

Israel David LLC has an active docket of class action lawsuits in which the firm is seeking to vindicate the rights of consumers whose online and data privacy rights have been abused. In the securities and shareholder litigation arena, Israel David LLC offers broad and deep experience. Our founding partner has earned national acclaim for successfully leading the defense of some of the largest and most high-profile securities and shareholder lawsuits in U.S. history.

Israel David LLC has its offices in the Financial District of New York City.

### ADAM HARRIS – MANAGING PARTNER

Adam Harris has over 15 years of experience in representing companies, financial institutions, boards of directors, senior management, and other sophisticated clients in a broad array of commercial and corporate disputes – with an emphasis on representing plaintiffs and defendants in securities class actions, shareholder derivative lawsuits, complex business litigation, and corporate governance disputes. He has successfully litigated numerous high-stakes lawsuits at the trial court and appellate levels in federal and state courts throughout the United States, and in domestic and international arbitration proceedings. Mr. Harris has earned national acclaim as a dynamic courtroom advocate and a thoughtful, creative strategist. Mr. Harris is frequently sought out for his deep experience and thought leadership in complex commercial litigation, securities litigation and class action litigation. Mr. Harris is a prolific author and commentator on litigation issues.

Prior to joining Israel David LLC as Managing Partner, Mr. Harris was a partner from 2019 to 2023 at the elite international law firm Ropes & Gray LLP and was an associate and then counsel at that firm from 2016 to 2019. Previously, Mr. Harris was an associate at the elite international law firm Fried, Frank, Harris, Shriver & Jacobson LLP from 2007 through 2015.

### ISRAEL DAVID – PARTNER

Israel David – a prolific class action litigator – has more than 25 years of experience in representing corporations, boards of directors, and senior corporate management in a wide array of corporate and commercial disputes, with an emphasis on securities and shareholder class actions, derivative lawsuits, privacy class actions, antitrust class actions, along with other complex business disputes. He has litigated numerous "bet-the-company" cases at the trial court and appellate levels in federal and state courts throughout the US, and in domestic and international arbitration proceedings.

Mr. David has earned national acclaim for having successfully represented clients in some of the largest and most high-profile securities and shareholder lawsuits in the last quarter century.

Among numerous other class action lawsuits nationwide, these include:

- Leading the representation of the President of Lehman Brothers in numerous lawsuits nationwide – including the consolidated class action securities lawsuit in the Southern District of New York – arising out of the collapse of Lehman Brothers, likely the largest corporate financial collapse in U.S. history.

- Co-leading the representation of Wells Fargo & Company, its predecessor Wachovia Corporation, and Wachovia's senior-most officers and directors in the consolidated class action securities lawsuit in the Southern District of New York arising out of the financial collapse of Wachovia. The lawsuit (which alleged losses of $109 billion) is considered to be one of the largest class action securities lawsuits in U.S. history to have obtained a complete dismissal with prejudice.

- Co-leading the representation of all of the underwriters of the General Motors Company 2010 IPO – the then-largest IPO in U.S. history – in a class action securities lawsuit in the Southern District of New York.

- Co-leading the representation of eight globally leading banks in a class action securities lawsuit in the Southern District of New York involving the issuance of approximately $26 billion of Residential Mortgage-Backed Securities.

- Leading the representation of two members of the Board of Directors of The Weinstein Company in the high-profile sexual-assault class action lawsuit in the Southern District of New York, arising out of the well-publicized claims of sexual assault allegedly committed by that company's CEO.

Currently, Mr. David serves as court-appointed Interim Co-Lead Class Counsel in an antitrust class action lawsuit involving American Airlines and JetBlue pending in the Eastern District of New York. Mr. David also serves as court-appointed Interim Lead Class Counsel and Interim Co-Lead Class Counsel, respectively, in data privacy class action lawsuits pending in the Southern District of New York and the Northern District of California.

Prior to founding Israel David LLC, Mr. David was a prominent partner from 2005 to 2022 at the elite international law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, and was an associate at that firm from 1996 to 2005. Mr. David has also served as trusted advisor to some of the world's largest private equity and hedge funds, providing counsel on matters in relation to fiduciary duties, disclosure matters, and various sensitive issues faced by fund sponsors and general partners.

## HAYLEY LOWE – SPECIAL COUNSEL

Hayley Lowe is an accomplished litigator with a decade of experience litigating high- stakes complex business disputes in federal and state courts and arbitral forums nationwide. Ms. Lowe

has successfully represented clients across a wide array of industries in lawsuits arising from a broad range of commercial transactions, with an emphasis on the financial services sector and complex investment transactions. She has also litigated matters concerning intellectual property rights, fiduciary duties, fraud claims, antitrust claims, and the federal securities laws. Ms. Lowe has also been entrusted by fund managers, boards of directors, and executives to advise companies regarding risk assessment and mitigation related to corporate governance, fiduciary duties, proposed transactions, and compliance matters, including with respect to the Investment Company Act of 1940.

Ms. Lowe previously practiced as a senior associate at the elite Texas litigation boutique, Loewinsohn Flegle Deary Simon LLP (now known as Deary Ray LLP) – which was named by the National Law Journal as the best U.S. law firm for business torts during her tenure there. Ms. Lowe also previously practiced at a prominent New York litigation boutique. Ms. Lowe also served as Principal Court Attorney to the Honorable Marcy S. Friedman (Ret.) of the New York State Supreme Court – New York County, Commercial Division. In that role, Ms. Lowe worked closely with Justice Friedman on all aspects of the largest and most complex matters before the Court, including the consolidated residential mortgage-backed securities (RMBS) litigation docket assigned to Justice Friedman. Immediately prior to joining Israel David LLC, Ms. Lowe served as in-house counsel for an investment fund.

Ms. Lowe received her Juris Doctor degree from Fordham University School of Law in 2013. While in law school, Ms. Lowe served as a judicial intern to the Honorable Andrea Masley of the New York State Supreme Court – New York County, Commercial Division. Prior to and concurrent with her first year of law school, Ms. Lowe worked as an analyst for a financial firm dedicated to advising Chinese middle-market companies raising capital in the U.S.

Ms. Lowe earned her Bachelor of Arts degree from the University of Colorado, Boulder in 2009. During her undergraduate studies, she also completed the International Program in Management at Fundação Getulio Vargas in São Paulo, Brazil.

### ANDREW CAUCHI – SPECIAL COUNSEL

Andrew Cauchi has nearly a decade of experience in representing corporations, senior executives and boards of directors in high-stakes class action securities lawsuits, shareholder lawsuits, corporate takeover litigation, and complex business disputes in federal and state courts throughout the United States. Mr. Cauchi also has extensive experience conducting internal investigations on behalf of boards and audit committees, and representing corporations and individuals in governmental and regulatory investigations.

Prior to joining Israel David LLC in February 2024, Mr. Cauchi was Counsel at the elite international law firm of Weil, Gotshal & Manges LLP, and was an associate at that firm from 2015 to 2022. Mr. Cauchi received his Juris Doctor degree from St. John's University School of Law in 2015, where he was a member of the St. John's Law Review. Mr. Cauchi earned his Bachelor of Arts degree from Lehigh University in 2012.

### BLAKE YAGMAN – SPECIAL COUNSEL

Blake Hunter Yagman is a dynamic courtroom advocate who concentrates his practice on litigating high-value antitrust, data-privacy and consumer class action lawsuits in federal and state trial

courts nationwide. Mr. Yagman also has substantial experience in representing plaintiffs and defendants in high-stakes business disputes. Prior to joining Israel David LLC, Mr. Yagman was an associate at a leading global law firm that specializes in prosecuting class action lawsuits worldwide, including some of the most prominent antitrust cases of the last half decade. Mr. Yagman played a leadership role at that firm in developing and successfully prosecuting an array of high-profile antitrust and data-privacy class action lawsuits. As a rising national star in in the antitrust and data-privacy arena, Mr. Yagman was named to the "Top 40 Under 40" rankings for civil plaintiffs' litigation by the National Trial Lawyers organization.

Mr. Yagman has extensive data privacy and data breach litigation experience, having worked on dozens of high-profile data breach cases. Some of Mr. Yagman's high profile data privacy cases include representing Illinois residents in biometric collection litigation against a major social media company (*Boone, et al. v Snap Inc.* – settled for $35,000,000) and against a software company that collected biometric information from students using an exam proctoring system (*Veiga, et al. v. Respondus, Inc.* – currently in publicly-disclosed settlement negotiations). Mr. Yagman's data privacy experience also includes cases with unique factual circumstances, including a data breach of a third-party that resulted in the theft of cryptocurrency from digital wallets (*Levinson v. Intuit, Inc., et al.* – settled), a data breach that resulted in the shutdown of the largest gasoline pipeline on the east coast of the United States (*Dickerson v. CDPQ Colonial Partners, L.P., et al.*), and an on-going data privacy case against a pharmaceutical discounting website which sold consumer information to social media and advertising companies (*E.C. v. Criteo Corp., et al.*).

