# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: TikTok Inc. In App Browser Privacy Litigation

Case Number: 1:24-cv-02110

An appearance is hereby filed by the undersigned as attorney for:

Anibeth Bravo, Plaintiff

Attorney name (type or print): Carlos F. Ramirez

Firm: Reese LLP

Street address: 100 West 93rd Street, 16th Floor

City/State/Zip: New York, NY 10025

Bar ID Number: 2865467 (NY)
(See item 3 in instructions)

Telephone Number: 212-643-0500

Email Address: cramirez@reesellp.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 15, 2024

Attorney signature: S/ *Carlos F. Ramirez*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023