# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                        Plaintiff,

v.                                              Case No.: 1:24−cv−02110

                                              Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court acknowledges the parties' proposal regarding briefing of a motion to dismiss the Master Consolidated Complaint and adopts the schedule they have proposed as follows: 1. Defendants' motion shall be filed on or before June 7, 2024; 2. Plaintiffs' opposition shall be filed on or before August 6, 2024; and 3. Defendants' reply shall be filed on or before September 6, 2024. The court expands the page limit for each brief to 25 pages. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.