**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: TikTok Inc. Consumer Privacy Litigation

Case Number: 1:23-cv-00841

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Artemis Buckley

Attorney name (type or print): Karen Hanson Riebel

Firm: Lockridge Grindal Nauen PLLP

Street address: 100 Washington Avenue South, Suite 2200

City/State/Zip: Minneapolis, MN 55401

Bar ID Number: 0219770
(See item 3 in instructions)

Telephone Number: (612) 339-6900

Email Address: khriebel@locklaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/30/2024

Attorney signature: S/ Karen Hanson Riebel
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023