**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION** | **MDL 2948-A** |
| | **Master Docket No. 24-cv-2110** |
| | **JOINT STATUS REPORT** |

## JOINT STATUS REPORT

On March 7, 2024, the Court held an initial status conference and hearing on issues then pending before the Court, including the application for selection of a Plaintiffs' Steering Committee. The Court appointed the Plaintiffs' Steering Committee and indicated a desire to hold a further status conference on May 29, 2024, at 10:00 a.m. The parties hereby submit this Joint Status Report in advance of the May 29 status conference.

**I.     Motion to Dismiss**

Per the Court's April 23, 2024 Order (ECF 47), Plaintiffs filed their Master Consolidated Complaint on April 9, 2024 (ECF 44). Defendants' deadline to file their motion to dismiss is June 7, 2024, Plaintiffs' opposition is due on or before August 6, 2024, and Defendants' reply is due on or before September 6, 2024. *See* ECF 47. No hearing date has been set. The Parties respectfully request that oral argument be held on the motion.

**II.     Status of Discovery**

**a.     Rule 26(f) Conference**

On May 7, 2024, Plaintiffs' counsel provided Defendants with drafts of a proposed protective order, a proposed Rule 502(d) order, and a proposed ESI protocol. Defendants are reviewing those drafts. The parties have scheduled a Rule 26(f) conference for June 11, 2024,

and will thereafter submit joint case management statement with a proposed case schedule through trial.

### b. Preservation of Documents

The parties have submitted herewith a [Proposed] Order Regarding Preservation of Evidence, attached hereto as Exhibit 1.

## III. <u>Common Benefit Order</u>

Plaintiffs respectfully request that the Court enter the [Proposed] Case Management Order Regarding Plaintiffs' Common Benefit Time and Expense Protocol (the "Common Benefit Order"), attached hereto as Exhibit 2. Defendants have reviewed the proposed Common Benefit Order and have no objection to its entry.

Respectfully submitted,

Dated: May 21, 2024     By:   */s/ Roland Tellis*
Roland Tellis (SBN 186269)
David Fernandes (SBN 280944)
Sterling Cluff (SBN 267142)
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818-839-2333

Counsel for Plaintiffs and Chair of Plaintiffs' Steering Committee

Dated: May 21, 2024     By:   */s/ Anthony J. Weibell*
Anthony J Weibell (SBN 238850)
**MAYER BROWN**
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112

Counsel for Defendants

2