UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION <br><br> This Document Relates to: <br> ALL ACTIONS | MDL 2948-A <br><br> Master Docket No. 24-cv-2110 <br><br> Judge Rebecca R. Pallmeyer <br><br> **Hearing Set for September 10, 2024 at 9:15 a.m.** |

**MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT BY DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.**

Defendants TikTok Inc. and ByteDance Inc. ("Defendants") respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Master Consolidated Complaint with prejudice and entering judgment in favor of Defendants. A memorandum in support of this motion is filed herewith.

Dated: June 7, 2024

Respectfully submitted,

By: */s/ Anthony J Weibell*

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party through the Court's electronic filing service on this date, which will send notification of such filing to the e-mail addresses registered.

Dated: June 7, 2024

<em>/s/ Anthony J Weibell</em>