UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| This Document Relates to: ALL ACTIONS | Judge Rebecca R. Pallmeyer |

**DECLARATION OF ANTHONY J WEIBELL IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT BY DEFENDANTS BYTEDANCE INC. AND TIKTOK INC.**

I, Anthony J Weibell, declare:

1. I am an attorney with the law firm of Mayer Brown LLP and counsel for the defendants in this litigation. I have personal knowledge of the facts described below, and if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and accurate copy of a printout of the webpage visited on this date located at https://krausefx.com/blog/announcing-inappbrowsercom-see-what-javascript-commands-get-executed-in-an-in-app-browser, which is titled *iOS Privacy: Announcing InAppBrowser.com - see what JavaScript commands get injected through an in-app browser*, dated August 18, 2022.

3. Attached as **Exhibit 2** is a true and accurate copy of a printout of the webpage visited on this date located at https://web.archive.org/web/20210602211517/https:/www.tiktok.com/legal/privacy-policy?lang=en, which is titled Privacy Policy, June 2, 2021,

1

captured by the Internet Archive on June 2, 2021. The Privacy Policy refers to the Terms of Service, February 2019 (available at https://web.archive.org/web/20210602001311/https://www.tiktok.com/legal/terms-of-service?lang=en).

4. Attached as **Exhibit 3** is a true and accurate copy of a printout of the webpage visited on this date located at https://web.archive.org/web/20240124232824/https://www.tiktok.com/legal/page/us/privacy-policy/en, which is titled Privacy Policy, January 24, 2024, captured by the Internet Archive on January 24, 2024. The Privacy Policy refers to the Terms of Service, November 2023 (available at https://web.archive.org/web/20240124004914/https://www.tiktok.com/legal/page/us/terms-of-service/en).

5. Attached as **Exhibit 4** is a true and accurate copy of a printout of the webpage visited on this date located at https://web.archive.org/web/20240328235859/https://www.tiktok.com/legal/page/us/privacy-policy/en, which is titled Privacy Policy, March 28, 2024, captured by the Internet Archive on March 28, 2024. The Privacy Policy refers to the Terms of Service, November 2023 (available at https://web.archive.org/web/20240328003250/https://www.tiktok.com/legal/page/us/terms-of-service/en).

6. Attached as **Exhibit 5** is a true and accurate copy of a printout of the webpage visited on this date located at https://web.archive.org/web/20201215065855/apps.apple.com/us/app/tiktok/id835599320, which is the Apple App Store page for TikTok as captured by the Internet Archive on December 15, 2020.

7. Attached as **Exhibit 6** is a true and accurate copy of a printout of the webpage visited on this date located at https://web.archive.org/web/20201021101853/https://play.google.com/store/apps/details?id=com.zhiliaoapp.musically&hl=en_US&gl=US, which is the Google Play Store page for TikTok as captured by the Internet Archive on October 21, 2020.

8.	Attached as **Exhibit 7** is a true and accurate copy of two screenshots taken on this date of the TikTok app downloaded from Google Play on an Android device. The first screenshot (Exhibit 7 at 1) is the page that appears after opening the newly downloaded app and before accessing any part of the app. This screen also appears each time thereafter when logging in. The second screenshot (Exhibit 7 at 2) is the page that appears every time the "Sign up" button on the bottom of the page in the first screenshot (Exhibit 7 at 1) is clicked. Both pages include the following notice language: "By continuing, you agree to our Terms of Service and acknowledge that you have read our Privacy Policy to learn how we collect, use and share your data."

9.	Attached as **Exhibit 8** is a true and accurate copy of two screenshots taken on this date of the TikTok app downloaded from Apple on an iPhone device. The first screenshot (Exhibit 8 at 1) is the page that appears after opening the newly downloaded app and before accessing any part of the app. The second screenshot (Exhibit 8 at 2) is the page that appears every time the "Sign up" button on the bottom of the page in the first screenshot (Exhibit 8 at 1) is clicked. Both pages include the following notice language: "By continuing, you agree to our Terms of Service and acknowledge that you have read our Privacy Policy to learn how we collect, use and share your data."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June 2024 in Palo Alto, California.

By: */s/ Anthony J Weibell*
Anthony J Weibell