# EXHIBIT 5

Case: 1:24-cv-02110 Document #: 56-6 Filed: 06/07/24 Page 2 of 5 PageID #:1190 TikTok on the App Store



# App Store Preview



**TikTok** 12+
Videos, Music & Live Streams
**TikTok Pte. Ltd.**

#1 in Entertainment

★★★★★ 4.7 • 7.6M Ratings

Free · Offers In-App Purchases

## Screenshots   iPhone   iPad



TikTok is THE destination for mobile videos. On TikTok, short-form videos are exciting, spontaneous, and genuine. Whether you're a sports fanatic, a pet enthusiast, or just looking for a laugh, there's something for everyone on TikTok. All you have to do is watch, engage with what you like, skip what you don't, and you'll find an endless stream of short videos that feel personalized just for you. From your morning coffee to your afternoon errands, TikTok has the videos that are guaranteed to make your day.

We make it easy for you to discover and create your own original videos by providing easy-to-use tools to view and capture your daily moments. Take your videos to the next level with special effects, filters, music, and more.

◼ Watch endless amount of videos customized specifically for you
A personalized video feed based on what you watch, like, and share. TikTok offers you real, interesting, and fun videos that will make your day.

◼ Explore videos, just one scroll away
Watch all types of videos, from Comedy, Gaming, DIY, Food, Sports, Memes, and Pets, to Oddly Satisfying, ASMR, and everything in between.

◼ Pause recording multiple times in one video
Pause and resume your video with just a tap. Shoot as many times as you need.

◼ Be entertained and inspired by a global community of creators
Millions of creators are on TikTok showcasing their incredible skills and everyday life. Let yourself be inspired.

◼ Add your favorite music or sound to your videos for free
Easily edit your videos with millions of free music clips and sounds. We curate music and sound playlists for you with the hottest tracks in every genre, including Hip Hop, Edm, Pop, Rock, Rap, and Country, and the most viral original sounds.

◼ Express yourself with creative effects
Unlock tons of filters, effects, and AR objects to take your videos to the next level.

◼ Edit your own videos
Our integrated editing tools allow you to easily trim, cut, merge and duplicate video clips without leaving the app.

* Any feedback? Contact us at https://www.tiktok.com/legal/report/feedback or tweet us @tiktok_us

## What's New

Version 18.1.1
Add polish to your video with new transition effects.

[Version History]

## Ratings and Reviews

**4.7**
out of 5

7.6M Ratings



Sophie says don't get, 11/09/2020

**TikTok**
Are you thinking about gettingTic Tok well don't think about it just get it. I rate this app a 10 out of 10 and here is why. So in Tic Tok you have a home page and it only shows the people you are following you also have a for you page. In the beginning right when you get Tic Tok it asked you to put in what you like to watch so you do that and that is what comes up on your for you page.

You can also make you account private or public. When you make videos you can make them about anything Gaming, Drawing, Coloring, Cooking, Baking, Dancing really anything its your choice. You can also choose if you want your videos only to be seen by the people that you followed or only by you. When you make a video and you think it is kind of good but you don't want to post it you



YoItsFrostyy, 11/24/2020

**Misleading reviews, honest opinion f…**
This app has a lot of misleading reviews but I will try to explain everything in detail so you don't make a bad choice. As someone who has over 100k on the app I can tell you that this app has a lot of things you need to know before getting it.

The first major thing is the public and private accounts. If you have a child who wants to download the app, I would recommend they make a private account, so they do not get harassed on their page. That brings me to the biggest problem, the harassment. If you happen to have the slightest different opinion, and are public about the opinion, there will most likely be at least one person who will go onto your page for the sole reason of harassing you.



Harper Colgan, 03/26/2020

**It was great until**
Ok so TikTok was great until i would try to make a TikTok and once i was done with it it would delete it and i tried to make like five TikToks with different sounds and it does the same thing i also think that it is annoying when i get off TikTok for like five minutes and then when i get back on it it make me repick what i like to watch and also tell me how to swipe, so i think all it needs to do is fix whatever is happening and all of the other things is good. Oh and i think everybody should be able to go live it is stupid that you have this amount of followers or likes for you to go live and i think you guys are picking who go on the for you page because everyone has a chance to go viral but you are inly letting certain people do that because my stepsister did a TikTok and it was just a remix of different TikTok songs

can put it in your drafts so if you want to post it at some point it is saved and you can. I got this app because all of my friends had it and it was totally worth it. I do suggest that anyone under 11 should not have this app it. Had some cuss words but the amount seemed to go down. If you really like a song but it has a cuss word in it there is options for if you want t blur it out.

