UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN-APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Sunil R. Harjani<br><br>JOINT STATUS REPORT |

## JOINT STATUS REPORT

Since the May 29th conference, the parties have worked diligently to move this case forward. Defendants filed their motion to dismiss on June 7, 2024. Plaintiffs' opposition is due on August 6, 2024, and Defendants' reply is due on September 6, 2024. The hearing on Defendants' motion to dismiss is set for September 10, 2024.

The parties held a Rule 26(f) conference on June 11, 2024, and are preparing a report of their meeting that will also include a proposed case management schedule. Plaintiffs served Defendant TikTok Inc. with an initial set of requests for production on June 17, 2024, and the parties exchanged initial disclosures on July 3, 2024.

The parties have scheduled private mediation to be completed prior to the next status conference.

Finally, Plaintiffs received Defendants' comments on, and revisions to, Plaintiffs' proposed Confidentiality Order and Rule 502(d) Order on June 25, 2024, and Plaintiffs' proposed ESI Protocol on June 28, 2024. The parties are conferring on the terms of the proposed orders and will submit either joint or, if necessary, competing proposals to the Court prior to the next status conference.

Respectfully submitted,

Dated: July 5, 2024   By: */s/ Roland Tellis*
Roland Tellis (SBN 186269)
Sterling L. Cluff (SBN 267142)
David Fernandes (SBN 280944)
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818-839-2333

Counsel for Plaintiffs and Chair of Plaintiffs' Steering Committee

Dated: July 5, 2024   By: */s/ Anthony J Weibell*
Anthony J Weibell (SBN 238850)
**MAYER BROWN LLP**
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112

Counsel for Defendants