**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| This Document Relates to: ALL ACTIONS | Judge Rebecca R. Pallmeyer |

### DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants ByteDance Inc. and TikTok Inc. (collectively, "Defendants") hereby certify and make the following supplemental disclosure and notification as to affiliates:

- ByteDance Inc. is a wholly-owned subsidiary of ByteDance Ltd.

- TikTok Inc. is a wholly-owned subsidiary of TikTok LLC, which is a wholly-owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly-owned subsidiary of ByteDance Ltd.

- ByteDance Ltd. is a privately held corporation. The following individuals and/or entities own 5% or more of ByteDance Ltd.'s stock: GoGoKu Ltd. (which is wholly owned by Mr. Yiming Zhang); SIG China Investments Master Fund III, LLLP; and HSG GF Holdco III-A, Ltd.

Dated: July 12, 2024               Respectfully submitted,

By: */s/ Anthony J Weibell*

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party through the Court's electronic filing service on this date, which will send notification of such filing to the e-mail addresses registered.

Dated: July 12, 2024

                                                   */s/ Anthony J Weibell*