# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

TikTok, Inc., Consumer Privacy Litigation, et al.

                                Plaintiff,

v.                                                 Case No.: 1:24−cv−02110

                                                     Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed the parties' Report of Planning Meeting [63] and enters the schedule they have proposed as follows: Parties have exchanged Rule 26(a)(1) disclosures and have initiated written discovery. Telephone status conference is set for July 23, 2024. A briefing schedule is in place on Defendants' motion to dismiss the pending complaint; a hearing is set on that motion for September 10, 2024. Plaintiffs motion for class certification will be filed, and relevant experts disclosed, no later than May 20, 2025. Defendants' response, and disclosure of relevant experts, by July 21, 2025; reply, and disclosure of expert rebuttal report by August 22, 2025. Assuming that the court rules on class certification by September 19, 2025, fact discovery will close by November 14, 2025, and the parties will disclose merits−related expert reports by December 19, 2025; responsive experts to be disclosed by February 13, 2026, and expert discovery will close by April 3, 2026. Dispositive motions, if any, to be filed no later than June 5, 2026; responses by July 31, 2026 and replies by August 28, 2026. The court will schedule a hearing date for such motions during the week of September 11, 2026. Plaintiffs will prepare a draft of the final pretrial order by November 6, 2026. The final pretrial order will be filed on December 4, 2026, and the court will schedule a final pretrial conference during the week of December 18, 2026. As previously ordered [60], a telephone status conference is set for July 23, 2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.