**IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION** | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| | Judge Rebecca R. Pallmeyer |
| This Document Relates to: ALL ACTIONS | |

**UNOPPOSED MOTION TO AMEND ORDER APPOINTING
PLAINTIFFS' STEERING COMMITTEE**

The undersigned counsel respectfully request that the Court to amend the Order Appointing Plaintiffs' Steering Committee (ECF No. 2), allowing the withdrawal of Carey Alexander of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), who was initially appointed to the Plaintiffs' Steering Committee by the Court on March 15, 2024, and substituting in his place Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP.  This motion is supported by Mr. Alexander, Mr. Guglielmo and the Chair of Plaintiffs' Steering Committee, Roland Tellis of Baron & Budd, P.C.  Counsel for Defendants has been informed of this motion and has informed Mr. Tellis that Defendants do not oppose this motion.

Mr. Alexander was a partner at Scott+Scott.  Effective August 26, 2024, Mr. Alexander resigned from Scott+Scott.  The Court should thus grant leave to withdraw Mr. Alexander's appearance.  Appointing a substitute for Mr. Alexander to the Plaintiffs' Steering Committee is, therefore, appropriate.

Mr. Guglielmo, a partner of Scott+Scott, is the Chair of the Firm's Consumer Practice Area, and has over twenty-seven years of experience litigating some of the nation's leading complex class actions.  *See* attached declaration of Joesph P. Guglielmo.  In his decades-long career, he has scored numerous significant and precedent-setting victories, and he is regularly appointed by courts to leadership positions in significant matters.  Mr. Guglielmo has familiarity with the facts and claims in this case, having been involved since its inception, including the pre-complaint investigation.  Additionally, Mr. Guglielmo is highly knowledgeable of the rules and practices of the Northern District of Illinois and has been appointed to leadership positions in other complex class action cases in this District.  *See, e.g., Russo v. Walgreen Co.,* Case No. 17-cv-02246 (N.D. Ill.).

For these reasons, Scott+Scott respectfully requests that this Court allow Mr. Alexander to withdraw from the litigation and amend its prior Order appointing Mr. Alexander to the Plaintiffs' Steering Committee and substitute Mr. Guglielmo in place of Mr. Alexander.

| | |
|---|---|
| Dated: August 27, 2024 | Respectfully submitted, |// 

/s Joseph P. Gugliemo
Joseph P. Guglielmo (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

John T. Jasnoch
Hal D. Cunningham
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway
Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
hcunningham@scott-scott.com

*Counsel for Plaintiff G.R.*