# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION** | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| | Judge Rebecca R. Pallmeyer |
| This Document Relates to:<br><br>ALL ACTIONS | |

### DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF MOTION TO AMEND ORDER APPOINTING PLAINTIFFS' STEERING COMMITTEE

I, Joseph P. Guglielmo, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a partner at Scott+Scott Attorneys at Law LLP ("Scott+Scott"). I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of the Motion to Amend Order Appointing Plaintiff's Steering Committee. ECF No. 2. Carey Alexander, who was initially appointed to the Plaintiffs' Steering Committee by the Court on March 15, 2024, resigned from Scott+Scott effective August 26, 2024. Therefore, appointing a substitute for Mr. Alexander to the Plaintiffs' Steering Committee is appropriate.

3. Scott+Scott is one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust, and other commercial actions in both the United States and Europe. Today, the Firm is comprised of more than 135 team members, including more than 100 attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

4. Scott+Scott's Consumer Practice Group consists of some of the premier advocates in the area of consumer protection and has litigated and secured some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars to class members. The Firm's Consumer Practice Group has attorneys dedicated to three primary areas: Data Breach/Data Privacy Litigation, Insurance and Pharmaceutical Litigation, and Consumer Protection Litigation.

5. I am the Chair of my Firm's Consumer Practice Area, and have over twenty-seven years of experience litigating some of the nation's leading complex class actions. I have been at the forefront in litigating and securing some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars to class members. I have served in numerous leadership positions in complex consumer class actions, including multiple data breach and consumer privacy class actions, throughout the United States and achieved significant recoveries for clients, including:

- *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 1:17-md-02800 (N.D. Ga.) (co-lead counsel on behalf of class of financial institutions, settlement in excess of $32.5 million);
- *In re The Home Depot, Inc., Customer Data Security Breach Litig.*, No. 1:14-md-02583 (N.D. Ga.) (co-lead counsel on behalf of financial institutions, $27.25 million settlement on behalf of financial institutions nationwide where Mr. Guglielmo was co-lead counsel);
- *First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506 (W.D. Pa.) ($50 million settlement on behalf of financial institutions involving the breach of personal and financial information of millions of credit and debit cards);
- *In re Target Corp. Customer Data Security Breach Litig.*, No. 0:14-md-02522 (D. Minn.) ($59 million settlement);
- *In re TikTok, Inc., Consumer Privacy Litig.*, No. 20-04699 (N.D. Ill.)($92 million settlement on behalf of consumers, including minors, who utilized the TikTok application and whose PII and biometric information was collected).

6. I have been extensively involved in complex class action, MDL, and consumer litigation. I have a variety of complementary talents necessary to successfully litigate this type of

litigation, such as experience briefing and arguing discovery and substantive motions; taking and defending depositions; working with liability and damages experts and direct and substantial participation in many precedent-setting settlements. I am currently serving in leadership positions in the following consumer class actions:

- *Forth v. Walgreen Co, Inc.,* No. 1:17-cv-02246 (N.D. Ill.) (co-lead counsel, class action on behalf of consumers and third-party union benefit funds alleging unlawful overcharges for medically necessary prescription drugs);
- *Barrett, et al. v. Apple Inc.*, et al., No. 20 Civ. 4812 (N.D. Cal.)(co-lead counsel representing a class of consumers who were victims of gift card scams);
- *In re: Consumer Vehicle Driving Data Tracking Collection*, No. 1:24-MD-3115-TWT (N.D. Ga.)(co-lead counsel on behalf of consumers alleging improper collection and use of General Motor's driver data);
- *In re Google Assistant Privacy Litigation,* No. 5:19-cv-04286 (N.D. Cal.) (co-lead counsel, class action on behalf of consumers alleging privacy violations whereby Google Assistant records and discloses their private, confidential communications without consent);
- *Gerber v. Twitter, Inc.*, No. 23-cv-00186 (N.D. Cal.)(co-lead counsel, class action on behalf of consumer arising out of data breach of approximately 200 million Twitter users); and
- *In Re: Zillow Group, Inc. Session Replay Software Litig.,* No. 22-01282- (W.D. Wash.)(co-lead counsel on behalf of consumers against Zillow and Microsoft alleging that these entities unlawfully employed session replay code to wiretap electronic communications).

7. I most recently served as trial counsel in *State of Connecticut v. Assured Rx, LLC,* CASE NO. X03-HHD-CV18-6101282-S (Conn.) in a false claims action on behalf of the State of Connecticut involving an illegal pharmacy kickback scheme. I previously served as co-lead counsel and trial counsel in *In re Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-02626 (M.D. Fla.), an MDL proceeding where the district court certified several horizontal and vertical nationwide antitrust classes, and where settlements totaling $118 million were obtained on the eve of trial. .

8. I lecture on electronic discovery and since 2003, I havehas been a Member of the Sedona Conference®, an organization devoted to providing guidance and information concerning

discovery and production issues, as well as antitrust law, complex litigation, and intellectual property. From 2014-2018, he served as a member of the Steering Committee of Working Group 1 of the Sedona Conference. Additionally, I was a member of the editorial team for *The Sedona Principles, Third Edition: Best Practices, Recommendations & Principles for Addressing Electronic Document Production*, 19 Sedona Conf. J. 1 (2018). I am currently a Board Member for the Advanced eDiscovery Institute at Georgetown University Law Center.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2024, in New York, New York.

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo