**IN THE UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION** | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| | Judge Rebecca R. Pallmeyer |
| This Document Relates to: | |
| ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING MOTION TO AMEND ORDER APPOINTING**
**PLAINTIFFS' STEERING COMMITTEE**

Having considered the Motion to Amend Order Appointing Plaintiffs' Steering Committee to substitute Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP in place of Carey Alexander of Scott+Scott Attorneys at Law LLP as a member of the Plaintiffs' Steering Committee (ECF No. 2),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Counsel's Motion is granted, that Carey Alexander be allowed to withdraw his appearance, and that Joseph P. Guglielmo shall be substituted for Carey Alexander as a member of the Plaintiffs' Steering Committee in this Action.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE