EUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| This Document Relates to: ALL ACTIONS | Judge Rebecca R. Pallmeyer |

**SUPPLEMENTAL DECLARATION OF ANTHONY J WEIBELL IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT BY DEFENDANTS BYTEDANCE INC. AND TIKTOK INC.**

I, Anthony J Weibell, declare:

1. I am an attorney with the law firm of Mayer Brown LLP and counsel for the defendants in this litigation. I have personal knowledge of the facts described below, and if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and accurate copy of reduced excerpts from the transcript of the bench order dismissing the case captioned *In re Meta Browser Tracking Litigation*, Case No. 22-cv-5267 (N.D. Cal. Aug. 17, 2023), ECF No. 91. The full transcript is available on the court's public docket in that matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 6th day of September 2024 in Palo Alto, California.

By: */s/ Anthony J Weibell*
    Anthony J Weibell

1