UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: TIKTOK INC. IN-APP BROWNSER PRIVACY LITIGATION**<br><br>This Document Relates to:<br><br>*Albaran v. TikTok, Inc. 23-cv-2463* | MDL No. 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maritza Albaran submits this Notice of Voluntary Dismissal Without Prejudice with respect to her Complaint. This dismissal shall be without prejudice to Ms. Albaran's rights, if any, as an absent class member, and should not impact the operative consolidated complaint in this matter.

Dated: October 3, 2024               Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, California 91505-4521
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiff Maritza Albaran*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 3, 2024, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                     */s/ Tina Wolfson*
                     Tina Wolfson