UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Hon. Rebecca R. Pallmeyer |

## JOINT STATUS REPORT

Plaintiffs Austin Recht, Sean Guzman, Michael Walsh, Steve Berrios, Christi Stowers, Anibeth Bravo, Katie Murphy, Jessica Gann, Delaney Arnold, and Bradley Fugok ("Plaintiffs") and Defendants TikTok Inc. and ByteDance Inc. ("Defendants") (collectively, the "Parties") jointly submit this Joint Status Report pursuant to the Court's Order dated October 1, 2024 (Dkt. 78).

As an initial matter, the Parties note that in entering into the March 19, 2024 Stipulation and [Proposed] Order Consolidating Cases for All Purposes (Dkt. 43), the Parties intended to (1) consolidate all pending IAB cases in this Court into a single civil action for all purposes, including trial, (2) allow for the direct filing of all future IAB cases in this Court for all purposes, including trial, (3) authorize the filing of a Master Consolidated Complaint (the "MCC"), and (4) dismiss without prejudice all plaintiffs in associated member cases who are not named as class representative plaintiffs in the MCC.

To this end, on April 9, 2024, Plaintiffs filed a MCC (Dkt. 44) which asserted claims by ten named class representative plaintiffs. As the Court notes, some of the named plaintiffs in the

1

MCC are plaintiffs in pending associated member cases (Group 1 Plaintiffs) while others were added to the MDL for the first time through the MCC (Group 2 Plaintiffs). And some plaintiffs in pending associated member cases are not formally named as class representative plaintiffs in the MCC (Group 3 Plaintiffs).

In light of the March 19 Stipulation, the Parties did not believe it was necessary under the Federal Rules for the Group 2 Plaintiffs to file associated member actions only to have those actions transferred and consolidated into a single action for all purposes. *See* Fed. R. Civ. P. 20(a)(1)(A) ("Persons may join in one action as plaintiffs if: (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all plaintiffs will arise in the action."). However, if the Court requires it, the Parties are prepared to file an additional Stipulation clarifying that the Group 2 Plaintiffs can directly file their claims in this Court, to be joined and consolidated with the Group 1 Plaintiffs, such that the Group 1 and 2 Plaintiffs' claims, as set forth in the MCC, are consolidated in this Court for all purposes, including for personal jurisdiction, choice-of-law and trial venue purposes.

Similarly, in light of the consolidation of the IAB cases into a single action under the March 19, 2024 Stipulation and the omission of the Group 3 Plaintiffs in the MCC, the Parties did not believe they had to file separate notices of dismissal of the Group 3 Plaintiffs' individual claims. However, if the Court requires it, Plaintiffs will file dismissals of the Group 3 Plaintiffs' individual claims in their associated member cases, without prejudice to their status, if any, as absent class members.

Finally, in light of the Court's ruling on Defendants' Motion to Dismiss (Dkt. 55), Plaintiffs do not intend to amend the MCC and the parties have agreed that Defendants will file

their Answer to the MCC by November 14, 2024, subject to Court approval. To this end, the parties have concurrently filed a Stipulation and [Proposed] Order for Extension of Time to Respond to Plaintiffs' Complaint.

Dated: October 15, 2024      Respectfully submitted,

**BARON & BUDD, P.C.**

/s/ *Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

*Chair, Plaintiffs' Steering Committee*

Dated: October 15, 2024      **MAYER BROWN LLP**

/s/ *Anthony Weibell*
Anthony J Weibell
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*