UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs Austin Recht, Sean Guzman, Michael Walsh, Steve Berrios, Christi Stowers, Anibeth Bravo, Katie Murphy, Jessica Gann, Delaney Arnold, and Bradley Fugok ("Plaintiffs") and Defendants TikTok Inc. and ByteDance Inc. ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 9, 2024, Plaintiffs filed the Master Consolidated Complaint (the "MCC");

WHEREAS, on October 1, 2024, the Court entered an order granting in part and denying in part Defendants' motion to dismiss with leave to amend;

WHEREAS, on October 1, 2024, the Court entered another order directing the Parties to confer and file a joint status report by October 15, 2024, regarding the status of certain Plaintiffs

1

and associated member cases and directing Plaintiffs to determine whether they intend to amend the MCC in light of the Court's ruling on Defendants' Motion to Dismiss; and

WHEREAS, on Thursday, October 10, Plaintiffs informed Defendants that they do not intend to amend the MCC.

IT IS THEREFORE STIPULATED AND AGREED, by and among the Parties, that Defendants shall file their Answer to the MCC by November 14, 2024.

Dated: October 15, 2024

Respectfully submitted,

**BARON & BUDD, P.C.**

  /s/  Roland Tellis
Roland Tellis
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

*Chair, Plaintiffs' Steering Committee*

Dated: October 15, 2024

**MAYER BROWN LLP**

  /s/ *Anthony Weibell*
Anthony J Weibell
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

**SO ORDERED** on this _____ day of _____, 2024.

_____
Hon. Rebecca R. Pallmeyer
United States District Judge