UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Anibeth Bravo, et al.
                    Plaintiff,

v.                                        Case No.: 1:24−cv−02110
                                                       Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed the parties' status report [80] and stipulation [81]. Date for Defendant to respond to Plaintiffs' complaint is extended to November 14, 2024. With respect to the status report, the court notes that the March 19, 2024 stipulation [43] states that it is "entered without prejudice to the rights of any party to apply for severance of any claim or action, as permitted by law or otherwise for good cause shown." As all parties have reserved such rights, information about the "home district" of any filed case may ultimately be required. The court therefore directs counsel to prepare an additional stipulation clarifying that "Group 2" Plaintiffs may file directly in this court, and waive personal jurisdiction choice−of−law, and trial venue purposes. The court directs, further, that the parties file notices of dismissal of "Group 3" Plaintiffs' individual claims without prejudice to the status of those individuals as absent class members. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.