UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN-APP BROWNSER PRIVACY LITIGATION<br><br>This Document Relates to:<br>*Schulte v. TikTok, Inc.*<br>*1:23-cv-00362* | MDL No. 2948-A<br><br>Master Docket No. 1:24-cv-02110<br><br>Judge Rebecca R. Pallmeyer |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Grace Schulte hereby voluntarily dismisses her claims against Defendants Tik Tok Inc. (f/k/a/ Musical.ly, Inc.) ("TikTok") and Bytedance, Inc. ("Bytedance,"), without prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff to this litigation nor does it alter or affect the claims of the putative class. Furthermore, this dismissal shall be without prejudice to Ms. Schulte's rights, if any, as an absent class member, and should not impact the operative consolidated complaint in this matter.

Dated: October 23, 2024.

Respectfully submitted,

*/s/ John C. Herman*

John C. Herman
HERMAN JONES LLP
3424 Peachtree Road NE Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ John C. Herman*
John C. Herman