**IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION** <br><br> This Document Relates to: <br><br> ALL ACTIONS | MDL 2948-A <br><br> Master Docket No. 24-cv-2110 <br><br> Judge Rebecca R. Pallmeyer |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff G.R., a Minor, by and through Her Guardian Mayra De La Cruz, submits this Notice of Voluntary Dismissal Without Prejudice with respect to her Complaint. This dismissal shall be without prejudice to G.R.'s rights, if any, as an absent class member, and should not impact the operative consolidated complaint in this matter.

Dated: October 23, 2024

Respectfully submitted,

/s Joseph P. Guglielmo
Joseph P. Guglielmo (IL Bar #2759819)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

John T. Jasnoch
Hal D. Cunningham
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway
Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619- 233-0508

jjasnoch@scott-scott.com
hcunningham@scott-scott.com

*Counsel for Plaintiff G.R., a Minor, by and through Her Guardian Mayra De La Cruz*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s Joseph P. Guglielmo
Joseph P. Guglielmo (*pro hac vice*)