UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN-APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>*E.K., through her/his guardian, Shloma Kaller, individually and on behalf of themselves and all others similarly situated v. TikTok, Inc., et al., 1:23-cv-02262* | MDL No. 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff E.K., through his/her guardian, Shloma Kaller, submits this Notice of Voluntary Dismissal Without Prejudice with respect to E.K.'s Complaint. This dismissal shall be without prejudice to E.K.'s rights, if any, as an absent class member, and should not impact the operative consolidated complaint in this matter.

DATED: October 23, 2024

Respectfully Submitted

*/s/ Israel David*
Israel David

**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.: 212-739-0622
Email: *israel.david@davidllc.com*

*Counsel for Plaintiff E.K.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2023, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                    */s/ Israel David*
                                    Israel David