# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION** | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| This Document Relates to:<br>ALL ACTIONS | Judge Rebecca R. Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Carina Fleming, submits this Notice of Voluntary Dismissal Without Prejudice with respect to her Complaint. This dismissal shall be without prejudice to Carina Fleming's rights, if any, as an absent class member, and should not impact the operative consolidated complaint in this matter.

Respectfully Submitted,

Dated: October 23, 2024

/s/ *James E. Cecchi*
James E. Cecchi
jcecchi@carellabyrne.com
**Carella Byrne Cecchi Brody & Agnello, P.C.**
5 Becker Farm Rd.
Roseland, NJ 07068

*Counsel for Plaintiff Fleming and
Member of Plaintiffs' Steering Committee*