UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN-APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>*Androshchuk v. TikTok, Inc.* No. 23-cv-00108 | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Hon. Rebecca R. Pallmeyer |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yevgeniy S. Androshchuk submits this Notice of Voluntary Dismissal Without Prejudice with respect to his Complaint. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff to this litigation nor does it alter or affect the claims of the putative class. This dismissal shall be without prejudice to Mr. Androshchuk's rights as an absent class member and should not impact the operative consolidated complaint in this matter.

Dated: October 24, 2024

*/s/ Tyler S. Graden*
Tyler S. Graden
tgraden@ktmc.com
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff Yevgeniy S. Androshchuk*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2024, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                              */s/ Tyler S. Graden*
                                              Tyler S. Graden