UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Hon. Rebecca R. Pallmeyer |

## STIPULATION AND [PROPOSED] ORDER REGARDING GROUP 2 PLAINTIFFS

Plaintiffs Sean Guzman, Michael Walsh, Steve Berrios, Christi Stowers, Jessica Gann, and Delaney Arnold (the "Group 2 Plaintiffs") and Defendants TikTok Inc. and ByteDance Inc. ("Defendants") (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 19, 2024, the Parties filed a Stipulation and [Proposed] Order Consolidating Cases for All Purposes which consolidated all pending IAB cases in this Court for all purposes and authorized the filing of a Master Consolidated Complaint; and

WHEREAS, on April 9, 2024, Plaintiffs filed a Master Consolidated Complaint which included claims asserted by the Group 2 Plaintiffs.

NOW THEREFORE, the Parties stipulate and clarify that the Group 2 Plaintiffs may file, and have filed, their claims against Defendants, as reflected in Plaintiffs' Master Consolidated

1

Complaint, directly in this Court for all purposes, including for personal jurisdiction, choice-of-law and trial venue purposes.

Dated: October 30, 2024                Respectfully submitted,

**BARON & BUDD, P.C.**

　/s/ *Roland Tellis*　
Roland Tellis
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

*Chair, Plaintiffs' Steering Committee*

Dated: October 30, 2024                **MAYER BROWN LLP**

　/s/ *Anthony Weibell*　
Anthony J Weibell
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

**SO ORDERED** on this _____ day of _____, 2024.

_____
Hon. Rebecca R. Pallmeyer
United States District Judge