UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

## DEFENDANT BYTEDANCE LTD.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant ByteDance Ltd. hereby certify and make the following disclosure and notification as to affiliates:

ByteDance Ltd. is a privately held corporation. The following individuals and/or entities own 5% or more of ByteDance Ltd.'s stock: GoGoKu Ltd. (which is wholly owned by Mr. Yiming Zhang); SIG China Investments Master Fund III, LLLP; and HSG GF Holdco III-A, Ltd.

Dated: November 14, 2024  Respectfully submitted,

By: */s/ Anthony J Weibell*

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party through the Court's electronic filing service on this date, which will send notification of such filing to the e-mail addresses registered.

Dated: November 14, 2024

*/s/ Anthony J Weibell*