# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: TIKTOK INC. IN-APP BROWSER PRIVACY LITIGATION**<br><br>This Document Relates to:<br>*Buckley v. TikTok, Inc. et al 23-cv-00841* | MDL No. 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Artemis Buckley submits this Notice of Voluntary Dismissal Without Prejudice with respect to her Complaint. This dismissal shall be without prejudice to Ms. Buckley's rights, if any, as an absent class member, and should not impact the operative consolidated complaint in this matter.

Dated: December 9, 2024           Respectfully submitted,

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com
*Attorney for Plaintiff Buckley*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com
*Attorney for Plaintiff Buckley*