UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Hon. Rebecca R. Pallmeyer |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**

Plaintiffs and Defendants TikTok Inc., ByteDance Inc. and ByteDance Ltd. ("Defendants") (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on July 16, 2024, the Court entered a case schedule setting forth certain case deadlines (ECF No. 64);

WHEREAS, over the past several months, the Parties have been engaged in meet-and-confer efforts concerning Plaintiffs' written discovery requests, TikTok's production of documents, and Plaintiff's inspection of source code concerning TikTok's In-App Browser;

WHEREAS, on June 17, 2024, Plaintiffs served Defendants with 28 Requests for Production of Documents ("Plaintiffs' First RFP");

WHEREAS, on July 17, 2024, Defendants served Plaintiffs with their responses and objections to Plaintiffs' First RFP;

1

WHEREAS, the Parties have exchanged numerous meet and confer letters and have held numerous video and telephonic meetings regarding Defendants' responses and objections to Plaintiffs' First RFP;

WHEREAS, the Parties have made significant progress resolving Defendants' objections to Plaintiffs' First RFP;

WHEREAS, the Parties have also been working simultaneously on a proposed ESI Protocol;

WHEREAS, the Parties' negotiations surrounding the ESI Protocol have been productive but protracted, largely due to the Parties' efforts to work through Plaintiffs' questions surrounding technologies used by TikTok relating to ESI;

WHEREAS, the Parties' ESI Protocol negotiations have delayed TikTok's production of ESI responsive to Plaintiffs' First RFP;

WHEREAS, on July 25-26, 2024, Plaintiff's source code expert conducted an initial inspection of TikTok's source code. Thereafter, disputes arose over the relevant scope of source code to be inspected. Such disputes resulted in months of meet and confer discussions occurring between August-November, 2024;

WHEREAS, Plaintiff's source code expert is scheduled to continue his inspection of TikTok's source code on January 16-17, 2025;

WHEREAS, the Parties' meet-and-confer efforts remain ongoing and the Parties are attempting to resolve any remaining disputes regarding Plaintiffs' First RFP, the ESI Protocol, and Plaintiffs' source code inspection without the necessity of Court intervention;

WHEREAS, the Parties will seek Court intervention by January 30, 2025 to resolve any open disputes regarding Plaintiffs' First RFP, the ESI Protocol, and Plaintiffs' source code inspection;

WHEREAS, due to the Parties' ongoing discovery disputes and meet-and-confer efforts, additional time is necessary for the completion of discovery and for Plaintiffs to file their class certification motion; and

WHEREAS, the parties have met and conferred and agree that an extension of the current discovery and motion deadlines by approximately 120 days is necessary to resolve any remaining discovery disputes, complete written discovery, complete Plaintiffs' source code inspection, and adequately prepare for depositions of witnesses and experts, as well as motions for class certification and summary judgment.

**NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY REQUEST:**

Given the parties' ongoing efforts, there is good cause to extend all current discovery and motion related deadlines by approximately 120 days, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Plaintiffs to file a motion for class certification and disclose all class certification expert reports they intend to rely on in support of their motion for class certification | May 20, 2025 | September 17, 2025 |
| Deadline for Defendants to file their opposition to Plaintiffs' motion for class certification and disclose all class certification expert reports they intend to rely on in opposition to class certification | July 21, 2025 | November 18, 2025 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Plaintiffs to file a reply brief in support of their motion for class certification and all rebuttal expert reports in support of their class certification reply brief | August 22, 2025 | December 19, 2025 |
| Class certification decision | By September 19, 2025<br><br>*In setting the dates that follow its class certification decision, the Court assumed it would rule on Plaintiffs' class certification motion by September 19, 2025. | TBD<br><br>*In setting the dates that follow the Court's class certification decision, the Parties assumed the Court will rule on Plaintiffs' class certification motion by January 16, 2026. |
| Fact discovery closes and fact discovery motion cutoff | *November 14, 2025 | * March 13, 2026 |
| Deadline for the parties' opening expert witness disclosures and expert reports relating to all merits, non-class certification issues for which a party has the burden of proof | *December 19, 2025 | * April 17, 2026 |
| Deadline for the parties' responsive expert witness reports relating to all merits, non-class certification issues | *February 13, 2026 | *June 12, 2026 |
| Expert discovery closes | *April 3, 2026 | *July 31, 2026 |
| Deadline for dispositive motions, including those regarding summary judgment and *Daubert* | *June 5, 2026 | *October 2, 2026 |
| Deadline for oppositions to dispositive motions, including those regarding summary judgment and *Daubert* | *July 31, 2026 | *December 4, 2026 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for replies in support of dispositive motions, including those regarding summary judgment and *Daubert* | *August 28, 2026 | * January 8, 2027 |
| Hearing on dispositive motions, including those regarding summary judgment and *Daubert* | *Week of September 11, 2026 | *January 22, 2027 |
| Plaintiffs to prepare proposed draft of final pretrial order | *November 6, 2026 | *March 19, 2027 |
| Parties to file joint pretrial order | *December 4, 2026 | *April 16, 2027 |
| Pretrial conference | *Week of December 18, 2026 | *April 30, 2027 |

Dated: December 17, 2024              Respectfully submitted,

**BARON & BUDD, P.C.**

 /s/ *Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

*Chair, Plaintiffs' Steering Committee*

Dated: December 17, 2024              **MAYER BROWN LLP**

 /s/ *Anthony J Weibell*
Anthony J Weibell
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

5

**SO ORDERED** on this _____ day of _____, 2024.

                                                        _____
                                                        Hon. Rebecca R. Pallmeyer
                                                        United States District Judge