UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Anibeth Bravo, et al.
                      Plaintiff,

v.                                                 Case No.: 1:24−cv−02110
                                                    Honorable Rebecca R. Pallmeyer
TikTok, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 23, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Stipulation is entered, and the court extends the pre−trial schedule by 120 days as follows: Plaintiff will file a motion for class certification and disclose class−certification expert reports by September 17, 2025. Defendants' opposition to class certification, and disclosure of class−certification expert reports will be filed by November 18, 2025. Plaintiff's reply, and disclosure of rebuttal experts, will be due December 19, 2025. Assuming a ruling on the motion by January 16, 2026, fact discovery will close on March 13, 2026. Parties will disclose expert reports on the merits by April 17, 2026; responsive reports by June 12, 2026. Expert discovery will close July 31, 2026. Dispositive motions (that is, summary judgment and Daubert motions) will be due October 2, 2026; responses December 4, 2026; replies January 8, 2026. Hearing on any dispositive motions, on January 22, 2027 at 9:00 a.m. Draft of the final pretrial order to be prepared by March 19, 2027. Joint final pretrial is due April 16, 2027. The court will schedule a final pretrial conference upon receipt of the final pretrial order. The court encourages the parties to discuss settlement. The court sets a video status hearing on 2/27/2025 at 11:00 a.m. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join. Members of the public and media will be able to call in to listen to this hearing. The call number is 650−479−3207 and access code is 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.