# EXHIBIT B

**Lark** | **Help Center**    Getting started    Using Lark    More Resources         Log In

Docs > General functions > Managing files and storage > View, update, restore, or delete file versions

# View, update, restore, or delete file versions

🕐 3 min read

## I. Intro

> ⚡ **Notice**: Only the desktop app supports the functions in this article.

After you upload local files to Lark Docs, if you want to update the file contents, you can upload the modified local files as a new version and the file's link in Lark Docs will not change. You can view, download, restore, or delete the file's historical version if needed.

The actions you can take depend on the permissions you have:

| Permission | Actions you can take |
|---|---|
| File owner or manage permission | Can upload, view, restore, download, or delete any version. |
| Edit permission | • Can upload, view, restore, or delete historical versions.<br>• If the file owner or a user with management clicks **Share** > **Permission settings** and selects **Users with edit permission** under **Who can duplicate, print or download,** you can download any version of the file. |
| View permission | • Cannot upload, view, restore, or delete versions.<br>• If the file owner or a user with management permission clicks **Share** > **Permission settings** and select **Users with view permission** under **Who can duplicate, print or download,** you can download the latest version of the file. |

**Overview**

I. Intro

II. Steps

Upload a new version

View historical versions

Restore a historical version

Download a historical version

Delete a historical version

III. Related

IV. FAQs


Contact Sales



For more information about restoring the historical versions of specific content types, see the following:

- View edit history in Docs
- Use edit history in Sheets
- View edit history in Slides
- View and restore previous versions in Base
- Use edit history in MindNotes

## II. Steps

## Upload a new version

1. Click **Docs** in the left navigation bar of Lark to open Lark Docs. Enter keywords to search for the file you want to update.
2. Open the file and click the **Edit History** icon on the right side of the page.
3. In **Edit History**, click the **Upload New Version** icon.
4. Select the local file in the pop-up and then click **Open**.

After uploading is complete, a new version will be added under **Edit History**. In addition, the next time you open this file, the latest version will be displayed by default.

**Note**: When uploading a new version, you can only select local files of the same type as the original file.



## Overview

I. Intro

II. Steps

   Upload a new version

   View historical versions

   Restore a historical version

   Download a historical version

   Delete a historical version

III. Related

IV. FAQs




Contact Sales

Overview

I. Intro

II. Steps

Upload a new version

View historical versions

Restore a historical version

Download a historical version

Delete a historical version

III. Related

IV. FAQs

# View historical versions

1. Open the file and then click the **Edit History** icon on the right side of the page.

2. In **Edit History**, click the historical version you want to view.

   **Note**: If no new version of the current file has been uploaded, there will only be one current version in the historical list.





# Restore a historical version

1. Open the file and then click the **Edit History** icon on the right side of the page. Select the historical version you want to restore.

2. Click **Restore this version** in the upper-right corner.

3. Confirm the action in the pop-up window to restore the file to the historical version. A new record will be generated under **Edit History**. The record will indicate that the new version was restored from the previous version.





Contact Sales

new record will be generated under **Edit History**. The record will indicate that the new version was restored from the previous version.

## Overview

I. Intro

II. Steps

Upload a new version

View historical versions

Restore a historical version

Download a historical version

Delete a historical version

III. Related

IV. FAQs

## Download a historical version

1. Open the file and click the **Edit History** icon on the right side of the page. Select the historical version you want to download.

2. Click the ⬇ **Download** icon in the upper-right corner to download this version of the file.

## Delete a historical version

💡 **Important**: Deleting a historical version cannot be undone. After the version is deleted, the edit history will record the name of the member that deleted the version and the deletion time.

1. Open the file and click the **Edit History** icon on the right side of the page. Select the



Contact Sales



Have questions about using Lark? Ask the AI Assistant!



1. Open the file and click the **Edit History** icon on the right side of the page. Select the historical version you want to delete.

2. Click the 🗑 **Delete this version** icon in the upper-right corner.



3. Confirm the action in the pop-up window to delete the version.

    **Note**: Deleting a historical version of a file does not affect the current version of the file.



## III. Related

Upload local files and folders

## IV. FAQs

**Overview**

I. Intro

II. Steps

Upload a new version

View historical versions

Restore a historical version

Download a historical version

Delete a historical version

III. Related

IV. FAQs



Have questions about using Lark? Ask the AI Assistant!



# IV. FAQs

**Who can update, restore, and delete file versions?**

The file owner or users with manage or edit permissions can update (upload new versions), restore, and delete file versions.

**What if I can't upload local files when uploading a new version?**

When uploading a new version, you can only upload files of the same type as the original file.

**What file formats are supported?**

See the table below:

| File type | Format |
|---|---|
| Document | docx, doc, dotx, dot, dotm |
| Spreadsheet | xlsx, xls, xlsm, xlm, xlsb, csv |
| Presentation | pptx, ppt, pps, ppsx, potx, pot, pptm, potm, ppsm |
| PDF | pdf |
| Image | bmp, gif, ico, jpeg, jpg, png, raw, svg, tif, tiff, webp, sketch, heic, heif, 3fr, arw, cr2, crw, dcr, dcs, dng, dwg, erf, kdc, mef, mos, mrw, nef, nrw, orf, pef, ppm, r3d, raf, rw2, rwl, sr2, svgz, wbmp, x3f, ai, psd, psb |
| Video | 3gp, 3gpp, 3gpp2, asf, avi, dv, f4v, flv, m2t, m4v, mkv, mov, mp4, mpe, mpeg, mpg, mts, mxf, ogv, rm, rmvb, vob, webm, wmv, ts |
| Audio | aac, amr, au, cda, flac, m4a, mp3, oga, ogg, wav, wma, m4r, air, aiff |

## Overview

- I. Intro
- II. Steps
  - Upload a new version
  - View historical versions
  - Restore a historical version
  - Download a historical version
  - Delete a historical version
- III. Related
- IV. FAQs


Contact Sales


Have questions about using Lark? Ask the AI Assistant!

| Audio | aac, amr, au, cda, flac, m4a, mp3, oga, ogg, wav, wma, m4r, air, aiff |
|---|---|
| Compressed file | 7z, rar, tar, gz, zip, bz2, cab, zipx, jar, ace, arj, lzh, z, bz, cpio, iso, lha, lz, lzma, tbz, taz, tbz2, tgz, tlz, txz, tz, xar, xz |

**Overview**

I. Intro

II. Steps

Upload a new version

View historical versions

Restore a historical version

Download a historical version

Delete a historical version

III. Related

IV. FAQs

### After restoring the old version, will the update record of the old version disappear?

No. Each update will be preserved in the edit history and a new record will be generated indicating that it is restored from a previous version.



### Can the old version be retrieved after deletion?

No.

### How do I download the latest version of the file?

Open the file and click the ⬇ **Download** icon. When you open a file, the latest version will appear by default.




Contact Sales

Have questions about using Lark? Ask the AI Assistant!



**Overview**



I. Intro

II. Steps

Upload a new version

View historical versions

Restore a historical version

Download a historical version

Delete a historical version

III. Related

| IV. FAQs

### How can I prevent other users from downloading this file?

The file owner or users with manage permission can restrict who can download the file by following the steps below:

1. Click **Share** > **Permission settings**. Under the **Who can duplicate, print or download**, select **Users with edit permission** or **Users with manage permission**.

2. Click **Share** and then click the owner's profile photo. In **Manage collaborators**, modify the collaborator's permissions as needed. Users not within the allowed range set in step 1 cannot download any version of the file.

Written by: Lark Help Center

Updated on 2024-11-27

How satisfied are you with this content?







