# EXHIBIT C

Docs > Docs > Comments and interactions > View edit history in Docs

# View edit history in Docs

⏱ 2 min read

**Overview**

- I. Intro
- II. Steps
- III. FAQs

## I. Intro

Edit history allows you to easily restore previous versions and backtrack editors' actions. A version is saved every time content is modified, with details about the editor, edit time, and changes made, so you'll be able to find what you need with just a few clicks. To ensure your data is protected, only users with edit permissions can view or restore a previous version.

## II. Steps

### 1. View edit history

1.1 Open edit history

Hover over the **··· More** icon in the upper-right corner of a document and select **Edit History**.







## 1.2 View a previous version

In the edit history list on the right, all previous versions are listed in reverse chronological order. You can find the version you need based on the edit time and editor. Click a version to see the complete content and the changes made.

I. Intro

II. Steps

III. FAQs

- Turn off **Show changes**: View the content of a version but not the changes made.



- Turn on **Show changes**: View both the content and the changes made in that version.

- View edit details: The edits of different users are indicated by the color next to their names in the edit history list on the right. Hover over the highlighted content to view the editor and the specific edits made.





Contact Sales





- **Locate edited content**: Click the **Previous** or **Next** icon in the upper-right corner to quickly go through edited content in this version.



## 1.3 Expand edit history groups

In the edit history list on the right, previous versions are automatically classified into different groups based on edit time. Click the **Right arrow** icon to expand a group and view all the versions in this group.





## 1.3 Expand edit history groups

In the edit history list on the right, previous versions are automatically classified into different groups based on edit time. Click the **Right arrow** icon to expand a group and view all the versions in this group.

- I. Intro
- II. Steps
- III. FAQs



## 1.4 Return to the document page

Click **Back** in the upper-left corner to exit the edit history view.



## 2. Restore a previous version

- In the edit history list, select a version to restore.
- Check the content on the left to make sure it's the one you want.
- Click **Restore This Record** > **Restore**.



**Overview**

I. Intro

II. Steps

III. FAQs

## III. FAQs

**Who can view a document's edit history?**

To ensure data security, only users with edit permission (including document owners) can view and restore previous versions.

**Why can't I find edit history in some documents?**



Contact Sales



## Why can't I find edit history in some documents?

Only users with edit permission can view and restore previous versions of a document. If you only have view permissions, then you won't be able to find **Edit History** in the menu.

## Are all changes to the body text of a document recorded in edit history?

Yes, changes such as adding and deleting content, changing the heading style, adding numbered lists, inserting images, modifying table content, and so on are all recorded.

Only the following changes in a document will not be recorded and cannot be restored:

- Flowcharts and UML diagrams: Changes made in diagram editors will not be recorded in edit history. (Only the actions of inserting and deleting flowcharts and UML diagrams will be recorded.)

## Why can't I see any highlighted changes in some versions?

Make sure you have turned on **Show changes** in the bottom section of the edit history list. If you still can't find any highlighted content, it is probably because only the formatting has been adjusted.

## What are the differences between local

### Overview

I. Intro

II. Steps

| III. FAQs

💬 0



Contact Sales

**What are the differences between local records and edit history?** ∧

Your changes are saved as local records when your network is disconnected. The saved records will then be automatically synced to the cloud when your network connection is restored. After syncing, that local record will be deleted and you'll be able to view the change details in edit history.

**Why didn't the deleted content get restored after restoring a previous version?** ∧

Please check whether the restored version is correct. If you restore a version with content marked as **deleted**, then that deleted content will not be in the restored version. To retrieve deleted content, you need to restore an earlier version before that content is deleted.

**How do I delete a record in edit history?** ∧

This is not supported.

**Why can't I find the content I need from edit history? What can I do?** ∧

There may be several reasons why you can't find the content you're looking for.

- When edits are made within a short period of time, multiple edit records will be grouped into one. Click the **Right arrow** icon on the left side of the record

## Overview

I. Intro

II. Steps

III. FAQs



Contact Sales



- When edits are made within a short period of time, multiple edit records will be grouped into one. Click the **Right arrow** icon on the left side of the record to expand the group to view all records.

- Confirm whether the document you're viewing and the document you edited are the same document, and whether the location you're viewing and the location you edited are the same location in the document. For example, you can't view the edit history of the source document if you're currently on the document copy.

- A network issue may cause data to not sync in time. You can go to edit history to see if there is a prompt saying edits have been saved locally. If so, you can restore the content by copying and pasting. If you don't see that prompt, you can contact Support to retrieve the data. Note: Do not clear your browser cache before contacting Support.

Overview

I. Intro

II. Steps

III. FAQs



0

Contact Sales

Written by: Lark Help Center

Updated on 2024-11-18


How satisfied are you with this content?

