# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

**<u>DECLARATION OF WARREN SOLOW</u>**

I, Warren Solow, declare:

1. I am the E-Discovery Lead for TikTok Inc. In my role, I oversee e-discovery for the company. The facts set forth in this declaration are based on the knowledge and understanding developed in my capacity and experience as E-Discovery Lead and in communications with others at the company. I am over the age of eighteen and if called upon to do so, I would testify competently to the facts contained in this declaration.

2. Lark is the primary platform used by TikTok employees for work purposes. TikTok employees are instructed to use Lark for internal work communication and internal document creation, sharing and storage.

3. Information in a document's "Edit History" that may be available on Lark for end users of the platform, such as viewing a list of changes made to a document over time, restoring earlier iterations of a document, reviewing the edit time of changes made, or the author(s) of

1

various edits, cannot be automatically exported from the Lark platform as current administrative functionality of the Lark platform in use at TikTok does not support that.

4. It is not possible for end users of the Lark platform at TikTok to export an earlier iteration of a Lark document, unless the document was previously saved as a separate "version," without making changes to the current iteration of the document on the company's systems and thereafter having to manually undo those changes on a document-by-document basis. Current administrative functionality of the Lark platform in use at TikTok does not support automated export of earlier iterations of Lark documents, whether saved as a separate "version" or not.

5. Until this year, the Lark platform used by TikTok did not have any feature that would allow users to make edits as suggestions within a Lark document that could be accepted or rejected by other collaborators. Any edits made by users prior to the release of the "Suggestion Mode" feature in 2024 would have been directly incorporated into a Lark document as regular text. Even after "Suggestion Mode" became available to Lark end users at TikTok, current administrative functionality of the Lark platform in use at TikTok does not support automated export of the suggestions made in Lark documents, either as embedded in the exported document, within the metadata or separate from the document.

6. There is only one set of metadata for each Lark document, regardless of earlier iterations of the document, including whether saved as a separate "version" or not.

7. The metadata reflects information about a Lark document at the time when it is exported.

8. Currently, the following information does not exist as metadata fields in the Lark platform in use at TikTok:

   a. Everyone who has been granted access to a document;

      b. Everyone who has edited a document;

      c. Whether the document has revisions;

      d. Whether the document or sheet has hidden text;

      e. Whether the slide has hidden slides;

      f. Whether the sheet has hidden rows or columns;

      g. Whether the sheet has hidden worksheets.

9. Currently, the "parentmsgid" information does not exist as a metadata field in the email system in use at TikTok.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is, to the best of my knowledge, true and correct.

Executed this 19th day of November 2024 in New York, NY.

By: _____
Signed by: [signature]
4C3736D0AB6F4BE...
Warren Solow