UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Judge Rebecca R. Pallmeyer |

**STATUS REPORT**

Plaintiffs Austin Recht, Sean Guzman, Michael Walsh, Steve Berrios, Christi Stowers, Anibeth Bravo, Katie Murphy, Jessica Gann, Delaney Arnold, and Bradley Fugok ("Plaintiffs") (together with Defendants TikTok Inc., ByteDance Inc., and ByteDance Ltd. ("Defendants"), the "Parties") respectfully submit this Status Report ahead of the status conference scheduled for February 19, 2025. This Report provides the Court with an update on Plaintiffs' inspection of Defendants' source code, various discovery matters, and the Parties' settlement discussions.[1]

**Source Code Inspection**

Plaintiffs' source code expert conducted an initial inspection of TikTok's source code on July 25-26, 2024. Thereafter, disputes ensued between the Parties over the relevant scope of source code to be inspected. The Parties met and conferred regarding additional source code materials to be reviewed by Plaintiffs' expert and the timing of a subsequent review. Plaintiffs' expert resumed his initial source code inspection on January 31, 2025, and February 3, 2025.[2] Although progress

---

[1] Plaintiffs attempted to meet and confer with Defendants regarding a joint statement in advance of the February 19 status conference. The Parties exchanged drafts, but Defendants' counsel was traveling and indicated they could not provide edits and obtain client approval within Plaintiffs' timeframe. To ensure the Court has sufficient time to review, Plaintiffs filed their own report, incorporating some of the language Defendants requested.

[2] The Parties originally anticipated the inspection occurring on January 16-17, 2025, but rescheduled due to the active wildfires in Los Angeles at that time.

was made, disputes remain unresolved and Plaintiffs believe that they will likely require a Rule 30(b)(6) deposition regarding the source code before further expert inspections of the source code should take place. Defendants have requested that Plaintiffs provide a detailed list of questions about the source code in advance of any such deposition so that they can adequately prepare the designated witness for the deposition. The Parties have agreed to meet and confer to determine the timing and scope of this deposition, and Defendants' request for questions.

**Written Discovery**

On June 17, 2024, Plaintiffs served TikTok Inc. with 28 document requests ("Plaintiffs' First RFP"). On July 17, 2024, TikTok Inc. responded with objections and offers to meet and confer on many of the requests. After extensive meet and confer efforts, the Parties resolved all initial issues related to Plaintiffs' First RFP, subject to Plaintiffs' reservation of rights to meet and confer about issues that arise during the course of TikTok Inc.'s document production.

At the same time, the Parties were negotiating an ESI Protocol and Protective Order. The Protective Order was entered by the Court on September 27, 2024. The negotiations on the ESI Protocol were protracted, as both sides insisted on including specific provisions to address their respective concerns regarding the preservation, collection, and production of potentially relevant ESI. Pursuant to the Court's direction, the Parties filed a Joint Statement re: ESI Protocol Dispute outlining their remaining disputes on February 10, 2025, Dkt. 98, and will address them during the February 19, 2025, status conference.

On January 24, 2025, Defendants propounded 23 Requests for Production and 6 Interrogatories on all Plaintiffs. Plaintiffs are preparing their objections and responses thereto, which are currently due on February 24, 2025.

**Document Production**

Notwithstanding the ongoing ESI Protocol negotiations, the Parties agreed that TikTok Inc. would begin producing non-source code documents. TikTok Inc. made its first production of non-source code documents on December 6, 2024, containing 126 documents totaling 368 pages, and another production of non-source code documents on January 17, 2025, containing 42 documents totaling 136 pages. TikTok Inc. represented that these productions were from non-custodial collections that did not require the application of search terms. The Parties are in the process of meeting and conferring regarding search terms to be applied to custodial documents to begin TikTok Inc.'s production of custodial documents. TikTok Inc. also made two productions of source code documents totaling 170 pages.

The Parties recently met and conferred regarding Plaintiffs' concerns over the volume and pace of TikTok Inc.'s document productions. Defendants could not provide any specific information about the volume or timing of any future productions. Defendants have subsequently claimed that they are unable to provide any further information until search terms have been finalized and they know how many custodial documents need to be manually reviewed for production. TikTok Inc. is also continuing to search for non-custodial documents within scope and does not know how many such documents it will find.

Plaintiffs request that the Court set another video status conference in approximately 30 days to address the status and pace of discovery.

**Settlement Discussions**

As previously reported, the Parties held a mediation session with Gregory P. Lindstrom of Phillips ADR. The mediation session was informative but unsuccessful. A further mediation has

been tabled until Plaintiffs' expert can complete his inspection of TikTok's source code. The Parties anticipate mediating again later this year.

Dated: February 13, 2025          Respectfully submitted,

                                           */s/ Roland Tellis*
                                           Roland Tellis
                                           **BARON & BUDD, P.C.**
                                           15910 Ventura Boulevard, Suite 1600
                                           Encino, California 91436
                                           (818) 839-2333
                                           rtellis@baronbudd.com

                                           *Chair, Plaintiffs' Steering Committee*