**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>**PLAINTIFFS' SUBMISSION OF PROPOSED ESI PROTOCOL**<br><br>Judge Rebecca R. Pallmeyer |

**PLAINTIFFS' SUBMISSION OF PROPOSED ESI PROTOCOL**

Pursuant to the Court's Order, Plaintiffs hereby submit three versions of the proposed ESI Protocol. Exhibit A reflects Plaintiffs' redline version incorporating the Court's comments during today's hearing. Exhibit B is Defendants' redline version, provided to Plaintiffs on February 19, 2025. Exhibit C is a clean version of Exhibit A, ready for entry should the Court adopt Plaintiffs' version of the proposed ESI Protocol.

Dated: February 19, 2025

Respectfully submitted,

*/s/ Roland Tellis*
Roland Tellis
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
(818) 839-2333
rtellis@baronbudd.com

*Chair, Plaintiffs' Steering Committee*