UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Anibeth Bravo, et al.
       Plaintiff,

v.             Case No.: 1:24−cv−02110
             Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video status hearing convened. Oral argument heard regarding the parties' dispute of ESI Protocol as stated in docket entry [98]. For the reasons stated on the record, the court affirms the previously entered Stipulation and Order regarding the preservation of evidence in docket entry [53] and denies without prejudice the request to alter this stipulation. The court reserves ruling on the issue of collection of ESI from Defendant&#0;39;s proprietary document management system pending Plaintiffs' more specific request, if one is made. The parties are directed to submit a further written status report by 5/29/2025. The previously set 2/27/2025 hearing is stricken. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.