**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Judge Rebecca R. Pallmeyer |

**DECLARATION OF SETH MCCORMICK IN SUPPORT OF PLAINTIFFS'**
**UNOPPOSED MOTION FOR REAPPOINTMENT OF**
<u>**PLAINTIFFS' STEERING COMMITTEE**</u>

I, Seth McCormick, declare and state as follows:

1. I am a partner at Harrer Law, P.C. ("Harrer Law"). I make this declaration based on my personal knowledge and if called as a witness I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Reappointment of Plaintiffs' Steering Committee ("PSC") including the request that I be appointed to replace departing PSC member Bryan P. Thompson.

3. Mr. Thompson was appointed to the PSC on March 15, 2024. Dkt. 2. At that time, Harrer Law was doing business as the Chicago Consumer Law Center, P.C. Mr. Thompson recently departed Harrer Law leaving his position on the PSC vacant. Appointing a replacement to fill the vacancy left by Mr. Thompson's departure is appropriate.

4. Harrer Law is a well-established Chicago-based law firm composed of two partners—myself and Robb Harrer. We specialize in litigating consumer protection claims, improper debt collection practices, and consumer data privacy claims. We are committed to redressing the harms suffered by consumers at the hands of unscrupulous businesses in all three subject areas.

5. I have twenty-five years of experience handling a wide array of legal matters in both state and federal courts. I am admitted to practice law in Illinois, New York, and Texas. Prior to joining Harrer Law I was the founding member of the Great Lakes Consumer Law Firm. I also spent the better part of a decade managing litigation for a $1 billion AUM investor in more than 100 litigation matters that involved a broad array of legal issues ranging from complex commercial cases and contract disputes to bankruptcy and debtor-creditor issues.

1

6. I have recovered millions of dollars for class members and clients in consumer protection and data privacy actions. My experience includes litigation to settlement, arbitration, and trial. A list of my representative cases includes:

- *Eloisa v. Monarch Recovery Management, LLC*, Case No. 2021CH01748 (Cook Cty., Ill.) (lead counsel in the successful confirmation and settlement of FDCPA class action for debt collector's violation of 15 U.S.C. §1692g obtaining maximum possible damages for class members);

- *Paul Mardis v. Plex, Inc.*, Arbitration in JAMS (Ill. 2025) (lead counsel in confidential settlement of 621 claimant mass arbitration related to Plex, Inc. data breach);

- *In Re MoveIt Customer Data Security Breach Litigation*, Case No. 23-md-03083 (D. Mass.) (represent bellwether plaintiff in multidistrict litigation resulting from the MoveIt customer data breach)

- *Valerie Thomas v. LVNV Funding, LLC*, Case No. 21-cv-01948 (N.D. Ill.) (first chair jury trial obtaining jury verdict in favor of client in FDCPA case);

- *Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2015-2 v. The Revocable Living Trust of Pearlie Norman and Eldee Norman, as Trustees under the Trust Agreement dated August 30, 2007, known as The Revocable Living Trust of Pearlie Norman and Eldee Norman, et al.*, Case No. 2015CH13948 (Cook Cty., Ill.) (first chair *pro bono* trial representation for client of Chicago Volunteer Lawyers Services wherein I obtained a verdict for reformation of a mortgage, and defeated a large bank's foreclosure claim);

- *June Beecham v. Lakeview Law Group of Sonny S. Shalom PLLC*, Case No. 2022CH001145 (Cook Cty., Ill.) (lead counsel in class action for debt settlement company's violations of the Illinois Debt Settlement Consumer Protection Act (DSCPA); representative of efforts in over 40 DSCPA litigation and arbitration claims whereby I obtained settlements of nearly $500,000 on behalf of consumers).

- *Taberna Preferred Funding IV, Ltd. v. Opportunities II Ltd. (In re Taberna Preferred Funding IV, Ltd.)*, Case No. 17-bk-11628 (Bankr. S.D.N.Y.) (on the trial team for the first involuntary Chapter 11 bankruptcy filing of a collateralized debt obligation);

- *In re Imperial Capital Bancorp, Inc.*, Case No. 09-bk-19431 (Bankr. S.D. Cal.) (served as counsel to the trustee of a litigation trust established for the benefit of bankruptcy creditors in litigation with the FDIC over ownership of deferred tax refunds in an effort to maximize value of bank holding company bankruptcy estate).

