UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Judge Rebecca R. Pallmeyer |

### ORDER ON PLAINTIFFS' MOTION FOR REAPPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE

Plaintiffs filed a Motion for Reappointment of Plaintiffs' Steering Committee ("PSC") requesting that the Court: (1) reappoint the PSC; and (2) appoint Seth McCormick of Harrer Law, P.C. to the PSC in place of departing member Bryan P. Thompson. Having considered Plaintiffs' Motion, the Court rules as follows:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is granted [108]. Roland Tellis of Baron & Budd, P.C., shall continue to serve as Chair of the PSC; along with Stephen R. Basser of Barrack, Rodos & Bacine; James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C.; MaryBeth V. Gibson of Gibson Consumer Law Group, LLC; John Herman of Herman Jones LLP; Israel David of Israel David LLC; Tyler S. Graden of Kessler, Topaz, Meltzer, & Check, LLP; Kate M. Baxter-Kauf of Lockridge Grindal Nauen PLLP; Michael R. Reese of Reese LLP; and Joeseph P. Guglielmo of Scott+Scott Attorneys at Law LLP.

**IT IS FURTHER ORDERED** that Seth McCormick of Harrer Law, P.C. shall replace Bryan P. Thompson as a member of the PSC.

**IT IS FURTHER ORDERED** that this appointment shall be for a one-year period. Counsel will be free to apply for reappointment when their term expires.

**IT IS SO ORDERED**.

Dated:   March 19, 2025

_____
Hon. Rebecca R. Pallmeyer
United States District Judge