# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| This Document Relates to:<br>ALL ACTIONS | Judge Rebecca R. Pallmeyer |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants TikTok Inc., ByteDance Inc., and ByteDance Ltd. ("Defendants") respectfully move this Court, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, for a Protective Order modifying the "Joint Stipulated Order Regarding the Protocol for Producing Documents and Electronically Stored Information" submitted by Plaintiffs and entered by the Court on February 24, 2025 as ECF No. 107. This motion is supported by the following documents, all filed herewith: (1) Memorandum in Support of Defendants' Motion for Protective Order; (2) Civil Local Rule 37.2 Statement; (3) Declaration of Anthony J Weibell in Support of Defendants' Motion for Protective Order; (4) Declaration of Warren Solow; and (5) Declaration of Jonathan M. Redgrave.

1

Dated: May 13, 2025    Respectfully submitted,

By: */s/ Anthony J Weibell*

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party through the Court's electronic filing service on this date, which will send notification of such filing to the e-mail addresses registered.

Dated: May 13, 2025

*/s/ Anthony J Weibell*