UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL 2948-A<br><br>Master Docket No. 24-cv-2110<br><br>Judge Rebecca R. Pallmeyer |

## CIVIL LOCAL RULE 37.2 STATEMENT

Pursuant to Civil L.R. 37.2, the undersigned counsel for defendants TikTok Inc. ("TTI"), ByteDance Inc., and ByteDance Ltd. (collectively, "Defendants") in this action provides the following summary of Defendants' efforts to resolve this discovery issue without the Court's intervention and states that after consultation by video conference, phone, and email and good faith attempts to resolve differences, the parties are unable to reach an accord with respect to the matters set forth in the motion, as set forth below.

1. Defendants contacted Plaintiffs on March 28, 2025, to request a meet-and-confer on the issue. On March 31, 2025, at 3:00 PM PDT/6:00 PM EDT, the meet-and-confer occurred via videoconference, with David Fernandes and Sterling Cluff, counsel for Plaintiffs, participating on behalf of Plaintiffs, and Anthony Weibell and Sophie Mancall-Bitel of Mayer Brown LLP (litigation counsel for Defendants), and Shannon Capone Kirk and Emily Cobb of Ropes & Gray (TTI's e-discovery counsel) participating on behalf of Defendants. On April 14, 2025, Defendants

1

contacted Plaintiffs to ask whether Plaintiffs would agree to amend the ESI Protocol based on the declarations and information TTI had provided after the prior meet-and-confer, and offered to again discuss by phone if helpful. Plaintiffs did not respond to this email.

2. On April 18, 2025, having not heard anything in response to the above-described communications, Defendants asked Plaintiffs to confirm by April 21, 2025 that they would join a motion to amend the ESI Protocol. On April 21, 2025, Plaintiffs responded in writing, identifying certain questions and agreeing to a further telephonic meet-and-confer.

3. On April 23, 2025, at 1:30 PM PDT/4:30 PM EDT, the Parties met and conferred again via videoconference, with David Fernandes and Sterling Cluff, counsel for Plaintiffs, participating on behalf of Plaintiffs, and Shannon Capone Kirk, Emily Cobb, and Sophie Mancall-Bitel participating on behalf of Defendants.

4. On April 25, 2025, Defendants sent Plaintiffs a further L.R. 37.2 correspondence specifically identifying Defendants' stance on the issue. Defendants also advised they were making a final attempt to resolve any issues regarding the ESI Protocol before filing a Motion for Protective Order. On April 28, 2025, Plaintiffs indicated via email that they were willing to meet and confer again. On May 6, 2025, Defendants sent additional correspondence to Plaintiffs on the issue.

5. On May 7, 2025, Plaintiffs responded in writing with their stated position about why they could not yet agree to the proposal made by Defendants.

6. Defendants believe they have exhausted their attempts to avoid motion practice, and the parties remain at an impasse as to the issues set forth in the motion. Thus, having received leave of the Court on May 9, 2025, Defendants file the instant Motion for Protective Order.

3

Dated: May 13, 2025 Respectfully submitted,

/s/ Anthony J Weibell

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 331-2000
AWeibell@mayerbrown.com

*Lead Counsel for All Defendants*