UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION | MDL 2948-A |
| | Master Docket No. 24-cv-2110 |
| This Document Relates to: ALL ACTIONS | Judge Rebecca R. Pallmeyer |

**DECLARATION OF ANTHONY J WEIBELL IN SUPPORT OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER.**

I, Anthony J Weibell, declare:

1. I am an attorney with the law firm of Mayer Brown LLP, a member in good standing of this Court, and counsel for Defendants. I have personal knowledge of the facts described below, and if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a clean version of the Proposed Joint Stipulated Order Regarding the Protocol for Producing Documents and Electronically Stored Information (the "Proposed ESI Protocol") reflecting the modifications requested by Defendants in their Motion for Protective Order.

3. Attached as **Exhibit 2** is a redline version of the Proposed ESI Protocol against the "Joint Stipulated Order Regarding the Protocol for Producing Documents and Electronically

1

2

Stored Information" submitted by Plaintiffs and entered by the Court on February 24, 2025 as ECF No. 107.

Executed this 13th day of May 2025 in Palo Alto, California.

By: */s/ Anthony J Weibell*
Anthony J Weibell