# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anibeth Bravo, et al.
                         Plaintiff,

v.                                                 Case No.: 1:24–cv–02110
                                                Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court adopts the parties' proposals for briefing Defendants' motion for protective order [112] as follows: Plaintiffs' memorandum in opposition of no more than 11 pages, will be filed on May 27, 2025; Defendants' reply, of no more than 5–1/2 pages, will be filed on June 3, 2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.