UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Judge Rebecca R. Pallmeyer |

**DECLARATION OF DAVID FERNANDES IN SUPPORT OF PLAINTIFFS'**

**OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

I, David Fernandes, declare as follows:

1. I am a partner in the law firm of Baron & Budd, P.C., and an attorney of record for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Protective Order. I am licensed to practice law in California and am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated April 29, 2024, requesting a meet and confer about an evidence preservation order.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated May 8, 2024, enclosing a draft evidence preservation order.

4. Attached hereto as Exhibit 3 is a true and correct copy of the draft evidence preservation order that was enclosed with Exhibit 2.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated May 7, 2024, enclosing a draft ESI protocol.

6. Attached hereto as Exhibit 5 is an excerpt from a true and correct copy of the draft ESI protocol that was attached to Exhibit 4. The excerpted pages include paragraph 2 at issue in Defendants' motion.

7. Attached hereto as Exhibit 6 is a true and correct copy of email correspondence exchanged by Plaintiffs' counsel and Defendants' counsel between June 25 and June 28, 2024, and enclosing Defendants' revisions to the draft ESI protocol.

8. Attached hereto as Exhibit 7 is an excerpt from a true and correct copy of Defendants' revisions to the draft ESI protocol enclosed with Exhibit 6. The excerpted pages include paragraph 2 at issue in Defendants' motion and comments related thereto.

9. Attached hereto as Exhibit 8 is an excerpt from a true and correct copy of the full-text version of the redlines and comments in Exhibit 7. The excerpted pages include redlines and comments to paragraph 2 at issue in Defendants' motion.

10. Attached hereto as Exhibit 9 is a true and correct copy of email correspondence exchanged by Plaintiffs' counsel and Defendants' counsel between June 25 and August 2, 2024, and enclosing Defendants' revisions to the draft ESI protocol.

11. Attached hereto as Exhibit 10 is an excerpt from a true and correct copy of Defendants' revisions to the draft ESI protocol enclosed with Exhibit 9. The excerpted pages include paragraph 2 at issue in Defendants' motion and comments related thereto.

12. Attached hereto as Exhibit 11 is an excerpt from a true and correct copy of the full-text version of the redlines and comments in Exhibit 10. The excerpted pages include redlines and comments to paragraph 2 at issue in Defendants' motion.

13. Attached hereto as Exhibit 12 is an excerpt from a true and correct copy of email correspondence exchanged by Plaintiffs' counsel and Defendants' counsel between June 25, 2024, and January 27, 2025, and enclosing Defendants' revisions to the draft ESI protocol. The excerpted pages include the most recent emails in the chain.

14. Attached hereto as Exhibit 13 is an excerpt from a true and correct copy of Defendants' revisions to the draft ESI protocol enclosed with Exhibit 12. The excerpted pages include paragraph 2 at issue in Defendants' motion and comments related thereto.

15. Attached hereto as Exhibit 14 is an excerpt from a true and correct copy of the full-text version of the redlines and comments in Exhibit 13. The excerpted pages include redlines and comments to paragraph 2 at issue in Defendants' motion.

16. Attached hereto as Exhibit 15 is a true and correct copy of an email from Defendants' counsel, dated March 27, 2025, requesting a meet and confer about ESI issues.

17. Attached hereto as Exhibit 16 is a true and correct copy of my email correspondence with Defendants' E-Discovery Counsel —Shannon Capone Kirk and Emily A. Cobb—exchanged between March 31 and May 7, 2025.

18. Attached hereto as Exhibit 17 is a true and correct copy of my letter to Defendants' E-Discovery Counsel dated April 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this, 27th day of May, 2025.

                                                */s/ David Fernandes*
                                                David Fernandes