| | |
|---|---|
| **From:** | Roland Tellis |
| **To:** | David Fernandes; Sterling Cluff |
| **Subject:** | Fw: TikTok IAB MDL |
| **Date:** | Monday, April 29, 2024 8:15:05 AM |

**Roland Tellis**

Baron & Budd, P.C. | Shareholder
Class Action Practice Group | Chair

818.839.2333 main
818.839.2320 direct
rtellis@baronbudd.com

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Chico
Los Angeles | San Diego | New York | Washington, D.C.

---

**From:** Roland Tellis
**Sent:** Monday, April 29, 2024 8:14 AM
**To:** Weibell, Tony <AWeibell@mayerbrown.com>
**Subject:** TikTok IAB MDL

Tony, please let me know your availability this week to discuss scheduling a Rule 26f conference and, in light of the TikTok divestiture law, an evidence preservation order.

Thanks,

**Roland Tellis**

Baron & Budd, P.C. | Shareholder
Class Action Practice Group | Chair

818.839.2333 main
818.839.2320 direct
rtellis@baronbudd.com

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Chico
Los Angeles | San Diego | New York | Washington, D.C.