| | |
|---|---|
| **From:** | Hsu, Sarah |
| **To:** | Sterling Cluff; Weibell, Tony; Mancall-Bitel, Sophie; He, Nina |
| **Cc:** | Roland Tellis; David Fernandes |
| **Subject:** | RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID13910002] |
| **Date:** | Friday, June 28, 2024 3:26:23 PM |
| **Attachments:** | TikTok Draft ESI Protocol (TT Edits).docx |

Hi all,

Attached please find the redline of the draft ESI stipulation, with our edits and comments in track changes. We look forward to your thoughts.

Kind regards,
Sarah

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

**From:** Hsu, Sarah
**Sent:** Tuesday, June 25, 2024 6:13 PM
**To:** 'Sterling Cluff' <scluff@baronbudd.com>; Weibell, Tony <AWeibell@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>
**Cc:** Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID13910002]

Hi all,

Attached please find redlines of the draft protective order and Rule 502(d) order, with our edits and comments in track changes. We look forward to your thoughts.

Kind regards,
Sarah

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Tuesday, June 25, 2024 1:11 PM
**To:** Weibell, Tony <AWeibell@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-

Bitel@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Hsu, Sarah <SHsu@mayerbrown.com>
**Cc:** Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Subject:** In re TikTok In-App Browser Privacy Litigation - Draft Joint Report

**CAUTION: External Email -** Only click on contents you know are safe.

Hey, Tony:

Please see the attached draft joint report of the parties Rule 26 planning meeting. The chart of our proposed case schedule has a column for Defendants' proposal so that it's easy for both sides to see/compare the competing provisions. We envision that the final report will include a singly column including the parties' agreed dates.

We also wanted to follow up about the status of the proposed case management orders. Can you please get those back to us this week so we can start working on them before we lose people to holiday travel?

Thanks,

**Sterling L. Cluff**
Baron & Budd, PC | Attorney

818.839.2333 main
818.839.2321 office
310.569.2497 cell

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Los Angeles
San Diego | New Jersey | New York | Washington, D.C