Ex. __ TTI June 28 edits to draft ESI Protocol

| Main document changes and comments | | |
|---|---|---|
| **Page 1: Deleted** | **Sarah Hsu** | **6/6/2024 3:44:00 PM** |

,

| **Page 1: Deleted** | **Sarah Hsu** | **6/6/2024 3:44:00 PM** |
|---|---|---|

,

| **Page 1: Added** | **Sarah Hsu** | **6/6/2024 3:44:00 PM** |
|---|---|---|

**IN APP BROWSER**

| **Page 1: Deleted** | **Sarah Hsu** | **6/6/2024 3:44:00 PM** |
|---|---|---|

**CONSUMER**

| **Page 1: Deleted** | **Sarah Hsu** | **6/6/2024 3:45:00 PM** |
|---|---|---|

**CASE MANAGEMENT ORDER NO. <mark>XXXXX</mark>**

| **Page 1: Formatted** | **Sarah Hsu** | **6/6/2024 3:45:00 PM** |
|---|---|---|

Underline

| **Page 1: Added** | **Sarah Hsu** | **6/25/2024 6:19:00 PM** |
|---|---|---|

facilitate

| **Page 1: Deleted** | **Sarah Hsu** | **6/25/2024 6:19:00 PM** |
|---|---|---|

expedite

| **Page 1: Deleted** | **Sophie Mancall-Bitel** | **6/26/2024 10:43:00 AM** |
|---|---|---|

to facilitate

| **Page 1: Added** | **Sophie Mancall-Bitel** | **6/4/2024 12:43:00 PM** |
|---|---|---|

,

| **Page 1: Added** | **Sophie Mancall-Bitel** | **6/20/2024 2:22:00 PM** |
|---|---|---|

make reasonable efforts to

1.

| **Page 1: Added** | **Sarah Hsu** | **6/25/2024 8:56:00 PM** |
|---|---|---|

The Parties agree that the Parties need not preserve, search for, or produce: (1) deleted, slack,

fragmented, or other data only accessible by forensics; (2) random access memory (RAM), temporary files, or other data difficult to preserve without disabling the operating system; (3) on-line access data such as temporary internet files, history, cache, cookies, and the like; (4) data in metadata fields that are frequently updated automatically, such as last-opened dates; (5) server, system, or network logs; (6) data remaining from systems no longer in use that is unintelligible on the systems currently in use; and (7) back-up data that is entirely duplicative of data that can be collected from reasonably accessible sources located elsewhere. Also, absent a showing of good cause, the following are deemed not reasonably accessible and need not be collected or preserved: (1) data contained on mobile phones and personal devices; (2) voicemail messages of any kind; and (3) instant messages and/or chat data not stored on a server dedicated to this type of messaging. The Parties will take reasonable steps to preserve all Metadata associated with documents and ESI that is created in the normal course of business and available at the time of collection. Activities undertaken in compliance with the duty to preserve information are protected from disclosure and discovery under Fed. R. Civ. P. 26(b).

1.

| Page 2: Formatted | Sarah Hsu | 6/25/2024 8:56:00 PM |
|---|---|---|

Font: (Default) Times New Roman, 12 pt

| Page 2: Added | Sarah Hsu | 6/6/2024 4:31:00 PM |
|---|---|---|

P

1.

| Page 2: Deleted | Sarah Hsu | 6/6/2024 4:31:00 PM |
|---|---|---|

p

1.

| Page 2: Added | Sarah Hsu | 6/6/2024 4:56:00 PM |
|---|---|---|

this Action

1.