| | |
|---|---|
| **From:** | Hsu, Sarah |
| **To:** | Mancall-Bitel, Sophie; Sterling Cluff; David Fernandes |
| **Cc:** | Weibell, Tony; He, Nina; Roland Tellis |
| **Subject:** | RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID13910002] |
| **Date:** | Friday, August 2, 2024 12:54:11 PM |
| **Attachments:** | TikTok Draft ESI Protocol (TT Edits).docx |

Hi Sterling,

Attached please find TikTok's redline of the draft ESI protocol.

Kind regards,
Sarah

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

**From:** Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Sent:** Thursday, August 1, 2024 12:21 PM
**To:** Sterling Cluff <scluff@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Cc:** Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID14075013]

Hi Sterling,

Please find attached TikTok's redline of the draft Rule 502(d) order. With respect to the meet-and-confer, next Tuesday through Thursday are a little tough but we could do Tuesday 3-5 PT or Thursday 11-2 PT. Please let us know if anything in there works. Otherwise, we can look at times next Friday or the following Monday.

Thanks,
Sophie

_____

**Sophie Mancall-Bitel**
*Partner*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 229 5137 | M +1 310 709 6432
smancall-bitel@mayerbrown.com
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Wednesday, July 31, 2024 5:37 PM
**To:** Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>; David Fernandes <dfernandes@baronbudd.com>
**Cc:** Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID14075013]

**CAUTION: External Email -** Only click on contents you know are safe.

Thanks for the update, Sophie. When you circulate your comments to the draft orders, could you please also let us know when your team is available to meet and confer about them Tuesday – Thursday of next week?

---

**From:** Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Sent:** Wednesday, July 31, 2024 3:41 PM
**To:** Sterling Cluff <scluff@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Cc:** Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID14075013]

Hi Sterling,

We are working with our client on finalizing our responses to the two draft orders, which has taken time in light of the number of issues that need to be resolved (particularly in the draft ESI stipulation). As of now we expect to be able to provide these draft orders by Friday.

Kind regards,
Sophie
_____

**Sophie Mancall-Bitel**
*Partner*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 229 5137 | M +1 310 709 6432
smancall-bitel@mayerbrown.com
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

---

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Wednesday, July 31, 2024 11:48 AM
**To:** Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>; David Fernandes <dfernandes@baronbudd.com>
**Cc:** Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>

**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report

**CAUTION: External Email -** Only click on contents you know are safe.

Counsel:

I am writing to follow up on the conversation I had last week with Sarah during the source code inspection about the status of the draft Rule 502(d) Order and ESI Protocol. The amount of delay in receiving your comments is unacceptable. We expect to receive your comments on Friday.

Thank you,

Sterling

---

**From:** Sterling Cluff
**Sent:** Wednesday, July 10, 2024 11:10 AM
**To:** 'Mancall-Bitel, Sophie' <SMancall-Bitel@mayerbrown.com>; David Fernandes <dfernandes@baronbudd.com>
**Cc:** Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report

Sophie – We're attaching our comments and revisions to the draft 502(d) order and the draft ESI protocol. We think that the call about the protective order on Monday should stay dedicated to that order. But, let's look at the end of that week to have a call to discuss these two orders.

Thank you,

Sterling

---

**From:** Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Sent:** Tuesday, July 9, 2024 9:10 AM
**To:** David Fernandes <dfernandes@baronbudd.com>
**Cc:** Sterling Cluff <scluff@baronbudd.com>; Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report

Thanks, David, works for us. Would someone on your team mind sending a calendar?

_____

**Sophie Mancall-Bitel**
*Partner*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503

T +1 213 229 5137 | M +1 310 709 6432
smancall-bitel@mayerbrown.com
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

---

**From:** David Fernandes <dfernandes@baronbudd.com>
**Sent:** Tuesday, July 9, 2024 9:06 AM
**To:** Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Cc:** Sterling Cluff <scluff@baronbudd.com>; Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Roland Tellis <rtellis@baronbudd.com>
**Subject:** Re: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report

CAUTION: **External Email -** Only click on contents you know are safe.

Hi Sophie,

Let's do Monday at 1 pm PT. Sterling & I are traveling Thursday on another matter.

**David B. Fernandes, Jr.**
Class Action Practice Group | Shareholder

818.839.2333 main
818.839.2326 direct

www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | New York | Washington, D.C.

> On Jul 9, 2024, at 8:41 AM, Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com> wrote:
>
> Hi Sterling,
>
> Thanks for the new draft. Happy to get on a call. Are you available Thursday afternoon 2 – 4 PT? Otherwise, we're fairly open Monday and Tuesday next week.
>
> Thanks,
> Sophie
>
> _____
>
> **Sophie Mancall-Bitel**
> *Partner*
> *Pronouns: she/her*
> Mayer Brown LLP
> 333 South Grand Avenue 47th Floor
> Los Angeles, CA 90071-1503

T +1 213 229 5137 | M +1 310 709 6432
smancall-bitel@mayerbrown.com
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Monday, July 8, 2024 9:55 PM
**To:** Hsu, Sarah <SHsu@mayerbrown.com>; Weibell, Tony <AWeibell@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>
**Cc:** Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID13910002]

**CAUTION: External Email -** Only click on contents you know are safe.

Good evening, Counsel:

We are attaching our edits to the draft confidentiality order. We believe that it would be productive for us to get on a call and talk through some of the disagreements to see if we can resolve them or need to go to Judge Harjani. To that end, please let us know when you are available later this week or early next week.

The remaining two orders will follow shortly.

Thank you,

Sterling

**From:** Hsu, Sarah <SHsu@mayerbrown.com>
**Sent:** Tuesday, June 25, 2024 6:13 PM
**To:** Sterling Cluff <scluff@baronbudd.com>; Weibell, Tony <AWeibell@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>
**Cc:** Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - Draft Joint Report [MB-AME.FID13910002]

Hi all,

Attached please find redlines of the draft protective order and Rule 502(d) order, with our edits and comments in track changes. We look forward to your thoughts.

Kind regards,
Sarah

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

---

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Tuesday, June 25, 2024 1:11 PM
**To:** Weibell, Tony <AWeibell@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>; Hsu, Sarah <SHsu@mayerbrown.com>
**Cc:** Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>
**Subject:** In re TikTok In-App Browser Privacy Litigation - Draft Joint Report

**CAUTION: External Email -** Only click on contents you know are safe.

Hey, Tony:

Please see the attached draft joint report of the parties Rule 26 planning meeting. The chart of our proposed case schedule has a column for Defendants' proposal so that it's easy for both sides to see/compare the competing provisions. We envision that the final report will include a singly column including the parties' agreed dates.

We also wanted to follow up about the status of the proposed case management orders. Can you please get those back to us this week so we can start working on them before we lose people to holiday travel?

Thanks,

**Sterling L. Cluff**
Baron & Budd, PC | Attorney

818.839.2333 main
818.839.2321 office
310.569.2497 cell

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Los Angeles
San Diego | New Jersey | New York | Washington, D.C