Ex. __ TTI Aug. 2 edits to draft ESI Protocol

| Main document changes and comments | | |
|---|---|---|
| Page 1: Added | Sarah Hsu | 6/25/2024 8:56:00 PM |

The Parties

1.

| Page 1: Commented [SC1] | Sterling Cluff | 7/9/2024 9:43:00 AM |
|---|---|---|

We haven't accepted this edit. We want to meet and confer with you about this. For example, we need to know what kinds of data and/or documents this would potentially implicate.

| Page 1: Commented [SH2R1] | Sarah Hsu | 7/18/2024 4:07:00 PM |
|---|---|---|

What exactly would you like to discuss with respect to our proposed addition? We think the language is clear as to which types of data would not be preserved, searched for, or produced.

| Page 1: Added | Sarah Hsu | 6/25/2024 8:56:00 PM |
|---|---|---|

agree that the Parties need not preserve, search for, or produce: (1) deleted, slack, fragmented, or other data only accessible by forensics; (2) random access memory (RAM), temporary files, or other data difficult to preserve without disabling the operating system; (3) on-line access data such as temporary internet files, history, cache, cookies, and the like; (4) data in metadata fields that are frequently updated automatically, such as last-opened dates; (5) server, system, or network logs; (6) data remaining from systems no longer in use that is unintelligible on the systems currently in use; and (7) back-up data that is entirely duplicative of data that can be collected from reasonably accessible sources located elsewhere. Also, absent a showing of good cause, the following are deemed not reasonably accessible and need not be collected or preserved: (1) data contained on mobile phones and personal devices; (2) voicemail messages of any kind; and (3) instant messages and/or chat data not stored on a server dedicated to this type of messaging.[1] The Parties will take reasonable steps to preserve all Metadata associated with documents and ESI that is created in the normal course of business and available at the time of

---

[1] For the avoidance of doubt, the reference to data contained on mobile phones and personal devices in this section includes only such data contained on non-corporate/personal mobile phones or devices of Defendants' employees. All other data is deemed reasonably accessible and shall be collected and preserved.

collection. Activities undertaken in compliance with the duty to preserve information are protected from disclosure and discovery under Fed. R. Civ. P. 26(b).

1.

| Page 3: Added | Sarah Hsu | 7/18/2024 4:08:00 PM |

reasonable

1.

| Page 3: Commented [SC3] | Sterling Cluff | 7/9/2024 9:45:00 AM |

Whether the request is reasonable is something that the Court will determine if we have a disagreement. Putting that qualifier in here is unnecessary.

| Page 3: Commented [SH4R3] | Sarah Hsu | 7/18/2024 4:10:00 PM |

What is the issue with specifying that any requests should be "reasonable"? Doing so merely memorializes the parties' agreement and acknowledgment that reasonable efforts will be made to fulfill discovery obligations, as the case law makes clear is the standard.

| Page 4: Added | Sarah Hsu | 7/18/2024 4:09:00 PM |

reasonably

1.

| Page 4: Commented [SC5] | Sterling Cluff | 7/9/2024 9:47:00 AM |

Same comment. We can meet and confer about whether they are reasonably accessible.

| Page 4: Commented [SH6R5] | Sarah Hsu | 7/18/2024 4:09:00 PM |

Same response as above.

| Page 4: Commented [SC7] | Sterling Cluff | 7/9/2024 9:48:00 AM |

We changed this back to the name of the confidentiality order.

| Page 4: Commented [SH8R7] | Sarah Hsu | 7/18/2024 4:11:00 PM |

We have accepted your edits.

| Page 6: Deleted | Sarah Hsu | 8/1/2024 4:49:00 PM |

(a)

| Page 6: Commented [SH9] | Sarah Hsu | 7/18/2024 4:18:00 PM |

We have accepted your proposed edits.

| Page 6: Deleted | Sarah Hsu | 7/18/2024 4:19:00 PM |

The Parties will commit to address situations where there are improperly unitized documents.

(a)

| Page 6: Commented [SH10] | Sarah Hsu | 7/18/2024 4:20:00 PM |