| | |
|---|---|
| **From:** | Hsu, Sarah |
| **To:** | Sterling Cluff; Mancall-Bitel, Sophie |
| **Cc:** | Shannon Royster; Roland Tellis; David Fernandes; Weibell, Tony; He, Nina |
| **Subject:** | RE: In re TikTok In-App Browser Privacy Litigation - ESI Protocol [MB-AME.FID13910002] |
| **Date:** | Monday, January 27, 2025 5:11:12 PM |
| **Attachments:** | TikTok Draft ESI Protocol (TT Edits).docx |

Hi Sterling,

As discussed on the parties' January 24th meet-and-confer, attached please find TikTok's redline of the ESI protocol.

We look forward to your thoughts.

Kind regards,
Sarah

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

---

**From:** Hsu, Sarah
**Sent:** Thursday, January 23, 2025 4:29 PM
**To:** 'Sterling Cluff' <scluff@baronbudd.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Cc:** Shannon Royster <sroyster@baronbudd.com>; Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - ESI Protocol [MB-AME.FID13910002]

Thank you, Sterling. Confirming receipt.

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

---

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Thursday, January 23, 2025 3:52 PM
**To:** Hsu, Sarah <SHsu@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Cc:** Shannon Royster <sroyster@baronbudd.com>; Roland Tellis <rtellis@baronbudd.com>; David

Fernandes <dfernandes@baronbudd.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>

**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - ESI Protocol [MB-AME.FID13910002]

**CAUTION: External Email -** Only click on contents you know are safe.

Sarah – I'm attaching Plaintiffs' further revisions and comments. We redlined back to our position where we have rejected TikTok's changes, or where we are making a revision on top of a revision that was accepted. We also included comments about where we think the parties have likely reached an impasse based on TikTok having maintained its prior position or regressing. We are open to discussing them one last time with you tomorrow. We left intentionally left some of TikTok's revisions intact so that we can discuss them tomorrow.

Thanks,

Sterling

---

**From:** Hsu, Sarah <SHsu@mayerbrown.com>
**Sent:** Tuesday, January 21, 2025 9:10 AM
**To:** Sterling Cluff <scluff@baronbudd.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Cc:** Shannon Royster <sroyster@baronbudd.com>; Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina <NHe@mayerbrown.com>
**Subject:** RE: In re TikTok In-App Browser Privacy Litigation - ESI Protocol [MB-AME.FID13910002]

Hi Sterling,

No worries, we are available on Friday 12–1 p.m.

Thanks,
Sarah

_____

**Sarah Hsu**
*Associate*
*Pronouns: she/her*
Mayer Brown LLP
333 South Grand Avenue 47th Floor
Los Angeles, CA 90071-1503
T +1 213 621 3983 | M +1 213 662 9031
shsu@mayerbrown.com
mayerbrown.com

---

**From:** Sterling Cluff <scluff@baronbudd.com>
**Sent:** Tuesday, January 21, 2025 8:10 AM
**To:** Hsu, Sarah <SHsu@mayerbrown.com>; Mancall-Bitel, Sophie <SMancall-Bitel@mayerbrown.com>
**Cc:** Shannon Royster <sroyster@baronbudd.com>; Roland Tellis <rtellis@baronbudd.com>; David Fernandes <dfernandes@baronbudd.com>; Weibell, Tony <AWeibell@mayerbrown.com>; He, Nina