| | |
|---|---|
| **From:** | Weibell, Tony |
| **To:** | Roland Tellis |
| **Cc:** | Sterling Cluff; David Fernandes; Mancall-Bitel, Sophie; Hsu, Sarah |
| **Subject:** | TikTok IAB Litigation |
| **Date:** | Thursday, March 27, 2025 9:29:19 PM |

Hi Roland,

TikTok has brought in additional e-discovery support to help speed things up and be more efficient across all their matters. We hope this will help speed up the search term process and streamline other ESI issues. We have also been working with them to put together some of the declarations we discussed with the court at the last hearing on ESI issues to help resolve some of those concerns. And I think resolving the search term list is a priority for both Plaintiffs and TTI right now.

Do you have time this coming week for a meet and confer on those issues? Perhaps Monday at 3 PM or Tuesday at 10:30?

Thanks,

Tony

_____

**Anthony J Weibell**

*Partner*
Mayer Brown LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
T +1 650 331 2030
aweibell@mayerbrown.com
Website Bio

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global legal services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian partnership). Mayer Brown Hong Kong LLP operates in temporary association with Hong Kong law firm Johnson Stokes & Master ("JSM"), and Mayer Brown presently shares certain information systems with JSM, and their staff collaborate in the operation of those systems. Because information may be shared, Mayer Brown and JSM will treat themselves as one firm for purposes of the professional rules of conduct relating to confidentiality and conflicts of interest.

& Chequer Advogados (a Brazilian partnership). Mayer Brown Hong Kong LLP operates in temporary association with Hong Kong law firm Johnson Stokes & Master ("JSM"), and Mayer Brown presently shares certain information systems with JSM, and their staff collaborate in the operation of those systems. Because information may be shared, Mayer

Brown and JSM will treat themselves as one firm for purposes of the professional rules of conduct relating to confidentiality and conflicts of interest.

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.