# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anibeth Bravo, et al.
                    Plaintiff,

v.                                              Case No.: 1:24−cv−02110
                                                Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone status hearing held. The court heard brief oral submissions on Defendant's motion for a protective order [112], and will continue those discussions in a further telephone status hearing to take place on 6/30/2025 at 9:30 a.m. The court directs that any attorney who will address the court in that call file an appearance. The court requests, further, that the parties confer in advance and be prepared to propose a briefing schedule on Plaintiffs' anticipated motion to compel production of certain categories of computer code. Defendant TikTok's request, as set forth in the recent status report [116] for an expedited schedule for expert disclosure and briefing of summary judgment is denied without prejudice. To participate in the 6/30/2025 telephone hearing, please dial 1−650−479−3207 or 1−855−244−8681 (toll free) and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.