## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re TikTok Inc. In-App Browser Privacy Litigation

Case Number: 1:24-cv-02110

An appearance is hereby filed by the undersigned as attorney for:

TikTok Inc.

Attorney name (type or print): Shannon Capone Kirk

Firm: Ropes & Gray LLP

Street address: 800 Boylston Street

City/State/Zip: Boston, Massachusetts 02199

Bar ID Number: 6255709
(See item 3 in instructions)

Telephone Number: 617-951-7218

Email Address: shannon.kirk@ropesgray.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/25/2025

Attorney signature: S/ Shannon Capone Kirk

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015