# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anibeth Bravo, et al.
                Plaintiff,

v.                                                   Case No.: 1:24−cv−02110
                                                    Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer:Telephone conference convened for further argument on Defendant TikTok's motion for protective order. The court is satisfied that TikTok is indeed preserving information relevant to the parties' dispute, or that such information is readily accessible in other production, such that preservation of the three categories of material would be unduly burdensome. The motion [112] is thus granted. TikTok will submit for the court's entry the Joint Stipulated Order attached as Exhibit 1 to the memorandum in support of that motion [113−3]. On review of the parties' proposed schedule for resolution of outstanding discovery disputes, the court withdraws its direction that all submissions be in the form of briefs. Instead, the court adopts the parties' proposal but directs that their August 6 submission be in the form of cross−motions to compel or for protective order. The court thus directs: (1) July 11 – Parties will complete meet and confer on issues to be briefed; (2) July 18 – Parties will exchange opening inserts for joint letter briefs ("JLBs") on unresolved issues, with each side's respective insert to be no more than 11 single−spaced pages; (3) July 30 – Parties will exchange response inserts, with each side's respective response insert to be no more than 11 single−spaced pages; (4) August 5 −− Parties will exchange reply additions/edits to their respective JLBs not to exceed 3 additional single−spaced pages per side; (5) August 6 at 4 p.m. CT Deadline to exchange any final edits to each side's respective sections of both JLBs, within page limits outlined above;( 6) August 6 by 6 p.m. CT (or sooner) the Parties will file on the docket their cross−motions to compel or for protective order, attaching previous exchanges. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.