**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In Re: TikTok Inc. In App Browser Privacy Litigation

Case Number: 1:24-cv-02110

An appearance is hereby filed by the undersigned as attorney for:

All Plaintiffs (please see attached listing)

Attorney name (type or print): Mark A. Cianci

Firm: Israel David LLC

Street address: 399 Boylston Street, Floor 6, Suite 23

City/State/Zip: Boston, MA 02116

Bar ID Number: 680105 (Mass.)
(See item 3 in instructions)

Telephone Number: (617) 295-7771

Email Address: mark.cianci@davidllc.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 4, 2025

Attorney signature: S/ Mark A. Cianci
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

In Re: TikTok Inc. In App Browser Privacy Litigation

(N.D. Ill., Master Docket No. 1:24-cv-02110) (MDL No. 2948)

List of Plaintiffs

Austin Recht

Sean Guzman

Michael Walsh

Steve Berrios

Christi Stowers

Anibeth Bravo

Katie Murphy

Jessica Gann

Delaney Arnold

Bradley Fugok