**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION <br><br> This Document Relates to: <br> ALL ACTIONS | MDL 2948-A <br><br> Master Docket No. 24-cv-2110 <br><br> Judge Rebecca R. Pallmeyer <br><br> **Hearing Requested** |

### DEFENDANT TIKTOK INC.'S MOTION FOR PROTECTIVE ORDER

Defendant TikTok Inc. ("TTI"), acting on behalf of itself and all served defendants (collectively, "Defendants"), respectfully moves for a protective order pursuant to Federal Rule of Civil Procedure 26(c).

The following documents are filed herewith in support of this Motion: (a) Joint Statement of Plaintiffs and Defendants regarding TTI's Motion for Protective Order; (b) Civil Local Rule 37.2 Statement; (c) Declaration of Anthony J Weibell in Support of (1) TTI's Motion for Protective Order and (2) TTI's Opposition to Plaintiffs' Motion to Compel and exhibits attached thereto; and (d) Declaration of Warren Solow.

Dated: August 6, 2025

Respectfully submitted,

By: */s/ Anthony J Weibell*

Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorneys of record for each party through the Court's electronic filing service on this date, which will send notification of such filing to the e-mail addresses registered.

Dated: August 6, 2025

                                                      */s/ Anthony J Weibell*