# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>**PLAINTIFFS' MOTION TO COMPEL**<br><br>Judge Rebecca R. Pallmeyer |

Plaintiffs Austin Recht, Delaney Arnold, Steve Berrios, Anibeth Bravo, Bradley Fugok, Jessica Gann, Sean Guzman, Katie Murphy, Christi Stowers, and Michael Walsh ("Plaintiffs") respectfully move to compel pursuant to Federal Rule of Civil Procedure 37 and the Court's Minute Order dated June 30, 3025 (Dkt. 122).

Pursuant to Local Rule 37.2, and as evidenced by the declarations and exhibits filed in support of this motion, the Parties engaged in extensive meet and confer efforts regarding the issues Plaintiffs seek to compel, but were unable to reach a resolution.

The following documents are filed herewith in support of this Motion: (a) Joint Statement re: Plaintiffs' Motion to Compel; (b) Declaration of Roland Tellis in Support of (1) Plaintiffs' Motion to Compel and (2) Plaintiffs' Opposition to Defendant TikTok Inc.'s Motion for Protective Order; (c) Declaration of Sam Malek, Ph.D. in Support of (1) Plaintiffs' Motion to Compel and (2) Plaintiffs' Opposition to Defendant TikTok Inc.'s Motion for Protective Order with exhibits thereto; and (d) Declaration of Sterling L. Cluff in Support of (1) Plaintiffs' Motion to Compel and (2) Plaintiffs' Opposition to Defendant TikTok Inc.'s Motion for Protective Order with exhibits thereto.

Dated: August 6, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Roland Tellis*
　　　　　　　　　　　　　　　　　　　Roland Tellis
　　　　　　　　　　　　　　　　　　　**BARON & BUDD, P.C.**
　　　　　　　　　　　　　　　　　　　15910 Ventura Boulevard, Suite 1600
　　　　　　　　　　　　　　　　　　　Encino, California 91436
　　　　　　　　　　　　　　　　　　　(818) 839-2333
　　　　　　　　　　　　　　　　　　　rtellis@baronbudd.com

　　　　　　　　　　　　　　　　　　　*Chair, Plaintiffs' Steering Committee*