# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anibeth Bravo, et al.
                      Plaintiff,

v.                                                 Case No.: 1:24−cv−02110
                                                    Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties have filed cross−motions addressing a discovery dispute [129, 133], both supported by multiple exhibits. Their submissions also refer to their "oppositions" to one another's motions, which the court has been unable to locate. If these oppositions have indeed been filed, it appears they are labeled only as "Exhibit," followed by an exhibit number. The parties are directed to file their memoranda of law separately in the court docket, clearly so labeled. The motion for leave to file materials under seal [132] is granted, but counsel are reminded that they are required to file redacted versions of the under−seal documents in the public record. See LR 26.2(d) ("A redacted copy of all documents containing confidential information shall be filed with the clerk of court for the record.") Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.