## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT TIKTOK INC.'S MOTION FOR A PROTECTIVE ORDER**<br><br>Judge Rebecca R. Pallmeyer |

Plaintiffs Austin Recht, Delaney Arnold, Steve Berrios, Anibeth Bravo, Bradley Fugok, Jessica Gann, Sean Guzman, Katie Murphy, Christi Stowers, and Michael Walsh ("Plaintiffs") respectfully oppose Defendant TikTok Inc.'s ("TikTok") Motion for a Protective Order ("Motion").

The following documents are filed herewith in support of Plaintiffs' Opposition to TikTok's Motion: (a) Plaintiffs' Position opposing Defendant TikTok Inc.'s Motion for Protective Order (filed as an insert to the Joint Statement re: Defendant TikTok Inc.'s Motion for Protective Order per the Court's June 30 Minute Order (Dkt. 122)); (b) Declaration of Roland Tellis in Support of (1) Plaintiffs' Motion to Compel and (2) Plaintiffs' Opposition to Defendant TikTok Inc.'s Motion for Protective Order; (c) Declaration of Sam Malek, Ph.D. in Support of (1) Plaintiffs' Motion to Compel and (2) Plaintiffs' Opposition to Defendant TikTok Inc.'s Motion for Protective Order with exhibits thereto; and (d) Declaration of Sterling L. Cluff in Support of (1) Plaintiffs' Motion to Compel and (2) Plaintiffs' Opposition to Defendant TikTok Inc.'s Motion for Protective Order with exhibits thereto.

Dated: August 8, 2025            Respectfully submitted,

                                                       */s/ Roland Tellis*
                                                       Roland Tellis
                                                       **BARON & BUDD, P.C.**
                                                       15910 Ventura Boulevard, Suite 1600
                                                       Encino, California 91436
                                                       (818) 839-2333
                                                       rtellis@baronbudd.com

                                                       *Chair, Plaintiffs' Steering Committee*