UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Hon. Rebecca R. Pallmeyer |

## STIPULATION AND [PROPOSED] ORDER TO MODIFY PLAINTIFFS' CLASS CERTIFICATION DEADLINE

Plaintiffs and Defendants TikTok Inc., ByteDance Inc. and ByteDance Ltd. ("Defendants") (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on August 6, 2025, Plaintiffs filed a motion to compel discovery, and Defendants filed a cross-motion for a protective order (together, the "Discovery Motions");

WHEREAS, the pending Discovery Motions pertain, in part, to discovery Plaintiffs contend is necessary for class certification;

WHEREAS, under the current scheduling order, Plaintiffs' motion for class certification, along with supporting expert reports, is due on September 17, 2025;

WHEREAS, the Parties have requested a hearing on the Discovery Motions;

WHEREAS, Plaintiffs have requested and Defendants have agreed not to oppose a modest extension of Plaintiffs' class certification deadline to allow for the scheduling of a hearing and the Court's consideration and resolution of the pending Discovery Motions;

1

WHEREAS, Plaintiffs have proposed, and Defendants do not oppose, that Plaintiffs' deadline to file their motion for class certification, along with any supporting expert disclosures, should be extended to 30 days after the Court's ruling on the pending Discovery Motions, or such later date as the Court may order after ruling on the pending Discovery Motions, and that deadlines for the opposition and reply related to this motion be likewise extended; and

WHEREAS, the Parties do not seek to modify any other case deadlines at this time.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

Plaintiffs' deadline to file a motion for class certification, along with supporting expert reports, be extended 30 days after the Court's ruling on the Discovery Motions, or such later date as the Court may order. Defendants shall file their opposition to class certification, along with all supporting expert reports, 60 days thereafter. Plaintiffs shall file their reply brief in support of class certification, and all supporting rebuttal expert reports, 30 days thereafter.

Dated: August 25, 2025                    Respectfully submitted,

**BARON & BUDD, P.C.**

　/s/ *Roland Tellis*
Roland Tellis
rtellis@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

*Chair, Plaintiffs' Steering Committee*

2

Dated: August 25, 2025

**MAYER BROWN LLP**

  /s/ *Anthony J Weibell*
Anthony J Weibell
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
(650) 331-2030
aweibell@mayerbrown.com

*Lead Counsel for All Defendants*

**SO ORDERED** on this \_\_\_\_\_ day of _____, 2025.

_____

Hon. Rebecca R. Pallmeyer
United States District Judge

3