# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anibeth Bravo, et al.
                        Plaintiff,

v.                                             Case No.: 1:24–cv–02110
                                                    Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation [139], Plaintiffs' deadline to file a motion for class certification, along with supporting expert reports, is extended to 30 days after the court's ruling on the pending discovery motions [129, 133], or such later date as the Court may order. Defendants shall file their opposition to class certification, along with all supporting expert reports, 60 days thereafter. Plaintiffs shall file their reply brief in support of class certification, and all supporting rebuttal expert reports, 30 days thereafter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.