**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Anibeth Bravo, et al.
                          Plaintiff,

v.                                            Case No.: 1:24−cv−02110
                                                        Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, October 1, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The video hearing set on 10/2/2025 at 1:30 p.m. will be converted to a closed hearing. Counsel will be provided a link to this meeting. The court will provide a redacted transcript of this hearing on the docket of this case. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.