UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Anibeth Bravo, et al.
                        Plaintiff,

v.                                          Case No.: 1:24−cv−02110
                                                   Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 6, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs' lead counsel has contacted the court to request that this case be referred for a conference that involves privileged communications. By agreement, the conference requested by counsel will be conducted by the Honorable Matthew F. Kennelly at a time when he is available on Wednesday, Thursday, or Friday of next week (11/12/2025, 11/13/2025, or 11/14/2025). The 11/6/2025 hearing before this court on Plaintiffs' pending motion to compel is stricken and RE−SET to a video status hearing on 12/4/2025 at 10:00 a.m. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join. Members of the public and media will be able to call in to listen to this hearing. The call number is 650−479−3207 and access code is 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.