**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Anibeth Bravo, et al.
                Plaintiff,

v.                                     Case No.: 1:24–cv–02110
                                           Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 6, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: Judge Kennelly has agreed to assist in resolving a matter relating to this case as referenced in the order entered by Judge Pallmeyer on 11/6/2025 (dkt. 145). An initial video conference with Judge Kennelly is set for 11/10/2025 at 3:00 PM Central Time to determine how to proceed and set a video conference date for later that same week to attempt to resolve the matter in question. Judge Kennelly's courtroom deputy clerk will send a video conference invitation to attorneys Roland Tellis and Anthony Weibell. Those attorneys may distribute or forward the video invitation as appropriate to others whose attendance at the 11/10/2025 conference may be required. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.