# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Anibeth Bravo, et al.
                         Plaintiff,

v.                                                   Case No.: 1:24–cv–02110
                                                             Honorable Rebecca R. Pallmeyer

TikTok, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties reported that the matter relating to this case as referenced in the order entered by Judge Pallmeyer on 11/6/2025 (dkt. 145) has been resolved. The video scheduling conference set for 11/10/2025 before Judge Kennelly is vacated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.