UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Judge Rebecca R. Pallmeyer |

## STIPULATED DISMISSAL OF ENTIRE ACTION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by stipulation of all Parties, all remaining plaintiffs in this action ("Plaintiffs"), through Plaintiffs' undersigned counsel, hereby voluntarily dismiss this consolidated action. The independent expert consultants retained by Plaintiffs for this litigation have reviewed the software code used by the TikTok in-app browser that was identified in the complaint and produced by TikTok for inspection, and they have determined that this code was not used to collect the data of concern. In view of this determination, Plaintiffs and their counsel in this litigation are satisfied that further litigation of this matter is not warranted.

Dated: November 11, 2025                                                          Respectfully submitted,

| | |
|---|---|
| */s/ Roland Tellis* | */s/ Anthony J Weibell* |
| Roland Tellis | Anthony J Weibell |
| **BARON & BUDD, P.C.** | **MAYER BROWN LLP** |
| 15910 Ventura Boulevard, Suite 1600 | Two Palo Alto Square, Suite 300 Palo |
| Encino, California 91436 | Alto, CA 94306 |
| (818) 839-2333 | (650) 331-2030 |
| rtellis@baronbudd.com | aweibell@mayerbrown.com |
| | |
| *Chair, Plaintiffs' Steering Committee* | *Lead Counsel for All Defendants* |

1

Stephen R. Basser
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

MaryBeth V. Gibson
**GIBSON CONSUMER LAW GROUP, LLC**
4729 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

John Herman
**HERMAN JONES LLP**
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6555
jherman@hermanjones.com

Israel David
**ISRAEL DAVID LLC**
17 State Street
Suite 4010
New York, NY 10004
Telephone: (212) 739-0622
israel.david@davidllc.com

Tyler S. Graden
**KESSLER, TOPAZ, MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610)667-7706
tgraden@ktmc.com

Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com

Michael R. Reese
**REESE LLP**
100 West 93rd Street
Sixteenth Floor
New York, NY 10025
Telephone: (212) 643-0500
mreese@reesellp.com

Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott+scott.com

Seth McCormick
**HARRER LAW, P.C.**
650 Warrenville Rd., Suite 100
Lisle, IL 60532
Telephone: 312-858-3240
seth@harrerlaw.com