**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION | ) ) ) | MDL No. 2948-A |
| | ) | Master Docket No. 24 C 2110 |
| This Document Relates to: | ) ) ) | Judge Rebecca R. Pallmeyer |
| ALL ACTIONS | ) | |

**MDL CLOSING ORDER**

Pursuant to Stipulated Dismissal of Entire Action and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, [148], and the termination of all the individual member MDL cases, this MDL is dismissed with prejudice. Civil case terminated.

ENTER:

Dated: December 10, 2025

_____
REBECCA R. PALLMEYER
United States District Judge