Mr. Yagman received his Juris Doctor degree from the Benjamin N. Cardozo School of Law in 2017, where he was named an Intellectual Property and Data Law Fellow. He earned his Bachelor of Arts degree from the University of Miami in 2014, where he was named to the Provost's Honor Roll and served as the Student Government Senate's Chair of the Policy and Finance Committee. Mr. Yagman is currently an active member of New York City's oldest LGBTQIA+ bar association.

### MADELINE SHEFFIELD – ASSOCIATE

Madeline Sheffield is an accomplished trial lawyer who has successfully led and first-chaired jury trials to verdict. Prior to joining Israel David LLC, Ms. Sheffield served with distinction as an Assistant District Attorney in the Manhattan District Attorney's Office from October 2020 to November 2022. Ms. Sheffield concentrates her practice on representing plaintiffs and defendants in high-stakes business disputes and class action lawsuits in federal and state courts nationwide.

Ms. Sheffield received her Juris Doctor degree cum laude from Syracuse University College of Law in 2020, where she served as Executive Editor of the Syracuse Law Review. While in law school, Ms. Sheffield was also named as a member of the Advocacy Honor Society. Ms. Sheffield earned her Bachelor of Arts degree cum laude from the University of Buffalo in 2017.

### AARON HINDS – ASSOCIATE

Aaron Hinds concentrates his practice on representing plaintiffs and defendants in high-stakes class action lawsuits and business disputes in federal and state courts nationwide. He received his Juris Doctor degree from Boston University School of Law in 2023, where he served as Executive Editor of the Boston University School of Law *Review of Banking and Financial Law*. Mr.

Hinds earned his Bachelor of Arts degree cum laude from the University of Denver in 2018.

## MARK KAHN – FINANCIAL ANALYST

Mark Kahn is a financial analyst at Israel David LLC.   Mr. Kahn supports the Firm's securities and shareholder litigation practices, assisting Firm attorneys with case assessment, development, and research.  Mr. Kahn also conducts investigations into potential federal and state securities laws violations.   Mr. Kahn comes to the Firm with significant experience in the financial sector, having previously worked for several hedge funds in investment and capital-raising capacities.

## GIBSON CONSUMER LAW GROUP, LLC

MaryBeth V. Gibson is the founding member of Gibson Consumer Law Group, LLC in Atlanta, Georgia. MaryBeth specializes in complex civil litigation, including data privacy litigation, data breach and misuse, business litigation, consumer fraud, corporate fraud, and mass torts. MaryBeth regularly provides trusted advice on complex discovery matters involving ESI, records retention, preservation strategies and compliance with legal process. MaryBeth serves as Chair for the Consumer Privacy/Data Breach Litigation Group for the American Association for Justice and serves as Co-Chair of the Georgia State Bar e-Discovery and Use of Technology Section. MaryBeth is an active participant of The Sedona Conference Working Group 1 on Electronic Document Retention and Working Group 11 on Data Security and Privacy. MaryBeth is retained to act as Special-Counsel to law firms throughout the United States assisting in complex civil litigation. MaryBeth also participates on various panels at conferences concerning data privacy and was recently a panelist at the 2023 NetDiligence Cyber Risk Summit. She has litigation and trial experience in state, federal and appellate courts, as well as mediation and arbitration experience. She was selected as Georgia Trend's 2009 Legal Elite: Georgia's Most Effective Lawyers.

MaryBeth's representative cases include several cases involving violations of wiretapping statutes. Representative cases include the following:

- *In Re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping,* United States District Court for the Eastern District of Pennsylvania, Judge J. Kearney, MDL No. 3074 (MaryBeth V. Gibson, appointed to Plaintiffs' Steering Committee);
- *Matousek v. Noom, Inc.,* United States District Court for Central District of California, Case No. 2:23-cv-01639-KK-JPR, Judge Kenly Kiya Kato (MaryBeth V. Gibson, Class Counsel); and,
- *Tanner v. Acushnet Company and Acushnet Holdings Corp.*, United States District Court for Central District of California, Case No.: 8:23-cv-00346-HDV-ADS, Judge Hernan D. Vera (MaryBeth V. Gibson, Class Counsel).

MaryBeth has been appointed and served in leadership positions in a number of multidistrict litigation cases in the area of privacy and data breaches. Representative cases include the following:

- *Kolstedt v. TMX Finance Corporate Services, Inc., et. al.,* United States District Court for the Southern District of Georgia, Savannah Division, Case No. 4:23-cv-00076-RSB-CLR (MaryBeth V. Gibson, Interim Co-Lead Counsel);
- *Miller v. NextGen Healthcare, Inc.,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:23-cv-02043 -TWT, Judge Thomas W. Thrash, Jr. (MaryBeth V. Gibson, Interim Co-Lead Counsel);

- *In Re: Overby Seawell Company Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Steven D. Grimberg, MDL No. 3056 (MaryBeth V. Gibson, Interim Co-Lead Class Counsel);
- *In Re:  Marriott International Customer Data Security Breach Litigation*, United States District Court for the District of Maryland, Judge John Preston Bailey, MDL No. 2879 (MaryBeth V. Gibson, Class Counsel, Plaintiffs' Steering Committee);
- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Thomas W. Thrash, Jr., MDL No. 2583 (MaryBeth V. Gibson, Plaintiffs' Steering Committee, Chair of Discovery Committee);
- *In Re: Equifax, Inc., Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2800 (MaryBeth V. Gibson, Plaintiffs' Steering Committee);
- *Baker, et al. v. ParkMobile, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division (data breach action), Case No.: 1:21-cv-02182, Judge Steven C. Jones (MaryBeth Gibson, Co-Lead Counsel);
- *Harrington v. Elekta, Inc.*, United States District Court for the Northern District of Georgia (data breach action), Case No. 1:21-cv-03997-SDG, Judge Steven D. Grimberg (MaryBeth V. Gibson, Interim Liaison Counsel);
- *Sherwood, et al. v Horizon Actuarial Services, LLC*, United States District Court for the Northern District of Georgia (data breach action), Atlanta Division, Case No.: 1:22-cv-01495-ELR, Judge Eleanor L. Ross (MaryBeth V. Gibson, Liaison Counsel);
- *Kleeberg, et al. v. St. Joseph's/Candler Health System, Inc.*, State Court of Chatham County, Ga. (data breach action), Case No. STCV21-01638, Judge Elizabeth Coolidge (MaryBeth V. Gibson, Co-Lead Counsel); and,
- *Park 80 Hotels, LLC v. Holiday Hospitality Franchising, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division (data breach action), Case No.: 1:22-cv-3709-LMM, Judge, Leigh Martin May (MaryBeth V. Gibson, Class Counsel).

MaryBeth also serves as class counsel in other cases involving complex litigation.  Representative cases include the following:

- Class counsel to parties adverse to *Holiday Hospitality Franchising, LLC, Six Continents Hotels, Inc. d/b/a Intercontinental Hotels Group and IHG Owners Association, Inc. ("IHG"),* Northern District of Georgia, consolidated for pre-trial matters before Judge Eleanor L. Ross, involving franchisee/franchisor dispute. *See Park 80 Hotels LLC, et al v. IHG*, Civil Action No. 2:21-cv-4650 - ELR, *PH Lodging Tomball, LLC v. IHG*, Civil Action No. 1:21-CV-5072- SDG, *Bensalem Loding Associates LLC v. IHG*, Civil Action No. 1:21-cv-5081-LMM, *Synergy Hotels, LLC v. IHG*, Civil Action No. 1:21-cv-5164-MHC (MaryBeth V. Gibson, Class Counsel);

- *Varela v. State Farm Mutual Automobile Insurance Company*, United States District Court for the District of Minnesota, Case No.: 1:0:22-cv-00970, Judge John R. Tunheim, involving application of typical negotiation reduction (on appeal to the Eighth Circuit) (MaryBeth V. Gibson, Class Counsel);
- *Tara Kulwicki, on behalf of herself and all others similarly situated, vv. AETNA, Inc. and AETNA Life Insurance Company*, United States District Court for the District of Connecticut, Case No.: 3:22-cv-229, Judge Robert Chatigny, class action involving disparate treatment in violation of the Affordable Care Act (MaryBeth V. Gibson, Class Counsel); and,
- *Dickman, et al. v Banner Insurance Co., et al.*, United States District Court for the District of Maryland, Case No. 1:16-00192-RDB, Judge Richard Bennett; a class action on behalf of life insurance policy holders regarding wrongful cost of insurance increases, $40,749,525.00 settlement (MaryBeth V. Gibson, Class Counsel).