Tic Tok is really fun you can also message people but only if you have a phone number. I really suggest this app. I love it and so do my friends. That is why i am rating it a 5 star and 10 out of 10. If you get the app I hope you have fun and enjoy it.

The second major thing is the for you page. This is similar to YouTube's "recommended" page, but has a heavier algorithm. Your child/teen will most likely see some things they don't like, or just don't care for, when they first make an account, but once they start liking or skipping videos the algorithm will start to pander to their beliefs/things they like. For example, if your child doesn't like dancing, but likes video games, if they don't like the dancing videos and like the video games' videos, they will be prone to viewing more video game videos.

and she said, "whoever can name all of the songs gets a prize!" And then it got like 22k views and like 890 likes but all of her other TikToks get 2-10 likes. Another thing that they need to change is when you are on it for a certain amount of time and them it decides to say your tapping to fast and also that why the heck do you get a notification if someone you aren't even following is live?? Like why it's so stupid. So i think TikTok should change a lot of things.

## App Privacy

See Details

The developer, **TikTok Pte. Ltd.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

- Contact Info
- Identifiers



### Data Linked to You

The following data may be collected and linked to your identity:

- Purchases
- Financial Info
- Location
- Contact Info
- Contacts
- User Content
- Search History
- Browsing History
- Identifiers
- Usage Data
- Diagnostics



### Data Not Linked to You

The following data may be collected but it is not linked to your identity:

- Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

6/7/24, 10:01 AM
Case: 1:24-cv-02110 Document #: 56-6 Filed: 06/07/24 Page 5 of 5 PageID #:1193
TikTok on the App Store

## Information

| | |
|---|---|
| Seller | TikTok Pte. Ltd. |
| Size | 379.3 MB |
| Category | Entertainment |
| Compatibility | Requires iOS 9.3 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English, Arabic, Bengali, Burmese, Cambodian, Cebuano, Czech, Dutch, Filipino, French, German, Greek, Gujarati, Hindi, Hungarian, Indonesian, Italian, Japanese, Javanese, Kannada, Korean, Malay, Malayalam, Marathi, Oriya, Polish, Portuguese, Punjabi, Romanian, Russian, Simplified Chinese, Spanish, Swedish, Tamil, Telugu, Thai, Traditional Chinese, Turkish, Ukrainian, Vietnamese |
| Age Rating | 12+<br>Infrequent/Mild Cartoon or Fantasy Violence<br>Infrequent/Mild Sexual Content and Nudity<br>Infrequent/Mild Profanity or Crude Humor<br>Infrequent/Mild Mature/Suggestive Themes<br>Infrequent/Mild Alcohol, Tobacco, or Drug Use or References |
| Copyright | © 2020 TikTok |
| Price | Free |
| In-App Purchases | 1. 65 coins<br>2. 100 coins<br>3. 500 coins |

more

Developer Website ↗
App Support ↗
Privacy Policy ↗

## Supports



Family Sharing
With Family Sharing set up, up to six family members can use this app.

## You May Also Like

      

| The Lovetest | Secret Box - Pro | Findclone, поиск … | Anime X Wallpapers | Parodist – create p… | Shop Maker Quiz f… |
|---|---|---|---|---|---|
| Entertainment | Entertainment | Entertainment | Entertainment | Entertainment | Entertainment |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Legal   Site Map   Choose your country or region

3c/a\u003e\n\t\t\u003ca class=\"ac-gf-footer-legal-link\" href=\"https://www.apple.com/sitemap/\" data-analytics-title=\"site map\"\u003eSite Map\u003c/a\u003e\n\t\t\u003c/div\u003e\n\t\u003c/div\u003e\n\u003c/section\u003e\n\u003c/div\u003e\u003c/footer\u003e","styles":{"nav":"2038.1.0/en_US/ac-global-nav.d915b46b2869cd416cbafe206ca74838.css","footer":"2038.1.0/en_US/ac-global-footer.d713eba21fcb738bf79174829d8d8f93.css"},"scripts":{"nav":"2038.1.0/en_US/ac-global-nav.40fb014033a1dce2eb83a26e023ba3e9.js","footer":"2038.1.0/en_US/ac-global-footer.87d5225f626f0b9df05fe81d34684040.js"},"isLoaded":true}
3c/a\u003e\n\t\t\u003ca class=\"ac-gf-footer-legal-link\" href=\"https://www.apple.com/sitemap/\" data-analytics-title=\"site map\"\u003eSite Map\u003c/a\u003e\n\t\t\u003c/div\u003e\n\t\u003c/div\u003e\n\u003c/section\u003e\n\u003c/div\u003e\u003c/footer\u003e","styles":{"nav":"2038.1.0/en_US/ac-global-nav.d915