7. I rely on and am particularly adept at employing litigation strategies that are appropriately aggressive, cost effective, and mitigate risk for clients. I am known for my strong

team building and collaboration skills, as well as developing attorney-client relationships that contribute to seamless resolutions.

8. I have lectured on various topics including (a) Fannie Mae, Freddie Mac, USDA and HUD guideline changes related to consumer eligibility for loan modifications during the COVID 19 pandemic, (b) consumer protections provided by Congress in the CARES Act, and (c) periodically provide updates in notable case law and changes in consumer protection law to Chicago based consumer organizations including the Chicago Bar Association's Consumer Law Committee and for volunteers of the Chicago Volunteer Legal Services' mortgage foreclosure volunteer program as well as its Debt and Credit Protection Clinic. I was recently recognized as an Illinois Super Lawyer for 2025. I have additionally held membership and leadership positions in legal and consumer law focused groups, including membership in the National Association of Consumer Advocates, the National Consumer Law Center, and I serve on the Advisory Board of the Chicago Bar Foundation's Justice Entrepreneurs Project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2025, in Chicago, Illinois.

                       */s/Seth McCormick*
                       Seth McCormick

# EXHIBIT 1

# Seth McCormick

seth@harrerlaw.com | (312) 971-6787
linkedin.com/in/semccormick/

---

## PROFESSIONAL EXPERIENCE

**HARRER LAW, P.C.** May 2024 to present
*PARTNER*
- Trial attorney focused on consumer protection through mass arbitration, class action, and individual consumer claims

**GREAT LAKES CONSUMER LAW FIRM, LLC** March 2020 – May 2024
*MANAGING MEMBER*
- Trial attorney focused on the protection of consumers from the monied interests of banks, hedge funds and other creditors who are aggressively seeking to recover debt
- Litigate class action and individual consumer claims across a broad array of consumer protection statutes

**BROWN MCCORMICK LLC/HOLDCO ASSET MANAGEMENT, LP** April 2012 – December 2019
*COUNSEL, LITIGATION MANAGER & INVESTMENT CONSULTANT*
- Developed and executed cost-effective strategies in response to litigation and regulatory inquiries across a broad spectrum of subject matters for investment advisor with $1bn+ AUM
- Managed outside counsel and supporting vendors, including eDiscovery vendors, in overseeing the resolution of more than 100 litigation and regulatory inquiries.
- Negotiated and litigated debt workouts for clients across the debt spectrum, including collateralized debt obligations, syndicated debt, structured finance vehicles, securities, standard commercial transactions and consumer transactions
- Lead negotiations resulting in settlement and resolution of litigation and regulatory inquiries in a cost-effective manner

**SPECIAL COUNSEL** October 2008 – April 2012
*eDISCOVERY COUNSEL*
- Provided eDiscovery support on a variety of complex litigation matters in all phases of the discovery process

**MOSBACHER U.S.A., INC.** May 2007 – September 2008
*TITLE ATTORNEY & LANDMAN*
- Negotiated, bought and leased oil, gas and mineral interests for the purpose of oil & gas exploration
- Identified and cured title issues related to oil, gas and mineral ownership

**HAYS, MCCONN, RICE & PICKERING** August 2000 – May 2007
*ASSOCIATE ATTORNEY*
- Litigated personal injury, property, casualty, premises liability, commercial, Maritime, products liability, legal malpractice, real estate and insurance coverage matters for insurance companies and private clients

## EDUCATION

**SOUTH TEXAS COLLEGE OF LAW – HOUSTON**, Houston, Texas 2001-2003
*JURIS DOCTORATE*
- Admission to Phi Delta Phi-Legal Honors Fraternity

**UNIVERSITY OF LEIDEN,** The Hague, Netherlands 2003
*INTERNATIONAL LAW PROGRAM*
- Served as law clerk at International Criminal Tribunal for the Former Yugoslavia

**TEXAS A&M UNIVERSITY,** College Station 1996-2000
*BACHELOR OF ARTS, ENGLISH*
- Served in Texas A&M Corps of Cadets and Ross Volunteer Company

## LICENSES

- Licensed to practice law in Illinois, New York and Texas.