MaryBeth also has also served as class counsel in mass tort cases. Representative cases include the following:

- *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197 (MaryBeth V. Gibson, Science Committee); and,
- *In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244 (MaryBeth V. Gibson, Science Committee).



# FIRM PROFILE

Since 1987, Kessler Topaz Meltzer & Check, LLP has specialized in the prosecution of securities class actions and has grown into one of the largest and most successful shareholder litigation firms in the field. With offices in Radnor, Pennsylvania and San Francisco, California, the Firm is comprised of 94 attorneys as well as an experienced support staff consisting of over 80 paralegals, in-house investigators, legal clerks and other personnel. With a large and sophisticated client base (numbering over 350 institutional investors from around the world -- including public and Taft-Hartley pension funds, mutual fund managers, investment advisors, insurance companies, hedge funds and other large investors), Kessler Topaz has developed an international reputation for excellence and has extensive experience prosecuting securities fraud actions. For the past several years, the National Law Journal has recognized Kessler Topaz as one of the top securities class action law firms in the country. In addition, the Legal Intelligencer recently awarded Kessler Topaz with its Class Action Litigation Firm of The Year award. Lastly, Kessler Topaz and several of its attorneys are regularly recognized by Legal500 and Benchmark: Plaintiffs as leaders in our field.

Kessler Topaz has recovered billions of dollars in the course of representing defrauded shareholders from around the world and takes pride in the reputation we have earned for our dedication to our clients. Kessler Topaz devotes significant time to developing relationships with its clients in a manner that enables the Firm to understand the types of cases they will be interested in pursuing and their expectations. Further, the Firm is committed to pursuing meaningful corporate governance reforms in cases where we suspect that systemic problems within a company could lead to recurring litigation and where such changes also have the possibility to increase the value of the underlying company. The Firm is poised to continue protecting rights worldwide.

**OFFICES:**

**PENNSYLVANIA**

(HEADQUARTERS)
280 King of Prussia Road,
Radnor, Pennsylvania 19087
Direct: 610-667-7706
Fax: 610-667-7056
info@ktmc.com

**CALIFORNIA**

One Sansome Street,
Suite 1850,
San Francisco, CA 94104
Direct: 415-400-3000
Fax: 415-400-3001
info@ktmc.com

ktmc.com

# Practice Areas



## CONSUMER PROTECTION

Far too often, large corporations will cut corners, overpromise, or hide problems under the mistaken assumption that they cannot be held accountable. At the same time, many consumers feel that they are unable to vindicate their rights, thinking that any recovery would pale in comparison to the costs of litigation. The Firm's Consumer Protection Litigation Group closes that gap, taking on some of the world's largest companies on behalf of classes of consumers and entities nationwide who would otherwise be unable to litigate alone. Kessler Topaz has the deep experience, commitment and resources necessary to take consumer complaints to jury verdict. At the outset, we carefully evaluate our clients' cases, pursing only the strongest legal theories and avenues for recovery. Throughout litigation, we pursue discovery vigorously. Oftentimes, deceptive and fraudulent acts and practices are covered by state consumer protection statutes intended to protect consumers from corporate misconduct. Various federal laws may also apply, such as the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962(c), (d)) ("RICO"), where corporate misconduct involves conspiracies and/or fraudulent schemes including racketeering. The Consumer Protection Litigation Group also represents entities pursuing claims for negligence, public nuisance, breach of contract, and constitutional violations, among others. Our work in this field has resulted in many victories and substantial recoveries for consumers on a broad range of issues from illegal exactions imposed by the government and prescription drug pricing to oil and gas royalties and automotive defects. Recently, Firm partners Joseph H. Meltzer and Melissa L. Yeates were appointed to leadership positions in the multi-district litigation, In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, 4:22-md- 03047-YGR (N.D. Cal.), pursuing claims on behalf of hundreds of school districts and local governments from around the country seeking to hold social media companies responsible for the substantial harms they have caused by creating and contributing to the ongoing youth mental health crisis. The Firm's Consumer Protection Litigation Group has earned its nationwide reputation for excellence and stands ready to help vindicate the rights of consumers and entities injured by corporate misconduct.

## DATA PRIVACY & CYBER SECURITY

Living in a digital age comes with constantly evolving data privacy and cyber security challenges. New technologies and techniques are being developed on an almost daily basis that provide established companies and hackers alike with new ways to obtain information about you without your consent. Kessler Topaz is at the forefront of meeting these challenges. Our experience working with experts, litigating groundbreaking legal theories, and understanding the true harm these practices cause makes us a true leader in protecting our clients' privacy rights. The Firm's Data Privacy and Cyber Security Litigation Group represents consumers whose personal information has been compromised and/or shared with or intercepted by third parties as well as businesses that are financially harmed by data breaches and data privacy violations. Among the Firm's successes is reaching a $39.3 million settlement on behalf of a class of financial institutions that had to reissue payment cards after a data breach at Target exposed their customers' information. The Firm currently represents clients whose health care providers installed code on their websites and mobile applications that intercepted patients' communications with their health care providers and sent their personal health information to third party companies without patients' consent. This sensitive health information included specifics about patient status, medications patients were prescribed, health conditions, test results, vaccination status, among other things. Consumers have a right to know how information they provide to health care providers and other companies is being used and to control who has access to this sensitive, personal information. Be it thorough federal statutes like the Electronic Communications Protection Act, or state laws like biometric protection and invasion of privacy statutes, Kessler Topaz is here to protect your rights and seek just compensation for past wrongs.

# NOTEWORTHY ACHIEVEMENTS 

*During the Firm's successful history, Kessler Topaz has recovered billions of dollars for defrauded stockholders and consumers. The following are among the Firm's notable achievements:*

## CONSUMER PROTECTION & FIDUCIARY LITIGATION

*In re J.P. Jeanneret Associates Inc., et al., No. 09-cv-3907 (S.D.N.Y.):*
Kessler Topaz served as lead counsel for one of the plaintiff groups in an action against J.P. Jeanneret and Ivy Asset Management relating to an alleged breach of fiduciary and statutory duty in connection with the investment of retirement plan assets in Bernard Madoff-related entities. By breaching their fiduciary duties, Defendants caused significant losses to the retirement plans. Following extensive hard-fought litigation, the case settled for a total of $216.5 million in cash plus over $3 million in waived fees.

*In re: National City Corp. Securities, Derivative and ERISA Litig, No. 08-nc-7000 (N.D. Ohio):* Kessler Topaz served as a lead counsel in this complex action alleging that certain directors and officers of National City Corp. breached their fiduciary duties under the Employee Retirement Income Security Act of 1974. These breaches arose from an investment in National City stock during a time when defendants knew, or should have known, that the company stock was artificially inflated and an imprudent investment for the company's 401(k) plan. The case settled for $43 million on behalf of the plan, plaintiffs and a settlement class of plan participants.

*Alston, et al. v. Countrywide Financial Corp. et al., No. 07-cv-03508 (E.D. Pa.):*
Kessler Topaz served as lead counsel in this novel and complex action which alleged that Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc. and Balboa Reinsurance Co. violated the Real Estate Settlement Procedure Act ("RESPA") and ultimately cost borrowers millions of dollars. Specifically, the action alleged that Defendants engaged in a scheme related to private mortgage insurance involving kickbacks, which are prohibited under RESPA. After three and a half years of hard-fought litigation, the action settled for $34 million.

*Trustees of the Local 464A United Food and Commercial Workers Union Pension Fund, et al. v. Wachovia Bank, N.A., et al., No. 09-cv-00668 (DNJ):*
For more than 50 years, Wachovia and its predecessors acted as investment manager for the Local 464A UFCW Union Funds, exercising investment discretion consistent with certain investment guidelines and fiduciary obligations. Until mid-2007, Wachovia managed the fixed income assets of the funds safely and conservatively, and their returns closely tracked the Lehman Aggregate Bond Index (now known as the Barclay's Capital Aggregate Bond Index) to which the funds were benchmarked. However, beginning in mid-2007 Wachovia significantly changed the investment strategy, causing the funds' portfolio value to drop drastically below the benchmark. Specifically, Wachovia began to dramatically decrease the funds' holdings in short-term, high-quality, low-risk debt instruments and materially increase their holdings in high-risk mortgage-backed securities and collateralized mortgage obligations. We represented the funds' trustees in alleging that, among other things, Wachovia breached its fiduciary duty by: failing to invest the assets in accordance with the funds' conservative investment guidelines; failing to adequately monitor the funds' fixed income investments; and failing to provide complete and accurate information to plaintiffs concerning the change in investment strategy. The matters was resolved privately between the parties.

*In re Bank of New York Mellon Corp. Foreign Exchange Transactions Litig., No. 1:12-md-02335 (S.D.N.Y.):*

On behalf of the Southeastern Pennsylvania Transportation Authority Pension Fund and a class of similarly situated domestic custodial clients of BNY Mellon, we alleged that BNY Mellon secretly assigned a spread to the FX rates at which it transacted FX transactions on behalf of its clients who participated in the BNY Mellon's automated "Standing Instruction" FX service. BNY Mellon determining this spread by executing its clients' transactions at one rate and then, typically, at the end of the trading day, assigned a rate to its clients which approximated the worst possible rates of the trading day, pocketing the difference as riskless profit. This practice was despite BNY Mellon's contractual promises to its clients that its Standing Instruction service was designed to provide "best execution," was "free of charge" and provided the "best rates of the day." The case asserted claims for breach of contract and breach of fiduciary duty on behalf of BNY Mellon's custodial clients and sought to recover the unlawful profits that BNY Mellon earned from its unfair and unlawful FX practices. The case was litigated in collaboration with separate cases brought by state and federal agencies, with Kessler Topaz serving as lead counsel and a member of the executive committee overseeing the private litigation. After extensive discovery, including more than 100 depositions, over 25 million pages of fact discovery, and the submission of multiple expert reports, Plaintiffs reached a settlement with BNY Mellon of $335 million. Additionally, the settlement is being administered by Kessler Topaz along with separate recoveries by state and federal agencies which bring the total recovery for BNY Mellon's custodial customers to $504 million. The settlement was The settlement was finally approved on September 24, 2015. In approving the settlement, Judge Lewis Kaplan praised counsel for a "wonderful job," recognizing that they were "fought tooth and nail at every step of the road." In further recognition of the efforts of counsel, Judge Kaplan noted that "[t]his was an outrageous wrong by the Bank of New York Mellon, and plaintiffs' counsel deserve a world of credit for taking it on, for running the risk, for financing it and doing a great job."

*CompSource Oklahoma v. BNY Mellon Bank, N.A., No. CIV 08-469-KEW (E.D. Okla. October 25, 2012):*

Kessler Topaz served as Interim Class Counsel in this matter alleging that BNY Mellon Bank, N.A. and the Bank of New York Mellon (collectively, "BNYM") breached their statutory, common law and contractual duties in connection with the administration of their securities lending program. The Second Amended Complaint alleged, among other things, that BNYM imprudently invested cash collateral obtained under its securities lending program in medium term notes issued by Sigma Finance, Inc. -- a foreign structured investment vehicle ("SIV") that is now in receivership -- and that such conduct constituted a breach of BNYM's fiduciary obligations under the Employee Retirement Income Security Act of 1974, a breach of its fiduciary duties under common law, and a breach of its contractual obligations under the securities lending agreements. The Complaint also asserted claims for negligence, gross negligence and willful misconduct. The case recently settled for $280 million.

*Transatlantic Holdings, Inc., et al. v. American International Group, Inc., et al., American Arbitration Association Case No. 50 148 T 00376 10:*

Kessler Topaz served as counsel for Transatlantic Holdings, Inc., and its subsidiaries ("TRH"), alleging that American International Group, Inc. and its subsidiaries ("AIG") breached their fiduciary duties, contractual duties, and committed fraud in connection with the administration of its securities lending program. Until June 2009, AIG was TRH's majority shareholder and, at the same time, administered TRH's securities lending program. TRH's Statement of Claim alleged that, among other things, AIG breached its fiduciary obligations as investment advisor and majority shareholder by imprudently investing the majority of the cash collateral obtained under its securities lending program

in mortgage backed securities, including Alt-A and subprime investments. The Statement of Claim further alleged that AIG concealed the extent of TRH's subprime exposure and that when the collateral pools began experiencing liquidity problems in 2007, AIG unilaterally carved TRH out of the pools so that it could provide funding to its wholly owned subsidiaries to the exclusion of TRH. The matter was litigated through a binding arbitration and TRH was awarded $75 million.

*Board of Trustees of the AFTRA Retirement Fund v. JPMorgan Chase Bank, N.A. – Consolidated Action No. 09-cv-00686 (SAS) (S.D.N.Y.):*
On January 23, 2009, the firm filed a class action complaint on behalf of all entities that were participants in JPMorgan's securities lending program and that incurred losses on investments that JPMorgan, acting in its capacity as a discretionary investment manager, made in medium-term notes issue by Sigma Finance, Inc. – a now defunct structured investment vehicle. The losses of the Class exceeded $500 million. The complaint asserted claims for breach of fiduciary duty under the Employee Retirement Income Security Act (ERISA), as well as common law breach of fiduciary duty, breach of contract and negligence. Over the course of discovery, the parties produced and reviewed over 500,000 pages of documents, took 40 depositions (domestic and foreign) and exchanged 21 expert reports. The case settled for $150 million. Trial was scheduled to commence on February 6, 2012.

*In re Global Crossing, Ltd. ERISA Litigation, No. 02 Civ. 7453 (S.D.N.Y. 2004):*
Kessler Topaz served as Co-Lead Counsel in this novel, complex and high-profile action which alleged that certain directors and officers of Global Crossing, a former high-flier of the late 1990's tech stock boom, breached their fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") to certain company-provided 401(k) plans and their participants. These breaches arose from the plans' alleged imprudent investment in Global Crossing stock during a time when defendants knew, or should have known, that the company was facing imminent bankruptcy. A settlement of plaintiffs' claims restoring $79 million to the plans and their participants was approved in November 2004. At the time, this represented the largest recovery received in a company stock ERISA class action.

*In re AOL Time Warner ERISA Litigation, No. 02-CV-8853 (S.D.N.Y. 2006):*
Kessler Topaz, which served as Co-Lead Counsel in this highly-publicized ERISA fiduciary breach class action brought on behalf of the Company's 401(k) plans and their participants, achieved a record $100 million settlement with defendants. The $100 million restorative cash payment to the plans (and, concomitantly, their participants) represents the largest recovery from a single defendant in a breach of fiduciary action relating to mismanagement of plan assets held in the form of employer securities. The action asserted claims for breach of fiduciary duties pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") on behalf of the participants in the AOL Time Warner Savings Plan, the AOL Time Warner Thrift Plan, and the Time Warner Cable Savings Plan (collectively, the "Plans") whose accounts purchased and/or held interests in the AOLTW Stock Fund at any time between January 27, 1999 and July 3, 2003. Named as defendants in the case were Time Warner (and its corporate predecessor, AOL Time Warner), several of the Plans' committees, as well as certain current and former officers and directors of the company. In March 2005, the Court largely denied defendants' motion to dismiss and the parties began the discovery phase of the case. In January 2006, Plaintiffs filed a motion for class certification, while at the same time defendants moved for partial summary judgment. These motions were pending before the Court when the settlement in principle was reached. Notably, an Independent Fiduciary retained by the Plans to review the settlement in accordance with Department of Labor regulations approved the settlement and filed a report with Court noting that the settlement, in addition to being "more than a reasonable recovery" for the Plans, is "one of the largest ERISA employer stock action settlements in history."

*In re Honeywell International ERISA Litigation, No. 03-1214 (DRD) (D.N.J. 2004):*

Kessler Topaz served as Lead Counsel in a breach of fiduciary duty case under ERISA against Honeywell International, Inc. and certain fiduciaries of Honeywell defined contribution pension plans. The suit alleged that Honeywell and the individual fiduciary defendants, allowed Honeywell's 401(k) plans and their participants to imprudently invest significant assets in company stock, despite that defendants knew, or should have known, that Honeywell's stock was an imprudent investment due to undisclosed, wide-ranging problems stemming from a consummated merger with Allied Signal and a failed merger with General Electric. The settlement of plaintiffs' claims included a $14 million payment to the plans and their affected participants, and significant structural relief affording participants much greater leeway in diversifying their retirement savings portfolios.

*Henry v. Sears, et. al., Case No. 98 C 4110 (N.D. Ill. 1999):*

The Firm served as Co-Lead Counsel for one of the largest consumer class actions in history, consisting of approximately 11 million Sears credit card holders whose interest rates were improperly increased in connection with the transfer of the credit card accounts to a national bank. Kessler Topaz successfully negotiated a settlement representing approximately 66% of all class members' damages, thereby providing a total benefit exceeding $156 million. All $156 million was distributed automatically to the Class members, without the filing of a single proof of claim form. In approving the settlement, the District Court stated: ". . . I am pleased to approve the settlement. I think it does the best that could be done under the circumstances on behalf of the class. . . . The litigation was complex in both liability and damages and required both professional skill and standing which class counsel demonstrated in abundance."

# ATTORNEY FOCUSED ON THIS ACTION

**TYLER S. GRADEN,** a Partner of the Firm, concentrates his practice in the area of consumer protection and unlawful business practice litigation, representing individuals, retirement plan beneficiaries, businesses and government entities as plaintiffs in class actions and arbitrations. Prior to joining the Firm, Mr. Graden worked at a boutique defense litigation firm in Philadelphia and as an investigator with the Chicago District Office of the Equal Employment Opportunity Commission.

Mr. Graden has represented individuals and institutional investors in obtaining substantial recoveries in numerous class actions, including: Buffalo Laborers Security Fund v. J.P. Jeanneret Associates, Inc. (S.D.N.Y.) (settlement in fiduciary breach class action involving Madoff investments: $219 million); AFTRA Retirement Fund v. JPMorgan Chase Bank, NA. (S.D.N.Y.) (settlement in fiduciary breach securities lending class action: $150 million); Transatlantic Holdings v. AIG (American Arbitration Association) (arbitration award in fiduciary breach securities lending action: $75 million ); In re: Volkswagen Timing Chain Product Liability Litigation (D.N.J.) (settlement in automotive defect class action); Seelingson v. Devon Energy Production Co. (N.D. Tex.) (settlement in oil & gas royalty calculation class action: $28 million); Montoya v. PNC Bank, N.A. (S.D. Fla.) (settlement in force-placed insurance class action: $32.3 million); Burroughs v. PHH Mortgage Co. (D.N.J.) (settlement in force-placed insurance class action: $18 million); and U.S. ex rel. Simpson v. Bayer Corp. (D.N.J.) (settlement in whistleblower qui tarn action: $40 million).

# HERMAN JONES LLP

 | Herman Jones LLP

Attorneys at **Herman Jones LLP** bring decades of experience protecting their clients' interests and enforcing their rights. **Herman Jones LLP** attorneys have built a national reputation for handling complex, large stake matters. In the last ten years alone, **Herman Jones LLP** attorneys have helped their clients recoup in excess of *$1 Billion*.

The Herman Jones attorneys have spent their careers working for some of the largest plaintiff and defense firms in the country. This background permits our attorneys to deliver to clients a unique perspective on large matters. In addition to having an extensive business litigation background involving hundreds of cases in federal and state courts around the country, our attorneys are known for their business judgment and board level counsel.

**Herman Jones LLP** attorneys have significant experience in the following areas:

- *Antitrust*
- *Class Actions*
- *Commercial Litigation*
- *Corporate Compliance*
- *Corporate Governance*
- *Cryptocurrency Litigation*
- *Intellectual Property*
- *Licensing*
- *Securities*
- *Shareholder Derivative Actions*
- *Technology and Venture Matters*
- *Venture Capital Transactions/Portfolio Company Representation*
- *Whistleblower Matters*

## Data Breach and Other Consumer Litigation

*In re T-Mobile Customer Data Security Breach Litigation*, 4:21MD03019 (W.D. Mo.) — Counsel for plaintiffs in a consumer class action against T-Mobile stemming from one of the most consequential data breaches in U.S., potentially exposing the data of over 75 million customers. The parties' $350 million settlement is currently in the process of being approved.

*Kattula v. Coinbase Global, Inc. et al*, 1:22CV03250 (Pending in N.D. Ga.) — Counsel for plaintiffs in a class action against the popular cryptocurrency exchange Coinbase stemming from substantial losses suffered by numerous customers due to the failures of the platform's security standards and practices which allowed the unauthorized and fraudulent transfers of funds to take place from their Coinbase accounts.

*Bennett et al v. T-Mobile USA Inc.*, 2:22-cv-01805 (Pending in W.D. Wash.) – Counsel for plaintiffs in a class action against the cellular provider T-Mobile, in connection with their involvement with various Sim Card Swap schemes and consumer injuries resulting therefrom.

*In re: Equifax Fair Credit Reporting Act Litigation*, 1:22-cv-03072 (Pending in N.D. Ga.) – One of the lead counsel for plaintiffs in a suit under the Fair Credit Reporting Act arising from Equifax's dissemination of inaccurate credit reports to lenders resulting in hundreds of thousands of individuals being denied financing, forced to accept higher interest rates, or otherwise having their ability to access credit limited.





# John Herman Chairman

(404) 504-6555
jherman@hermanjones.com

John Herman is the Chairman and a founding partner of Herman Jones LLP. His practice focuses on complex civil litigation and licensing, with a particular emphasis on high technology matters. His experience includes securities, patent, antitrust, data breach, whistleblower and class action litigation. John also has significant first chair trial experience, handling numerous cases through verdict in both federal and state courts.

John has worked on many noteworthy cases and successfully achieved favorable results for his clients. His notable cases include a securities fraud settlement of $108 million against Orbital ATK, a settlement of $87.5 million in a securities class action case against Southern Company, and a derivative settlement of $60 million on behalf of Community Health Systems, as well as leading a team of attorneys enforcing the 3Com Ethernet patents by winning two jury trial victories in federal court. John also represented renowned inventor Ed Phillips in the landmark case of Phillips v. AWH Corp. He has represented the pioneers of mesh technology – David Petite, Edwin Brownrigg and SIPCO – in connection with their mesh technology portfolio. John has also worked on numerous class action cases, including acting as lead plaintiffs' counsel in the Home Depot shareholder derivative action, which achieved landmark corporate governance reforms for investors.

John has been recognized for his legal work by both his peers and legal publications. He serves on the Advisory Board of the Native American Intellectual Property Enterprise Council ("NAIPEC") and is a Fellow of the Litigation Counsel of America. John was also voted by his peers as one of the leading intellectual property litigators in the Southeast. He has been named a Super Lawyer numerous times and was ranked on the "Top 100" Georgia Super Lawyers list. Additionally, he was listed as one of "Georgia's Most Effective Lawyers" by Legal Trend magazine and was voted by peers as one of Atlanta Magazine's 2017 Top Lawyers in Georgia. In 2018, John was elected as a Fellow of the American Bar Foundation.

John graduated first in his class with a Bachelor of Science degree summa cum laude in Biochemistry from Marquette University. He earned his Juris Doctor degree from Vanderbilt University Law School, where he was Editor-in- Chief of the Vanderbilt Journal and chosen as a John Wade Scholar. John has also served as a member of Vanderbilt University's Law School Board and on the Federal Circuit's Government Employees' Pro Bono Committee.

## Practice Areas

Commercial Litigation

Class Action Litigation

Intellectual Property

Licensing

Securities Fraud

Whistleblower

## Education

Vanderbilt University Law School, J.D., 1992

- Editor-in-Chief, Vanderbilt Journal

- John Wade Scholar

Marquette University, B.S., 1988, summa cum laude, Biochemistry

## Honors & Awards

Fellow, Litigation Counsel of America (LCA) Proven Trial Lawyers

Recognized by his peers as being among the leading intellectual property litigators in the Southeast

Super Lawyer, 2005-2010, 2017-2019 Top Lawyers, Atlanta Magazine, 2017

Named one of "Georgia's Most Effective Lawyers" by Legal Trend

## Professional Affiliations

- Fellow, American Bar Foundation

- Fellow, Litigation Counsel of America

- Member, Advisory Board of the Native American Intellectual Property Enterprise Council ("NAIPEC")



# REPRESENTATIVE MATTERS

## PATENT AND INTELLECTUAL PROPERTY LITIGATION

*SIPCO, LLC and IPCO, LLC* – lead counsel for more than a decade for SIPCO, IPCO and the famous inventors David Petite and Edwin Brownrigg, who pioneered wireless mesh technology. We handled the licensing and litigation of patent portfolio of nearly 100 patents, negotiating almost 100 licenses and collecting revenues in excess of $100 million.

*3COM ETHERNET* – lead counsel in representing owner of 3Com's famous Parallel Tasking Technology patent portfolio, which garnered in excess of $100 million in licensing fees, winning 2 separate jury trials.

*FLASHPOINT* – counsel to FlashPoint, a spin-off of Apple's digital camera business, against multiple handset manufacturers. This portfolio recovered hundreds of millions in licensing fees.

*PHILLIPS v. AWH* – In the landmark U.S. Supreme Court case on claim construction, acted as lead counsel and settled the case for $2.55 million.

*BIOSIG INSTRUMENTS v. NAUTILUS* — In the landmark case in which the U.S. Supreme Court changed the standard for patent invalidity, represented plaintiff Biosig and settled case in 2018.

*ADELOS v. HALLIBURTON*, Case No. 9:16-cv-00119-DLC (D. Mont.). Lead counsel for Adelos, owned by the Consolidated Salish & Kootenai Tribes, in a patent infringement and conversion case in the U.S.D.C. for Montana, which settled on undisclosed terms in 2018.

## SECURITIES MATTERS

*In re Orbital ATK, Inc., et al.*, Civil Action No. 1:16-cv-01031-TSE (E.D.Va.). One of the lead counsel in a securities class action before Judge Ellis in the U.S.D.C. for the Eastern District of Virginia in a case that was settled for $108 million after the close of discovery.

*In re Community Health System, Inc. Shareholder Derivative Litigation*, No. 3:11-cv-0489 (M.D. Tenn). In a shareholder derivative case in the U.S.D.C. for Middle District of Tennessee, primary counsel in case that was resolved after discovery for a record $60 million in cash.

*In re HOME DEPOT Shareholder Derivative Litigation* – in consolidated cases in Fulton County Superior Court, lead counsel for plaintiffs in shareholder derivative suits arising out of stock options backdating and Robert Nardelli's termination. The case was eventually settled for landmark corporate governance reforms, as well as attorneys' fees of $14.5 million.

## LANDMARK CORPORATE GOVERNANCE REFORMS ACHIEVED IN COMMUNITY HEALTH SYSTEM

***Largest 6thCircuit Shareholder Derivative Recovery and Unprecedented Corporate Governance Reforms***

On January 17, 2017, after more than five years of hard-fought litigation, **John C. Herman** and a team of attorneys obtained unprecedented corporate governance reforms on behalf of Community Health Systems, Inc. in a case against the company's directors for breaching their fiduciary duties by causing Community Health to develop and implement admissions criteria that systematically steered patients into unnecessary inpatient admissions, in contravention of Medicare and Medicaid regulations.

The governance reforms obtained as part of the settlement include two shareholder-nominated directors, the creation of a Healthcare Law Compliance Coordinator with specified qualifications and duties, a requirement that the Board's Compensation Committee be composed solely of independent directors, the implementation of a compensation clawback that will automatically recover compensation improperly paid to the company's CEO or CFO in the event of a restatement, the creation of an insider trading controls committee, and the adoption of a political expenditure disclosure policy. In addition to those reforms, $60 million in financial relief was obtained, which is the largest shareholder derivative recovery ever in Tennessee and the Sixth Circuit.

At the final approval hearing, the Honorable Kevin H. Sharp commended **Herman's** firm, noting: "I think y'all have done a great job pulling this [settlement] together. It was complicated. It was drawn out, and a lot of work clearly went into this [case]. . . . I appreciate the work you all did on this." The judge further lauded the settlement as providing "benefit to the shareholders" that went "above and beyond money."

*In re Community Health Sys., Inc. S'holder Derivative Litig., No. 3:11-cv-00489 (M.D. Tenn.)*

## U.S. ETHERNET INNOVATIONS, LLC V. TEXAS INSTRUMENTS

*Successful Enforcement of Critical Patent Rights*

**John C. Herman** has successfully enforced the intellectual property rights of client U.S. Ethernet Innovations, LLC ("USEI") with two jury trial victories in federal court. USEI is the successor-in-interest to the famous and wildly successful Parallel Tasking technology developed by 3Com Corporation in the 1990s. 3Com's Parallel Tasking patent portfolio covers technology related to the manner in which a computer or other similar device transmits data over an Ethernet network. The patented Parallel Tasking technology was critical to 3Com's multi-billion dollar Ethernet business in the late 1990s and 2000s.

While **Herman** successfully enforced USEI's intellectual property rights with a number of companies based on license agreements, one infringer, Texas Instruments Incorporated, refused to acknowledge USEI's patents rights. Texas Instruments argued that the asserted claims of USEI's Parallel Tasking patents were invalid because they were both anticipated and obvious in light of two prior art devices that were on sale more than a year before the Parallel Tasking patents were filed.

In April 2014, Texas Instruments presented its arguments with regard to the validity of the asserted claims to a Texas federal jury. Following a week-long trial before the Honorable Michael H. Schneider, the jury returned a verdict for USEI on all 3 asserted patents and all 14 of the asserted claims. The jury found that the asserted claims were neither anticipated nor obvious, moving the case toward a second phase of trial on infringement and damages. As explained by **John Herman**, who led the litigation team, shortly after the result: "U.S. Ethernet is pleased that the jury recognized the strength and validity of the patented Parallel Tasking technology, which once formed the heart of 3Com's multi-billion dollar Ethernet controller business. While we are not surprised by the results given the strength of the Parallel Tasking patents, the findings of validity are certainly welcome."

A second jury trial was held in June 2014 on infringement and damages. Following another week-long trial, the jury once again returned a multi-million dollar verdict for USEI, finding that Texas Instruments directly infringed and actively induced others to infringe on all of the asserted claims.

"U.S. Ethernet is pleased that once again, a jury has confirmed the strength of 3Com's famous Parallel Tasking technology, this time against Texas Instruments," said **Herman**. "While much of the industry is now subject to a license for the widespread infringement that eroded 3Com's Ethernet market, a few companies remain in suit in the Northern District of California."

Attorneys **John Herman** and **Peter M. Jones** led the team responsible for obtaining this result for USEI. The jury verdict resolves U.S. Ethernet Innovations, LLC v. Texas Instruments Incorporated, No. 6:11-cv-491 (E.D. Tex.). The related cases in Texas were consolidated with U.S. Ethernet Innovations, LLC v. Ricoh Americas Corporation, No. 6:12-cv-235 (E.D. Tex.).

## CITY OF PONTIAC EMPLOYEES' RETIREMENT SYSTEM V. LANGONE (HOME DEPOT)

*Landmark Corporate Governance Reforms Achieved at Home Depot*

Shareholder activism has led to significant new reforms at Home Depot. After a wave of unprecedented shareholder backlash caused in large part by CEO Robert Nardelli's obscene compensation package and the revelation that Nardelli and others had received "backdated" stock options, six separate shareholder derivative suits were filed in Atlanta, Georgia. The lawsuits address CEO compensation, backdating practices, and an accounting manipulation scheme involving return-to-vendor credits.

**John C. Herman,** on behalf of the City of Pontiac General Employees' Retirement System, took over as lead counsel in these cases with the assistance of another 20 plaintiffs' law firms. After over a year of hard-fought litigation, **Herman** was able to negotiate a favorable resolution of the litigation, which will result in significant corporate governance reforms at Home Depot.

As a result of the settlement, among other changes, Home Depot's Board of Directors must: (i) restructure itself; (ii) require that two-thirds of its directors be independent; (iii) adopt enhanced director independence standards; (iv) adopt certain compensation policies and procedural safeguards for officers and directors; (v) implement voting standards requiring that director nominees receive a majority of votes cast to be elected to the board; (vi) impose safeguards on removal procedures for directors; (vii) adopt safeguards and notice requirements on stock option plans to lower the risk of backdating; and (viii) permit large shareholders or groups of shareholders to nominate directors.

On June 10, the Honorable Craig L. Schwall of Georgia's Fulton County Superior Court granted final approval of the settlement and commended **Herman** for acting "with substantial skill and professionalism in representing the plaintiffs and the interests of Home Depot and its shareholders in prosecuting [the] case."

**John Herman** spearheaded the litigation on behalf of plaintiffs. According to **Herman**, "The sweeping corporate governance reforms are a substantial step forward for Home Depot and its investors, and are an exceptional settlement of the action."

City of Pontiac Gen. Emps.' Ret. Sys. v. Langone, No. 2006-cv-122302, Findings of Fact in Support of Order and Final Judgment (Ga. Super. Ct., Fulton Cty. June 10, 2008).

# REESE LLP

Reese LLP represents consumers in a wide array of class action litigation throughout the nation. The attorneys of Reese LLP are skilled litigators with years of experience in federal and state courts. Reese LLP is based in New York, New York with offices also in California and Minnesota.

Recent and current cases litigated by the attorneys of Reese LLP on behalf of consumers include the following:

*In re Fairlife Milk Products Marketing and Sales Practices Litig.*, case no. 1:19-cv-03924 (N.D. Illinois)(case involving milk products allegedly mislabeled); *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas)(case involving contaminated pet food); *Hasemann v. Gerber Products Co.*, case no. 15-cv-02995-MKB-RER (E.D.N.Y.)(case involving misrepresentation of health benefits of baby formula in violation of New York consumer protection laws); *Worth v. CVS Pharmacy, Inc.*, case no. 16-cv-00498 (E.D.N.Y.)(class action for alleged misrepresentations regarding health benefits of dietary supplement); *Roper v. Big Heart Pet Brands, Inc.*, case no. 19-cv-00406-DAD (E.D. Cal.)(class action regarding pet food); *Ackerman v. The Coca-Cola Co.*, 09-CV-0395 (JG) (RML) (E.D.N.Y.)(class action for violation of California and New York's consumer protection laws pertaining to health beverages); *Rapaport-Hecht v. Seventh Generation, Inc.*, 14-cv-9087-KMK (S.D.N.Y.)(class action for violation of California and New York's consumer protection laws pertaining to personal care products); *Berkson v. GoGo, LLC,* 14-cv-1199-JWB-LW (E.D.N.Y.)(class action regarding improper automatic renewal clauses); *Chin v. RCN Corporation*, 08-cv-7349 RJS (S.D.N.Y.)(class action for violation of Virginia's consumer protection law by I.S.P. throttling consumers' use of internet); *Bodoin v. Impeccable L.L.C.*, Index. No. 601801/08 (N.Y. Sup. Ct.)(individual action for conspiracy and fraud); *Huyer v. Wells Fargo & Co.*, 08-CV-507 (S.D. Iowa)(class action for violation of the RICO Act pertaining to mortgage related fees); *Murphy v. DirecTV, Inc.*, 07-CV-06545 FMC (C.D. Cal.)(class action for violation of California's consumer protection laws); *Bain v. Silver Point Capital Partnership LLP,* Index No. 114284/06 (N.Y. Sup. Ct.)(individual action for breach of contract and fraud); *Siemers v. Wells Fargo & Co.*, C-05-4518 WHA (N.D. Cal.)(class action for violation of § 10(b) of the Securities Exchange Act of 1934 pertaining to improper mutual fund fees); *Dover Capital Ltd. v. Galvex Estonia OU*, Index No. 113485/06 (N.Y. Sup. Ct.)(individual action for breach of contract involving an Eastern European steel company); *All-Star Carts and Vehicles Inc. v. BFI Canada Income Fund*, 08-CV-1816 LDW (E.D.N.Y.)(class action for violation of the Sherman Antitrust Act pertaining to waste hauling services for small businesses on Long Island); *Petlack v. S.C. Johnson & Son, Inc.*, 08-CV-00820 CNC (E.D. Wisconsin)(class action for violation of Wisconsin consumer protection law pertaining to environmental benefits of household cleaning products); *Wong v. Alacer Corp.*, (San Francisco Superior Court)(class action for violation of California's consumer protection laws pertaining to deceptive representations regarding health benefits of dietary supplement's ability to improve immune system); *Howerton v. Cargill, Inc.* (D. Hawaii)(class action for violation of various consumer protection laws regarding sugar substitute); *Yoo v. Wendy's International, Inc.*, 07-CV-04515 FMC (C.D. Cal.)(class action for violation of California's consumer protection laws pertaining to adverse health effects of partially hydrogenated oils in popular food products).

## The Attorneys of Reese LLP

__Michael R. Reese__

Mr. Reese is the founding partner of Reese LLP where he litigates consumer protection class actions. Prior to entering private practice, Mr. Reese served as an assistant district attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting violent and white-collar crime.

Victories by Mr. Reese and his firm include a $21 million class settlement in *In re Fairlife Milk Products Marketing and Sales Practices Litig.*, case no. 1:19-cv-03924-RMD (N.D. Illinois); a $12.5 million dollar class settlement in *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas) for pet owners who bought contaminated pet food; a $6.1 million class action settlement in *Howerton v. Cargill, Inc.* (D. Hawaii) for consumers of Truvia branded sweetener; a $6.4 million class action settlement in the matter of *Wong v. Alacer Corp.* (S.F. Superior Court) for consumers of Emergen-C branded dietary supplement; and, a $25 million dollar settlement for mortgagees in *Huyer v. Wells Fargo & Co.* (S.D. Iowa).

Mr. Reese and his firm are frequently appointed as co-lead counsel in multi-district litigations, including, but not limited to *In re Fairlife Milk Products Marketing and Sales Practices Litig.*; case no. 1:19-cv-03924-RMD (N.D. Illinois); *In re Hill's Pet Nutrition, Inc. Dog Food Products Liability Litig.*, case no. 19-md-2887-JAR-TT (D. Kansas); *In re Vitaminwater Sales and Marketing Practices Litig.*, case no. 11-md-2215-DLI-RML (E.D.N.Y.); and, *In re Frito-Lay N.A. "All-Natural" Sales & Marketing Litig.*, case no. 12-md-02413-RRM-RLM (E.D.N.Y.).

Mr. Reese is a frequent lecturer and author on issues of class actions. Mr. Reese co-hosts an annual two day conference with Professor Michael Roberts of UCLA that includes panels on class action litigation; presents on class action litigation at the annual conference of the Consumer Brands Association; and, presents regularly at the Union Internationale des Advocats Annual Congress.

Recent articles on class actions appear in publications by the American Bar Association; the Union Internationale des Advocats; and the Illinois State Bar Association.

Mr. Reese is also an executive committee member of the Plaintiffs' Class Action Roundtable, where he lectures on an annual basis on issues related to class actions.

Mr. Reese is a member of the state bars of New York and California as well as numerous federal district and appellate courts. Mr. Reese received his juris doctorate from the University of Virginia in 1996 and his bachelor's degree from New College in 1993.

## Sue J. Nam

Ms. Nam is based in New York where she focuses on consumer class actions. Ms. Nam also runs the appellate practice at the firm and has represented clients before the Second and Ninth Circuits, as well as The Court of Appeals in New York. Ms. Nam also specialized in copyright law and represents photographers and other visual artists who have had their copyright protected works infringed.

Prior to joining the firm, Ms. Nam was the General Counsel for NexCen Brands, Inc., a publicly traded company that owned a portfolio of consumer brands in food, fashion and homeware.

Previously, Ms. Nam was Intellectual Property Counsel and Assistant Corporate Secretary at Prudential Financial, Inc., and she was an associate specializing in intellectual property and litigation at the law firms of Brobeck Phleger & Harrison LLP in San Francisco, California and Gibson Dunn & Crutcher LLP in New York, New York.

Ms. Nam clerked for the Second Circuit prior to joining private practice.

Ms. Nam received her juris doctorate from Yale Law School in 1994. She received a bachelor's degree with distinction from Northwestern University in 1991.

## Carlos F. Ramirez

Mr. Ramirez is an accomplished trial attorney based in New York, where he focuses his practice on the litigation of consumer class actions. Prior to entering private practice in 2001, Mr. Ramirez served as an Assistant District Attorney at the Manhattan District Attorney's Office where he served as a trial attorney prosecuting both violent and white-collar crimes.

Previous and current consumer fraud class actions litigated by Mr. Ramirez include *Hasemann v. Gerber Products Co.*, case no. 15-cv-02995-MKB-RER (E.D.N.Y.)(case involving misrepresentation of health benefits of baby formula in violation of New York consumer protection laws); *Coe v. General Mills, Inc.*, No. 15-cv-5112-TEH (N.D. Cal.) (involving false advertisement claims relating to the Cheerios Protein breakfast cereal); *In re Santa Fe Natural Tobacco Company Marketing & Sales Practices Litigation*, 16-md-2695-JB/LF (D.N.M.)(involving the deceptive marketing of cigarettes as "natural" and "additive free"); and, *Lamar v. The Coca-Cola Company, et al.*, No. 17-CA-4801 (D.C. Superior Ct.) (involving the deceptive marketing of sugar drinks as safe for health).

Mr. Ramirez is a member of the state bars of New York and New Jersey. He is also a member of the bars of the U.S. District Courts for the Eastern District of New York and Southern District of New York. Mr. Ramirez received his juris doctorate from the Fordham University School of Law in 1997 and his bachelor's degree from CUNY-Joh Jay College in 1994.

**George V. Granade II**

Mr. Granade is a partner at Reese LLP based in Los Angeles, California, where he focuses on consumer class actions. Cases Mr. Granade has worked on include: *Barron v. Snyder's-Lance, Inc.*, No. 0:13-cv-62496-JAL (S.D. Fla.); *In re: Frito-Lay North America, Inc. "All Natural" Litigation*, No. 1:12-md-02413-RRM-RLM (E.D.N.Y.) (involving "SunChips," "Tostitos," and "Bean Dip" products labeled as "natural" and allegedly containing genetically-modified organisms); and *Martin v. Cargill, Inc.*, No. 0:13-cv-02563-RHK-JJG (D. Minn.) (involving "Truvia" sweetener product labeled as "natural" and allegedly containing highly processed ingredients).

Mr. Granade received his juris doctorate from New York University School of Law in 2011. He received a master's degree from the University of Georgia at Athens in 2005 with distinction and a bachelor's degree from the University of Georgia at Athens in 2003, *magna cum laude* and with High Honors.

Mr. Granade is a member of the state bars of Georgia, New York, and California. He is also a member of the bar of the U.S. Courts of Appeals for the Second Circuit and Ninth Circuit, as well as the bars of the U.S. District Courts for the Eastern District of New York, Southern District of New York, Western District of New York, Northern District of New York, Southern District of Illinois, Northern District of Illinois, Northern District of California, Southern District of California, Central District of California, and Eastern District of California.

**Charles D. Moore**

Mr. Moore is based in Minneapolis, Minnesota where he focuses on both consumer as well as employment class actions.

Mr. Moore has worked on a number of high profile class actions at Reese LLP as well as his prior firm where he worked as co-counsel with Reese LLP on numerous matters. His notable cases include: *Salerno v. Kirk's Natural LLC*, No. 1:21-cv-04987-BMC (E.D.N.Y.) (involving the deceptive claims for the country of origin of the products) *Marino v. Coach, Inc.*, Case. No. 1:16-cv-01122-VEC (OTW) (Lead) (S.D.N.Y.) (involving deceptive reference pricing in the sale of outlet merchandise); *Raporport-Hecht v. Seventh Generation, Inc.*, Case No. 7:14-cv-09087-KMK (S.D.N.Y.) (involving the deceptive advertising of household products as "natural"); *Gay v. Tom's of Maine, Inc.*, Case No. 0:14-cv-60604-KMM (S.D. Fla.) (involving deceptive advertising of personal care products as "natural"): *Frohberg v. Cumberland Packing Corp.*, Case No. 1:14-cv-00748-KAM-RLM (E.D.N.Y.) (involving deceptive advertising of food products as "natural"); *Baharenstan v. Venus Laboratories, Inc. d/b/a Earth Friendly Products, Inc.*, Case No. 3:15-cv-03578-EDL (N.D. Cal.) (involving deceptive advertising of household products as "natural"); *Sienkaniec v. Uber Technologies, Inc.*, Case No. 17-cv-04489-PJS-FLN (D. Minn.) (involving the misclassification of Uber drivers as independent contractors); *Dang v. Samsung Electronics Co.*, 673 F. App'x 779 (9th Cir. 2017) (*cert denied* 138 S. Ct. 203) (rejecting shrink-wrap terms in California for purposes of arbitration).

Mr. Moore is a member of the state bar of Minnesota and New York. He is also a member of the bar of the U.S. District Court for the District of Minnesota, the Southern, Eastern, and Western Districts of New York, and the Northern District of Illinois. Mr. Moore received his juris doctorate from Hamline University School of Law in 2013, and his bachelor's degree from the University of North Dakota in 2007.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | ) MDL No. 2948-A |
| | ) |
| | ) Master Docket No. 20 C 4699 |
| This Document Relates to: | ) |
| | ) Judge Rebecca R. Pallmeyer |
| Bravo v. TikTok, Inc.            23 C 225 | ) |
| Murphy v. TikTok, Inc.          23 C 504 | ) |
| Buckley v. TikTok, Inc.         23 C 841 | ) |
| Tado v. TikTok, Inc.            23 C 1430 | ) |
| Recht v. TikTok, Inc.           23 C 2248 | ) |
| Fleming v. TikTok, Inc.         23 C 2260 | ) |
| E.K. v. TikTok, Inc.            23 C 2262 | ) |
| Androshchuk v. TikTok, Inc.     23 C 2462 | ) |
| Albaran v. TikTok, Inc.         23 C 2463 | ) |
| G.R. v. TikTok, Inc.            23 C 2464 | ) |
| Moody v. TikTok, Inc.           23 C 2465 | ) |
| Schulte v. TikTok, Inc.         23 C 2466 | ) |
| Fugok v. TikTok, Inc.           23 C 2467 | ) |

## DECLARATION OF BRYAN P. THOMPSON IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

I, Bryan Paul Thompson, an attorney, being first duly sworn on oath, deposes and states as follows:

1.      I am and have been one of the attorneys for Plaintiff Katie Murphy for the duration of the above captioned case.

2.      I am admitted to practice within the State Courts of Illinois, the United States District Court for the Northern District of Illinois, both in the General Bar and the Trial Bar, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court

for the Southern District of Indiana, the 7th Circuit Court of Appeals, the United States Tax Court and the United States Court of International Trade.

3.      I have practiced law since 2012, almost all of which was spent specializing in consumer protection litigation.

4.      I am a 2008 graduate of the University of Illinois Urbana-Champaign and a 2012 graduate of Northern Illinois University College of Law, graduating *Magna Cum Laude*.

5.      I currently practice exclusively in the area of consumer protection and data privacy law and have been primarily practicing consumer protection law since I was admitted to practice in 2012. I have significant experience handling cases under the Fair Debt Collection Practices Act, the Illinois Consumer Fraud Act, the Credit Repair Organizations Act, the Fair Credit Reporting Act, the Telephone Consumer Protection Act, the Magnuson-Moss Warranty Act and other areas of commercial and consumer litigation, both on an individual and class-wide basis.

6.      I am, or have been, counsel or lead counsel in hundreds of consumer protection cases, primarily in Illinois. I have also served as counsel in class action cases that were certified pursuant to a class-wide settlement, including *Wingate v. Resurgence Capital, LLC*, No. 14-cv-7753 (N.D. Ill.), *Szczesniak v. National Account Services*, No. 14-cv-10346 (N.D. Ill.), and *Badillo v. Consumer Protection Legal Center*, No. 2020-CH-2962 (Cook County. Cir. Ct.).

7.      I have additional experience outside consumer protection law, including both civil and criminal practice: *USA v. Sam Fakhouri*, No. 10-cr-401-3 (post-trial and appellate representation of defendant in white-collar criminal defense case involving allegations of financial crimes); *Morado v. City of Chicago*, No. 12-cv-752 (representation of individual

2

defendant in §1983 action); *Morgan v. RCN Motors*, No. 2013 L 532 (17th Judicial Circuit, DuPage County, Illinois) (state court action with judgment, after trial, for Plaintiff on breach of contract and Illinois Consumer Fraud Act claims).

8.      I have been selected as a Super Lawyer "Rising Star" by Chicago Magazine every year since 2020.

9.      I have additionally held leadership positions in legal and consumer law focused groups, including membership in the National Association of Consumer Advocates Ethics Committee and Judicial Committee, Chair of the Chicago Bar Association Consumer Law Sub-Committee, Member of the Illinois State Bar Association Committee on the Delivery of Legal Services and the Illinois Bar Association Committee on Privacy and Information Security, and elected member of the Illinois State Bar Association Assembly.

10.      I also frequently present continuing legal education seminars on consumer law topics to legal aid organizations and bar associations.

11.      I am a Certified Information Privacy Professional (CIPP/US) and have been since 2020.

12.      As part of the pre-filing investigation of *Katie Murphy v. TikTok, Inc.*, I spent significant time and resources researching the reported data security and privacy issues, including reviewing numerous media articles and documents and other public information in this matter. I also discussed the matter at length with Ms. Murphy including the purpose of a class action and the responsibilities she would have if she chose to pursue this case. I undertook legal research, reviewed information provided by Ms. Murphy, drafted the complaint and advanced the costs to file it and serve on Defendant. Since filing, I have spent time reviewing other cases that were filed, communicating with counsel for Defendant, communicating with our client, and reviewing and drafting the Motion to Appoint Interim Class Counsel.

13.     Our firm is able and willing to pursue this case in conjunction with the other firms involved in this action and we have the time and resources to pursue this case to class certification.

Pursuant to 28 U.S.C. § 1746(2), I, Bryan Paul Thompson, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2024

Respectfully submitted,

By:     /s/ *Bryan Paul Thompson*

Bryan P. Thompson
Chicago Consumer Law Center, P.C.
650 Warrenville Road, Suite 100
Lisle, IL 60532
(312) 858-3239
bryan.thompson@cclc-law.com